# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### AUGUSTA DIVISION

| | | |
|---|---|---|
| Sherecia Willis, Individually and as Next Friend, Parent, and Natural Guardian of Minor Child, CW | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil File No. CV117-015 |
| Vs. | ) ) ) | |
| United States of America, First Defendant | ) ) ) | |
| Venkatesan Gorantla, M.D. 2260 Wrightsboro Road, Augusta, GA 30904 Second Defendant | ) ) ) ) ) | |
| Augusta Hospital, LLC (DE) d/b/a Trinity Hospital of Augusta 1573 Mallory Lane, Brentwood, TN, 37027 Third Defendant | ) ) ) ) ) | |

## FIRST AMENDED COMPLAINT FOR DAMAGES

COMES NOW Plaintiffs Sherecia Willis individually, and  CW, minor child, by and through his parent and natural guardian, Sherecia Willis, and files this their First Amended Complaint for Damages in the above-captioned matter and shows unto the Court the following:

1

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Sherecia Willis (Ms. Willis) is the mother of Plaintiff CW and is temporarily stationed in Korea pursuant to military orders.

2. Plaintiff CW (CW) is a military dependent minor infant of his parent and natural guardian Ms. Willis.

3. CW resides in Columbia County, Georgia.

4. First Defendant United States of America (United States) is a proper defendant under the Federal Tort Claims Act (FTCA) (28 U.S.C. 2671-2680) as the tortious acts and omissions occurred from health care services and treatment provided by medical staff employed by the United States, and the Plaintiffs' claims are within the jurisdiction of this Honorable Court.

5. Second Defendant Venkatesan Gorantla, M.D. (Dr. Gorantla) practices Neonatal-Perinatal Medicine at Trinity of Augusta Neonatology, 2260 Wrightsboro Road, Augusta, GA 30904.

6. Third Defendant Augusta Hospital, LLC (DE) d/b/a Trinity Hospital of Augusta (Trinity) is a Foreign Limited Liability Company whose business address is 1573 Mallory Lane, Brentwood, TN, 37027 and does business at 2260 Wrightsboro Road, Augusta, GA 30904, and whose registered agent for service of process is C T Corporation System and may be served at 289 S Culver St, Lawrenceville, GA, 30046.

7. Defendants provided medical care to CW in Richmond County, GA on January 31, 2016 and February 1, 2016.

8. Subject matter jurisdiction over the United States is proper under the FTCA (28 U.S.C. 1346 (b), 2401, 2412, and 2671-2680).

9. As this case has a common nucleus of operative fact, supplemental jurisdiction over Dr. Gorantla and Trinity is proper under 28 U.S.C. 1367.

10. The United States operates Dwight David Eisenhower Army Medical Center, Fort Gordon, GA (Eisenhower). Under the FTCA (28 U.S.C. 1346 (b)), the United States has assumed responsibility for negligent acts of Eisenhower staff physicians acting within the scope of their employment with the United States.

11. Eisenhower staff physicians delivered military dependent babies at Trinity.

12. Eisenhower staff physicians who delivered babies at Trinity were acting within the scope of their employment with the United States.

13. Administrative claims have been presented to and left without action by the United States for over six months, permitting suit to be instituted without final action on the claims. Copies of said claims (Standard Form 95) and acknowledgement are attached as Exhibit A to this complaint.

14. Venue is proper under 28 U.S.C. §1402 (b) as the tortious acts and omissions of all Defendants occurred in Richmond County in the Southern District of Georgia.

<u>COUNT I</u>

15. The allegations set forth in Paragraphs 1 through 14 are incorporated by reference as if stated fully herein.

16. Attached hereto, as Exhibit B to this complaint, is the Expert Affidavit and CV of Scott A. Sullivan, M.D. who is qualified as an expert witness on the medical issues raised in this complaint. Said affidavit specifies at least one negligent act or omission on the part of the United States as well as the factual basis for this negligent act or omission that caused injury to CW.

17. Attached hereto, as Exhibit C to this Complaint, is the Expert Affidavit and CV of Stephen L. Nelson, M.D. who is qualified as an expert witness on the medical issues raised in this

3

complaint. Said affidavit specifies at least one negligent act or omission on the part of Defendants' as well as the factual basis for this negligent act or omission that caused injury to CW.

18. CW, during the time of the matters identified in this complaint, was under the care and treatment of Eisenhower staff physicians who were employed by the United States.

19. The United States, through the Eisenhower staff physicians, owed a duty of care to CW.

20. The United States and the Eisenhower staff physicians had a fiduciary duty to prevent exposing CW to unreasonable risk of harm pursuant to the existence of a hospital staff / physician - patient relationship for the purposes of medical diagnosis, care, and treatment of CW.

21. The United States provided care to Ms. Willis during her pregnancy which was uneventful.

22. Prior to labor and delivery, CW was a normal full term 40-week fully developed fetus.

23. There were no indications that CW had severe fetal acidosis or hypoxic-ischemic encephalopathy (HIE) upon admission to Trinity on January 31, 2016.

24. There were indications of abnormal fetal heart monitoring leading up to the delivery of Plaintiff CW.

25. By 01:40 AM on February 1, 2016 the fetal heart monitoring indicated an acidotic fetus. CW was born at 2:09 AM with the umbilical cord wrapped tightly around his neck.

26. During the course of medical treatment of CW, the United States and Martin D. Jeffries, M.D., M.P.H. (Dr. Jeffries), who acted as an agent of the United States, failed to exercise the degree of skill and care required by the medical profession in general, under similar conditions and like circumstances, including, but not limited to, the matters more specifically outlined in the expert affidavits attached hereto as Exhibits B and C.

27. The United States, through Dr. Jeffries, negligently failed to appreciate the significance of or respond in a timely fashion to indications of fetal distress in the labor and delivery of CW.

28. The United States, through Dr. Jeffries, negligently deviated from the standard of care owed to CW during labor and delivery by failing to make earlier interventions on February 1, 2016.

29. Standards of obstetric care required earlier intervention in the labor and delivery of CW.

30. CW suffered severe fetal distress in utero in the hour prior to birth.

31. CW was born with Apgar scores of 1,3,4, and 6 at 1,5,10, and 15 minutes respectively.

32. CW was born with a very acidotic blood gas of 6.95 indicating a severe lack of oxygen.

33. As a result of deviations from the standard of care, CW required extensive resuscitation and an extended stay in the Neonatal Intensive Care Unit (NICU), suffered neonatal seizures, and continues to suffer from severe developmental delays over a year later.

34. Earlier intervention in the labor and delivery process would have greatly reduced or prevented subsequent profound injuries to CW, including but not limited to, severe brain damage due to the complications of severe fetal acidosis and hypoxic-ischemic encephalopathy (HIE).

35. As a result of the negligent failure to timely intervene and provide proper care, CW is entitled to damages including but not limited to compensation for his: past, present, and future pain and suffering; past, present, and future medical expenses; healthcare costs associated with rehabilitation, therapy, counseling, and specialized medical equipment; loss of enjoyment and companionship; future lost wages; and disfigurement.

36. The injuries sustained by CW are not derivative from any injury to or illness of Ms. Willis.

37. Ms. Willis sustained no physical injury from the effects of the negligent labor and delivery of CW or from CW's neonatal care.

38. As a result of the negligent care of CW listed above, the United States negligently caused Ms. Willis to have pecuniary loss, loss of services of CW, and emotional distress.

39. Due to the injuries to CW, Ms. Willis derivatively claims and is entitled to damages from the United States for pecuniary loss, loss of services of CW, and emotional distress by experiencing, among other things, seeing her newborn baby not breathing and being subjected to emergency resuscitation, and by experiencing seeing her child suffer and not develop normally.

## COUNT II

40. The allegations set forth in Paragraphs 1 through 39 are incorporated by reference as if stated fully herein.

41. Dr. Gorantla, a neonatologist and staff physician at Trinity, provided medical care and treatment to Plaintiff CW shortly after CW's birth.

42. During the course of medical treatment of CW, Dr. Gorantla and Trinity had a fiduciary duty to prevent exposing CW to unreasonable risk of harm pursuant to the existence of a hospital staff / physician-patient relationship for the purposes of medical diagnosis, care, and treatment of CW.

43. During the course of medical treatment of CW, Dr. Gorantla and Trinity failed to exercise the degree of skill and care required by the medical profession in general, under similar conditions and like circumstances including, but not limited to, the matters more specifically outlined in the expert affidavit attached hereto as Exhibit C.

44. Dr. Gorantla and Trinity owed a duty of care to CW.

45. John S. Earwood, M.D, an Eisenhower staff physician, spent over 15 minutes resuscitating CW after birth and turned CW over to Dr. Gorantla for neonatal care and transfer to the Trinity NICU.

46. Trinity had a Level II NICU which did not have the capacity to offer therapeutic hypothermia (cooling) treatment to an HIE injured baby such as CW.

47. Dr. Gorantla negligently failed to appreciate the significance and severity of CW's condition at birth and failed to timely act in referring CW to a higher level NICU where among other things therapeutic hypothermia treatment was available.

48. Timely therapeutic hypothermia treatment beginning within six hours of birth is the standard of care for treating HIE in newborns.

49. Dr. Gorantla was or should have been aware that CW needed more specialized treatment than what was available at the Trinity NICU, based on CW's: Apgar scores of 1,3,4, and 6 at 1,5,10, and 15 minutes respectively; arterial cord blood gas of 6.95; his lengthy resuscitation after a difficult birth; and his encephalopathic condition.

50. At the time of his birth CW's severe condition warranted treatment from a higher level NICU than that available at Trinity.

51. CW was a candidate for therapeutic hypothermia treatment which more likely than not would have reduced the effects of the CW's brain damage from his HIE injury during labor and delivery.

52. Augusta University Medical Center (AUMC) (formerly Georgia Regents University and MCG), another Augusta, GA hospital, offered a higher level NICU (Level III) than that available at Trinity, and could provide therapeutic hypothermia treatment for HIE injured babies.

53. Therapeutic hypothermia treatment to prevent or minimize brain damage in HIE injured babies must be initiated within 6 hours of birth.

54. CW was born at 2:09 AM on February 1, 2017. Six hours later would have been 8:09 AM.

55. Dr. Gorantla finally called AUMC at 9:35 AM on February 1, 2017 for neonatal transport and CW arrived at AUMC at 11:40 AM, which was too late to initiate therapeutic hypothermia treatment required by the standard of care of six hours from birth.

56. Dr. Gorantla negligently deviated from the standard of care owed to CW by failing to make a timely referral to a higher level NICU for therapeutic hypothermia treatment for a HIE injured baby.

57. As a result of Dr. Gorantla's negligent failure to timely intervene and provide proper care, the opportunity to reduce the effects of CW brain injury due to HIE during labor and initial neonatal care was lost.

58. As a result of the negligent failure to timely intervene and provide proper care, CW is entitled to damages from Dr. Gorantla, including but not limited to, compensation for his: past, present, and future pain and suffering; past, present, and future medical expenses; healthcare costs associated with rehabilitation, therapy, counseling, and specialized medical equipment; loss of enjoyment and companionship; future lost wages; and disfigurement.

59. As a result of the negligent care of CW listed above, Dr. Gorantla negligently caused Ms. Willis to have pecuniary loss, loss of services of CW, and emotional distress.

60. Due to the injuries to CW, Ms. Willis derivatively claims and is entitled to damages from Dr. Gorantla for pecuniary loss, loss of services of CW, and emotional distress by experiencing, among other things, seeing her newborn baby not breathing and being

subjected to emergency resuscitation, and by experiencing seeing her child suffer and not develop normally.

## COUNT III

61. The allegations set forth in Paragraphs 1 through 60 are incorporated by reference as if stated fully herein.

62. Dr. Gorantla and Trinity during the time of the matters identified in this Complaint had a fiduciary duty to prevent exposing Plaintiffs to unreasonable risk of harm pursuant to the existence of a hospital staff / physician-patient relationship for the purposes of medical diagnosis, care, and treatment of CW.

63. Pursuant to the doctrines of respondent superior and/or actual, apparent and/or ostensible agency, Trinity is liable to Plaintiffs for any and all damages attributable to the negligent acts and/or omissions of Dr. Gorantla or any other agent/employee of Trinity.

64. At all times material hereto, Plaintiffs were patients of Defendants and their actual, apparent and/or ostensible agents and employees, and said Defendants and their actual, apparent and/or ostensible agents and employees owed to Plaintiffs the duty to exercise the degree of care and skill required by like physicians or healthcare professionals and personnel in general under similar conditions and like surrounding circumstances as presented herein in their medical diagnosis, care and treatment of CW.

65. Dr. Gorantla was an actual and/or apparent and/or ostensible agent of Trinity and was acting in the course of that agency or apparent authority of Trinity in the care and treatment of CW.

66. Consequently, Trinity is liable to Plaintiffs for any and all negligent acts or omissions by Dr. Gorantla or other agents/employees of Trinity Hospital.

67. Trinity is directly liable for negligently failing to adopt or properly carry out a therapeutic hypothermia protocol in the care and treatment of CW, and thereby failing to insure that CW, a brain damaged HIE infant, was sent to a Level III NICU to commence treatment within 6 hours of CW's birth in accordance with the standard of care for timely referral of HIE injured babies.

68. As a result of the negligent failure to timely intervene and provide proper care, CW is entitled to damages from Trinity, including but not limited to, compensation for his: past, present, and future pain and suffering; past, present, and future medical expenses; healthcare costs associated with rehabilitation, therapy, counseling, and specialized medical equipment; loss of enjoyment and companionship; future lost wages; and disfigurement.

69. As a result of the negligent care of CW listed above, Trinity negligently caused Ms. Willis to have pecuniary loss, loss of services of CW, and emotional distress.

70. Due to the injuries to CW, Ms. Willis derivatively claims and is entitled to damages from Trinity for pecuniary loss, loss of services of CW, and emotional distress by experiencing, among other things, seeing her newborn baby not breathing and being subjected to emergency resuscitation, and by experiencing seeing her child suffer and not develop normally.

<div align="center">COUNT IV</div>

71. The allegations set forth in Paragraphs 1 through 70 are incorporated by reference as if stated fully herein.

72. The United States, through Eisenhower, entered into an External Resource Sharing Agreement (ERSA) with Trinity for delivery of military dependent babies. Relevant ERSA pages are attached as Exhibit D to this complaint.

73. The ERSA between the United States and Trinity provides in part that Trinity agrees "To provide...diagnostic and therapeutic services...necessary for the proper and clinically appropriate care and management of patients presented under this agreement."

74. Trinity negligently failed to honor its ERSA with the United States by not providing proper and clinically appropriate care and management of CW who was a patient and covered beneficiary under this agreement.

75. The United States, through Fort Gordon, GA, entered into a contract with Trinity for delivery of military dependent babies. Relevant contract pages are attached as Exhibit E to this complaint.

76. The contract between the United States and Trinity provides, in part, that Trinity shall "provide professional and ancillary support services, and maintain an obstetrical labor, delivery and newborn nursery facility in accordance with Federal Laws and the State of Georgia Laws."

77. Trinity negligently failed to honor its contract with the United States by not, in the case of CW, providing "...diagnostic and therapeutic services...necessary for the proper and clinically appropriate care and management of patients presented under this agreement...." By violating the standard of care by not making a timely referral of CW to AUMC, a Level III Pediatric NICU, within six hours of CW's birth for therapeutic hypothermia treatment to reduce the effects of CW's brain injury at birth.

78. As a patient, CW was a third party beneficiary of the ERSA and contract between the United States and Trinity.

79. As a result of the breach of ERSA and contract between the United States and Trinity, and the negligent failure to timely intervene and provide proper care, CW, as a third party

beneficiary, is entitled to damages from Trinity, including but not limited to, compensation for his: past, present, and future pain and suffering; past, present, and future medical expenses; healthcare costs associated with rehabilitation, therapy, counseling, and specialized medical equipment; loss of enjoyment and companionship; future lost wages; and disfigurement.

80. As a result of the breach of ERSA and contract between the United States and Trinity, and the negligent care of CW listed above, Trinity negligently caused Ms. Willis to have pecuniary loss, loss of services of CW, and emotional distress.

81. Due to the injuries to CW, Ms. Willis derivatively claims and is entitled to damages from Trinity for pecuniary loss, loss of services of CW, and emotional distress by experiencing, among other things, seeing her newborn baby not breathing and being subjected to emergency resuscitation, and by experiencing seeing her child suffer and not develop normally.

WHEREFORE, Plaintiffs pray as follows:

   a. That a verdict be in favor of the Plaintiffs against all Defendants;

   b. That CW be awarded general, special, and consequential damages for his injuries, including but not limited to, compensation for his: past, present, and future pain and suffering; past, present, and future medical expenses; healthcare costs associated with rehabilitation, therapy, counseling, and specialized medical equipment; loss of enjoyment and companionship; future lost wages; and disfigurement.

   c. That Ms. Willis be awarded damages for pecuniary loss, loss of services of CW, and emotional distress.

d. That Plaintiffs be awarded costs of this case.

e. That Plaintiffs have such other and further relief as deemed just and proper by this

Honorable Court.

BY: *[signature]*

CHUCK R. PARDUE
Georgia Bar No. 561212
Attorney for the Plaintiffs
Pardue and Associates, P.C.
211 B Bobby Jones Expressway
Martinez Georgia 30907
706-823-2000 (telephone)
706-722-0149 (fax)
chuckpardue@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that I have on June 13th 2017, served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

*s/ Chuck R. Pardue*_____
Chuck R. Pardue
Attorney At Law
GA Bar No. 561212

# EXHIBIT A
## Willis FTCA Filing

Law Offices

# Pardue & Associates, P.C.

211 Bobby Jones Expressway, Suite A
Martinez, Georgia 30907

Chuck R. Pardue
E-Mail: chuckpardue@gmail.com
Telephone : (706) 823-2000

Shellana J. Welch
Email: Shellana.welch@gmail.com
Facsimile: (706)722-0149

March 17, 2016

Department of the Army
Headquarters Dwight David Eisenhower Army Medical Center
Center Judge Advocate (ATTN: Mr. Shoenholz)
Fort Gordon, Georgia 30905-5735

Subject: FTCA Claims of   C W   a minor child, and mother Sherecia Willis

Dear Jonathan,

I am enclosing the FTCA claims on behalf of ███████, a full term, severely brain damaged baby, and for and Sherecia Willis, the single mother of ███████. Also we are enclosing disks of records from DDEAMC (Sherecia's prenatal care) Trinity Hospital of Augusta (labor and delivery records including fetal heart monitor strips), ███████ NICU records from Trinity, and Georgia Regents Medical Center (GRU) NICU records for ███████ February 1-February 11, 2016.

Because statute and case law requires a large amount be listed on the SF 95, which becomes the maximum amount of potential recovery if litigated, we claimed 70 million for ███████ and five million for Sherecia Willis. If the case is litigated it will probably be in a federal court in Detroit, Michigan, Sherecia's home town.

It is difficult for a brain damaged baby to be raised by two parents. As Sherecia is a single mother on active duty, her situation will be almost impossible without substantial financial assistance to obtain all the medical and other help needed. We request that a large funded revisionary trust be set up for ███████ that will cover all of his potential lifetime needs and replace the income he would have earned but for his injuries. We propose working with the Army to develop an impartial life care plan.

I look forward to working with you to resolve the claim.

With kindest personal regards,

Chuck R. Pardue
Attorney at Law

Enc: Standard Form 95 Claims
Medical records on disks

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br>Department of The Army<br>Headquarters DDEAMC<br>Center Judge Advocate<br>ATTN: Mr. Shoenholz<br>Fort Gordon, GA 30905-5735 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code.<br>C W<br>by and through mother Sherecia    Pardue & Associates<br>2717 Woodcrest Drive Apt A    Willis 211-A Bobby Jones Exp<br>Augusta, GA 30909    Martinez, GA 30907 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 02/01/2016 | Single | 02/01/2016 | |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Staff from DDEAMC, Fort Gordon Georgia, among other things negligently failed to properly manage the labor and delivery of ███████████ a full term baby (40 weeks and 5 days). ███████ mother, Sherecia Willis, had no significant pregnancy complications. The Army physician failed to timely perform a C-section, negligently used a vacuum extractor during delivery of ███████ failed to take appropriate measures to respond to prolonged labor, late d-cells, variable d-cells, prolonged late d-cells, evidenced by fetal heart monitoring indicating oxygen deprivation, and other warning signs during the delivery of ███████.

| 9. | | PROPERTY DAMAGE | |
|---|---|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | | PERSONAL INJURY/WRONGFUL DEATH | |
|---|---|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

As a result of the above negligence ███████████ suffered perineal asphyxia and hypoxic ischemic encephalopathy. He requires phenobarbital to treat his seizures which were continuous on 2/2, suffered renal insufficiency, hypothermia, and was placed on a gastric feeding tube because he was unable to suck or breast feed. ███████ at one month old demonstrates delayed development. He will require significant medical and other services for the remainder of his life.

| 11. | | WITNESSES | |
|---|---|---|---|
| | NAME | | ADDRESS (Number, Street, City, State, and Zip Code) |
| Sherecia Willis | | 2717 Woodcrest Dr., Apt. A, Augusta, Georgia 30909 | |
| Gillian M. Kadhim | | | |
| Pulisha Willis-Harris | | | |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| | 70,000,000 | | 70,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 313 449-0020 | 3/17/2016 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

16-282-T006

NSN 7540-00-634-4046

RECEIVED
18 mar 16
CJ DDEAMC

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of The Army<br>Headquarters DDEAMC<br>Center Judge Advocate<br>ATTN: Mr. Shoenholz<br>Fort Gordon, GA  30905-5735 | Sherecia Willis<br>Mother to ▨ C W<br>2717 Woodcrest Drive Apt A<br>Augusta, GA 30909     Pardue & Associates<br>211-A Bobby Jones Exp<br>Martinez, GA 30907 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| [X] MILITARY [ ] CIVILIAN | 09/05/1991 | Single | 02/01/2016 | |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Staff from DDEAMC, Fort Gordon Georgia, among other things negligently failed to properly manage the labor and delivery of ▨▨▨▨▨ a full term baby (40 weeks and 5 days). ▨▨▨▨ mother, Sherecia Willis, had no significant pregnancy complications. The Army physician failed to timely perform a C-section, negligently used a vacuum extractor during delivery of ▨▨▨▨ failed to take appropriate measures to respond to prolonged labor, late d-cells, variable d-cells, prolonged late d-cells, evidenced by fetal heart monitoring indicating oxygen deprivation, and other warning signs during the delivery of ▨▨▨▨▨

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

As a result of the above negligence Ms. Willis has a claim derivative of that of ▨▨▨▨▨ for loss of services, pain and suffering and emotional distress . Ms. Willis endured pain and suffering and emotional distress as she watched her newborn child be resuscitated for approximately 30 minutes after his birth. In addition, she continues to endure this loss as well as a loss of services as a result of the above negligence which caused substantial injury to ▨▨▨▨

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Sherecia Willis<br>Gillian M. Kadhim<br>Pulisha Willis-Harris | 2717 Woodcrest Dr., Apt. A, Augusta, Georgia 30909 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | 5,000,000 | | 5,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 313-452-0020 | 3/17/2016 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

*16-282-T007*

NSN 7540-00-634-4046

**RECEIVED**
*18 mar 16*
*by DDEAMC*

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
US Attorney General
950 Pennsylvania Ave.
Washington DC 20530

9590 9402 1695 6053 4054 48

2. Article Number (Transfer from service label)

7015 3010 0001 2159 3527

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Only Nun _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Only Nun                            FEB 24 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
US Attorney
Southern District of GA
600 James Brown Blvd
Augusta GA 30901

9590 9402 1695 6053 4054 31

2. Article Number (Transfer from service label)

7014 1820 0000 4475 7507

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ L.S.C. Simons _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
L.S.C. Simons                      2/8/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**DEPARTMENT OF THE ARMY**
HEADQUARTERS DWIGHT D. EISENHOWER ARMY MEDICAL CENTER
FORT GORDON GEORGIA 30905-5735

March 18, 2016

Center Judge Advocate (ATTN:  Mr. Shoenholz)


Chuck R. Pardue
211 Bobby Jones Expressway
Suite A
Martinez, Georgia  30907

SUBJECT:  Claims of   C W      a minor, by Sherecia Willis as Parent and
Legal Guardian; and Sherecia Willis, Claim Numbers 16-282-T006 and 16-282-T007,
respectively

Dear Mr. Pardue:

    This office is in receipt of the subject claims filed against the United States
Government by your clients in the amounts of $70,000,000 and $5,000,000,
respectively.  This office received the claims on March 18, 2016.  Enclosed are the
date-stamped copies reflecting the date of receipt.

    This office will process the claims under the Federal Tort Claims Act (FTCA), 28
U.S.C. §§ 2671-2680.  The filing of an administrative claim tolls the statute of limitations.
While the FTCA permits filing suit six months after the claim has been properly filed or
amended with the appropriate Government agency, filing suit at six months is not
mandatory (Title 28, United States Code, § 2675(a)).  If you should decide to file suit, a
Federal judge will decide the case without a jury.

    If the Government pays the claims, the FTCA limits attorney fees to 20 percent of
any administrative settlement and 25 percent of any recovery as a result of suit (Title
28, United States Code, § 2678).  The claimant pays attorney fees out of any
settlement.

    You are required to submit evidence to support your clients' claims (Title 28, Code
of Federal Regulation, § 14.4).  As a result, I request that you provide the following to
substantiate them:  any additional non-military medical records on ███████, not already
provided, that relates to the claim; and, documentation to support any out-of-pocket
medical expenses.

    To assist us in obtaining evidence during the claim's investigation, please have Ms.
Willis sign the enclosed Health Insurance Portability and Accountability Act (HIPAA)
information disclosure form on behalf of ███████.  Also enclosed is an explanation of
your client's rights under HIPAA.

-2-

If you have any questions regarding the claims investigation, you may contact me at (706) 787-1353/1356 or email jonathan.t.shoenholz.civ@mail.mil.  You may also contact Ms. Candies Gerald, the Medical Claims Investigator, at (706) 787-2912.  Our office Fax is (706) 787-9441.

Sincerely,



Jonathan T. Shoenholz
Attorney-Advisor

Enclosures
    Filed SF95
    Medical Release Form
    HIPAA Acknowledgement

Copy Furnished:
USARCS

# EXHIBIT B

## Expert Affidavit & CV of
## Scott A. Sullivan, M.D.

AFFIDAVIT OF
SCOTT ALLAN SULLIVAN, M.D.

BEFORE ME, the undersigned authority, personally came and appeared:

**SCOTT ALLAN SULLIVAN, M.D.**

("Affiant"), who, after being duly sworn, deposed and stated, of his own, personal knowledge, that:

1. I am a person of the full age of majority, and a resident of Charleston, South Carolina.

2. A complete copy of my curriculum vitae is attached to this affidavit as Exhibit A.

3. I am licensed to practice medicine in the State of South Carolina, and was licensed in the State of South Carolina at the time care and treatment was provided to Sherecia Willis and Christian J. Willis.

4. I have practiced and taught medicine in my medical specialty as a Board Certified Physician in Obstetrics and Gynecology for at least 3 of the last 5 years prior to the events that I am rendering my opinion.

5. I have actual professional knowledge and experience in the area of practice or specialty, Maternal-Fetal Medicine and Obstetrics and Gynecology, in which my opinion is to be given as the result of having been regularly engaged in the practice or teaching Maternal-Fetal Medicine and Obstetrics and Gynecology at the time of the events in this case occurred.

6. My education, training, and experience as described above and in my curriculum vitae (attached to this affidavit and incorporated fully in this affidavit) qualify me to do (among other things) the following in this case:

    a. render an expert medical opinion regarding the accepted and applicable standards of medical care, for care and treatment rendered during the delivery of Christian Willis by Trinity Hospital and Dr. Jefferies., on January 31, 2016 and February 1, 2016.

    b. render expert medical opinions regarding the cause of injuries to Christian Willis which include severe fetal acidosis and hypoxic-ischemic encephalopathy (HIE) as a result of the deviations from the accepted and applicable standard of care in caring for him by Trinity Hospital and its health care providers

    c. Render medical opinions regarding the breaches of the accepted and applicable standards of care during the care and treatment provided during the delivery of Christian Willis by Trinity Hospital and Dr. Jefferies., on January 31, 2016 and February 1, 2016.

7. I was asked to review this case by counsel for the Plaintiffs, Ms. Sherecia Willis and Christian J Willis.

8. I have reviewed the prenatal records of Ms. Sherecia Willis, the records concerning Ms. Willis's labor and delivery of a full term, 40 week infant, Christian J Willis, and the pediatric records of Christian J. Willis.

2

9.  In my review of this matter I opine on the breaches of the standard of care with respect to the care and treatment rendered during the delivery of Christian Willis by Trinity Hospital and Dr. Jefferies, on January 31, 2016 and February 1, 2016.

10. Christian J Willis sustained severe fetal acidosis and hypoxic-ischemic encephalopathy (HIE), which has led to permanent injury as a result of deviations from the standard care during delivery.

11. The medical records indicate that Christian J Willis had a normal fetal heart monitoring and did not have these injuries (severe fetal acidosis and hypoxic-ischemic encephalopathy (HIE)) upon admission to Trinity Hospital on January 31, 2016.

12. Using well-established obstetric criteria, within a reasonable degree of medical certainty, it is apparent that failure to expedite delivery for Christian J Willis led to the acidosis, HIE and injuries.

13. I have reviewed the electronic fetal monitoring records and it is my opinion that there are indications of abnormal fetal heart rate monitoring leading up to delivery. These indications include but are not limited to repetitive late decelerations noted by 0045 on February 1, 2016. By 0140 the electronic heart monitoring (EFM) indicates an acidotic fetus. Delivery was not accomplished until 0209.

14. As a result of his injuries Christian Willis, among other things, was born with a 5-minute Apgar score of 3, a severely acidotic blood gas of 6.95, required extensive resuscitation, required admission to Neonatal Intensive Care Unit (NICU), and suffered neonatal seizures.

15. It is my opinion, based on review of the records, with a reasonable degree of medical certainty that earlier intervention and delivery would have prevented the severe injuries

3

sustained by Christian Willis.  Failure to do was a breach in the standards of obstetric care.

16. I reserve the right to change or add to my opinions, after review of additional information should additional information become available.

17. I make this affidavit under oath, after being duly sworn.  This affidavit is executed for the purposes of being attached to and used in support of the Plaintiff's medical malpractice Complaint as required by O.C.G.A. section 9-11-9.1.


FURTHER AFFIANT SAYETH NOT.


_____

**SCOTT ALLAN SULLIVAN, M.D.**


SWORN TO AND SUBSCRIBED BEFORE ME, on this _14th_ day of ___January___ 2017.

_E. Renolds_
Printed Name: _E. Renolds,_
My Commission Expires: _2/1/26_

# CURRICULUM VITAE

## Scott Allan Sullivan, MD, MSCR, FACOG

DATE OF BIRTH:     April 26, 1971

PLACE OF BIRTH:     Louisville, Kentucky, USA

HOME ADDRESS:     3423 Col Vanderhorst Cir
Mt Pleasant, South Carolina 29466
(843) 856-6466

PERSONAL:     Wife:  Angela M. Savatiel MD, FACOG
Children:  Abigail Elizabeth Sullivan (7/13/03)
Miles Patrick Sullivan (4/18/05)
Sarah Anne Sullivan (11/14/08)

OFFICE ADDRESS:     Medical University of South Carolina
Dept. of Obstetrics and Gynecology
96 Jonathan Lucas Street
Charleston, South Carolina 29425
(843) 792-6486
email: sullivas@musc.edu

EDUCATION:     Medical University of South Carolina          2003-2006
Charleston, South Carolina
Masters - Clinical Research

University of Louisville School of Medicine          1992-1996
Louisville, Kentucky
MD

University of Louisville          1989-1992
College of Arts and Sciences
Louisville, Kentucky
BA, Biology, Cum Laude

POST GRADUATE
TRAINING:     Maternal Fetal Medicine Fellowship          2003-2006
Medical University of South Carolina
Charleston, South Carolina
M. Kathryn Menard MD – Director

|  |  |  |
|---|---|---|
|  | University of Louisville School of Medicine<br>Resident in Obstetrics and Gynecology<br>Department of Obstetrics and Gynecology<br>Louisville, Kentucky<br>Stanley A Gall MD - Director | 1996-2000 |
| FACULTY<br>APPOINTMENTS: | Associate Professor<br>Medical University of South Carolina<br>Charleston, South Carolina | 2011- |
|  | Assistant Professor<br>Medical University of South Carolina<br>Charleston, South Carolina | 2006-2011 |
|  | Clinical Instructor<br>Medical University of South Carolina<br>Charleston, South Carolina | 2003-2006 |
| ACADEMIC/<br>ADMINISTRATIVE<br>APPOINTMENTS : | Residency Program Director<br>ACGME Program # 2204521270<br>Medical University of South Carolina<br>Charleston, South Carolina | 2006- |
|  | Chairman, Maternal and Child Services<br>River Region Health System<br>Vicksburg, Mississippi | 2001-2003 |
|  | Chief Administrative Resident<br>Department of Obstetrics and Gynecology<br>University of Louisville School of Medicine<br>Louisville, Kentucky | 1999-2000 |
| HOSPITAL<br>APPOINTMENTS : | University of Louisville Hospital<br>Louisville, Kentucky<br>Resident staff | 1996-2000 |
|  | River Region Medical Center<br>Vicksburg, Mississippi<br>Active staff (private Ob/Gyn practice) | 2000-2003 |

Medical University of South Carolina               2003-
Charleston, South Carolina
Active staff (academic practice)

McLeod Regional Medical Center
 Florence, South Carolina
Consulting staff (academic outreach)              2009-


HOSPITAL
COMMITTEES :      MUSC Lactation Services Chair 2009 - present
                 MUSC Perinatal Service Line 2008 – 2009
                 MUSC Dept. of Ob/Gyn Education Committee 2009 - present
                 MUSC Dept. of Ob/Gyn Academic Affairs Committee 2007 - present
                 MUSC GME Committee 2006 - present
                 MUSC GME Grievance Committee 2006 - present
                 MUSC Diversity Committee 2006 - 2009
                 MUSC Maternal Safety Committee 2006 – 2009
                 MUSC Graduate Medical Education Committee 2006 - present
                 MUSC Maternal/Child Trauma Committee 2005-06
                 MUSC CTSA Graduate Educational and Professional
                  Development Committee 2006 – 2007
                 River Region Peer Review Committee 2000-2003
                 River Region Maternal/Child Committee (Chair) 2001-2003


BOARD
CERTIFICATION:   American Board of Obstetrics and Gynecology
                 Specialties : Obstetrics/Gynecology              2002 - present
                      # 9003266M
                           Re-certified (MOC cycle)               2008 - 2014
                      Maternal-Fetal Medicine                     2008 - 2014


LICENSURE:       South Carolina    2003 – present (#23996)
                 Mississippi       2000-2003 (inactive)
                 Kentucky          1997-2000 (inactive)
                 USMLE             1997 - present

TEACHING
AWARDS:          MUSC Faculty Excellence Nominee, 2009
                 MUSC Golden Apple Nominee, 2009, 2010
                 MUSC Teacher of the Month November, 2008
                 Association of Professors of Gynecology and Obstetrics (APGO)

Excellence in Teaching Award - 2008
Berlex Teaching Award  1998
University of Louisville Teaching Resident Award 1997-98

RESEARCH
AWARDS:

ACOG Roy M. Pitkin Award (for research published in
*Obstetrics/Gynecology*) 2010
Best Doctors of America 2010, 2011
MUSC Center for Health Disparities Research Award 2008-09
Warren A Pearce/Wyeth ACOG Research Award 2007-08
Obstetrix/Pediatrix Professional Development Scholarship 2003-2006
ACOG Annual Meeting Blue Ribbon Presentation 2006
Obstetrix/Pediatrix Fellow Research Award 2005
Best Research Presentation, South Carolina Obstetrical Association
Meeting, Charleston SC 2005
Dr. F. Miller Memorial Scholarship (Academic four year medical
school tuition/research scholarship) 1992-1996
Governor's Scholar Scholarship (Four year undergraduate tuition)

EXTRAMURAL
PROFESSIONAL
ACTIVITIES :

ACOG Taskforce on Neonatal Encephalopathy and Cerebral Palsy,
consultant on metabolic/endocrine subsection 2011
ACOG South Carolina Section Vice-Chair (Elect) 2011-14
President-Elect, South Carolina Ob/Gyn Society 2010-13
ACOG District IV Patient Safety Committee 2010 -
ACOG Liaison to the Endocrine Society 2009 - 2010
ACOG South Carolina Section Secretary/Treasurer 2008-2011
ACOG Liaison to the American Thyroid Association 2008 - 2009
ACOG Committee on CREOG Examination, Sub-Specialty
Section (MFM)                          2008 –
    Chair, MFM section                 2010 -
National Institutes of Health, (NICHD) Study Section – *National
Standards for Fetal Growth* Reviewer August 2007
Manuscript reviewer, *American Journal of Obstetrics and
Gynecology* 2004 -
Chair, ACOG sub-committee on CME evaluation 2006
ACOG Committee on Continuing Medical Education 2004 - 2006
ACOG Presidential Task Force on Practice Issues 2003-2004
ACOG Committee on the Scientific Program of the Annual
Clinical Meeting  2001-2004
Manuscript reviewer, *Obstetrics and Gynecology* 2003 -
Abstract Reviewer 2002-09 ACOG Annual Clinical Meetings

Judge/Chair ACOG Film Festival 2002-2004
ACGME Ob/Gyn Residency Review Committee 1999-2001
ACGME Program Requirements RRC Sub-committee 2000
Peer Review Committee, Mississippi Board of Medical Licensure
2001-2003
Secretary-Treasurer West Mississippi Medical Society 2001-2003
Captain, Alliant Air Rescue Service 1997-2000

**PROFESSIONAL
ORGANIZATIONS:**

South Atlantic Association of Obstetricians and Gynecologists 2010 -
THEGOS 2006 -
Central Association of Obstetrics and Gynecology 2002 - 2006
Charleston Medical Society 2003-
Alpha Omega Alpha 1998 -
South Carolina Obstetrical Association 2003 -
South Carolina Medical Association 2003 -
Society for Maternal and Fetal Medicine 2003 -
American Medical Association 1996 - 2003
American College of OB/GYN 1996 -
 (Jr Fellow Chairman Ky. Section 1997–1999)
 (Fellow South Carolina Section Sec/Treasurer 2008 - )
American Institute of Ultrasound in Medicine 2003 - 2009

**PEER REVIEWED
PUBLICATIONS:**

**Sullivan S**, Chang E, Savatiel A, Conatser R, et al "A hands-free
abdominal retractor for use during cesarean section – a randomized
trial" *Obstetrics and Gynecology*, in press

Stagnaro-Green A, Grobman W, Pearce E, **Sullivan S**, et al
"Guidelines for the Mangement of Thyroid Disease in Pregnancy"
Thyroid, in press

Chang E, Zhang J, **Sullivan S**, Newman R, Singh I ""N-Acetylcysteine
(NAC) attenuates the maternal and fetal pro-inflammatory response to
intrauterine LPS injection in an animal model for preterm birth (PTB)
and brain injury". *Journal of Maternal-Fetal and Neonatal Medicine*,
accepted 9/20/2010

DeGroot L, Lazarus P, **Sullivan S**, Mestman J, Alexander E, et al
"Thyroid Dysfunction and Pregnancy : Recommendations of the
Endocrine Society" *Journal of Clinical Endocrinology*, accepted
9/21/2010

Tarnawa E*, **Sullivan S**, Underwood P Richardson M, Spruill L

"Severe Hypercalcemia Associated with Uterine Leiomyomata in Pregnancy" *Obstetrics and Gynecology*, 2011 Feb;117(2):473-6

**Sullivan S**, Williamson B\*, Wilson LK\*, Korte JE, Soper D "Blunt Needles for the Reduction of Needlestick Injuries During Cesarean Section: A Randomized Controlled Trial" *Obstet Gynecol* 2009 Aug;144(2 Pt 1) 211-16

**Sullivan SA**, Soper D, Chang, E "Reply to Letter to the Editor Regarding #E08-5444A" *Am J Obstet Gynecol* 2009; Epub 200(2): 241

Newman RB, **Sullivan SA**, Menard MK, Rittenberg CS^, Rowland AK, Korte J, Kirby H. South Carolina Partners for Preterm Birth Prevention: a regional perinatal initiative for the reduction of premature birth in a Medicaid population. *Am J Obstet Gynecol* 2008;199(4): 393-396

C. Rittenberg^, **S. Sullivan**, N. Istwan, D. Rhea, G. Stanziano, R. Newman "Women Receiving 17P Hospitalized for Preterm Labor at <34 Weeks Benefit from Daily Perinatal Nursing Surveillance" *Am J Obstet Gynecol* 2008;199(4): 389-90

L. Wilson\*, **S. Sullivan**, W. Goodnight, E. Chang, D. Soper "The use of Blunt Needles Does not Reduce Glove Perforations During Obstetrical Laceration Repair *Am J Obstet Gynecol*, 2008;199(6):641.e1-3. Epub 2008 Jul 17.

C. Rittenberg^, **S. Sullivan**, N. Istwan, D. Rhea, G. Stanziano, R. Newman "Clinical Characteristics of women prescribed 17-alpha-hydroxyprogesterone caproate in the community setting" *Am J Obstet Gynecol* 2007;197:262.e1-262.e4

**S. Sullivan**, T. Smith\*, E. Chang, J. VanDorsten D. Soper, "Administration of Cefazolin prior to Skin Incision is Superior to Cefazolin at Cord Clamping in Preventing Post-Cesarean Infectious Morbidity: A Randomized Controlled Trial." *Am J Obstet Gynecol* 2007 May 196(5):455.e1-5

**S. Sullivan**, R. Newman, E. Hill "Maternal Fetal Medicine Specialist Density is Inversely Associated with Maternal Mortality Ratios" *Am J Obstet Gynecol* 2005 Sept 193(3) 1083-8

**S. Sullivan**, R. Newman "Prediction and Prevention of Preterm Delivery in Multiple Gestation." *Clinical Obstetrics and Gynecology* 2003  47(1) 203-15

D. Taylor, **S. Sullivan**, et al "Modulation of T-cell CD3-Zeta Chain Expression During Normal Pregnancy" *J Reprod Immunol.* 2002 Mar;54(1-2):15-31

NON PEER
REVIEWED
PUBLICATIONS :

**S. Sullivan**, E. Wilkinson, E. Grendys "Pap Testing and the HPV Vaccine – The Beginning of the End for Cervical Cancer?" Trends In Cervical Health Jan 2007 (1) 1-8

**S. Sullivan** "Obesity as a Risk Factor for HPV and Mortality from Cervical Cancer" Trends in Cervical health Dec 2007 (12) 4-9

INTERNET
PUBLICATIONS:

**S. Sullivan**, W.Goodnight "Diagnosis of PPROM" E-Learning, Dec 2010

**S. Sullivan** "Getting your Timing Right – Antibiotic Prophylaxis" Canadian Health Service Webinar, Nov 2010

**S. Sullivan** "Antibiotic Prophylaxis for Cesarean Section" OB Academic Rounds,  Apple iTunes site, April 2007

**S. Sullivan**, Garite T "A Gravida Found Down – Acetaminophen Toxicity in Pregnancy" Obstetrix/Pediatrix Interactive Grand Rounds, May 2005

PRESENTATIONS:

Murray E*, **Sullivan S**, Savatiel A "Classical Cesarean Delivery Between 23-26 weeks : Complications and Effect on Subsequent Pregnancy" Poster Presentation, SMFM Annual Meeting, Feb 2011, San Francisco, CA

Houston L^, **Sullivan S**, Ebeling M "Serial Cervical Length Measurements after Cerclage Placement" Oral Presentation, Southern Perinatal Reaserch Conference, Jan 2011, Key Largo FL

Conatser R*, **Sullivan S**, Savatiel A, Nelson C "A randomized controlled trail of a self-retaining abdominal retractor for use during cesarean section" ACOG Annual Clinical Meeting 2010, Poster Presentation (Blue Ribbon winner) San Francisco, CA

Chang E, Zhang J, **Sullivan S**, Newman R, Singh I "N-Acetylcysteine Prevents Preterm Birth by Attenuating the LPS Induced Expression of

Contractile Associated Proteins in an Animal Model for Preterm Birth" Society for Maternal-Fetal Medicine Annual Meeting 2010, Poster Presentation, Chicago, IL

Rushing, J*, Chang E, **Sullivan S**, Goodnight W "Defining NST Criteria for Fetal Well-Being from 26 to 32 weeks" Society for Maternal-Fetal Medicine Annual Meeting 2010, Poster Presentation, Chicago, IL

Lazenby W^, **Sullivan S**, Soper D "Penicillen Allergy and Cesarean Section Antibiotic Prophylaxis" Infectious Disease Society of Ob/Gyn Annual Meeting 2009, Oral Presentation, Montreal Canada

Chang E, Zhang J, **Sullivan S**, Newman R, Singh I "N-Acetylcysteine Prevents Preterm Birth in an Intrauterine Inflammatory Model of Preterm Birth" Society for Maternal-Fetal Medicine Annual Meeting 2009, Poster Presentation, San Diego, CA

**Sullivan S**, Platz E, Newman R, Rittenberg C, Albergotti G "Maternal-Fetal Medicine Specialist Density and State Specific Malpractice Activity" Society for Maternal-Fetal Medicine Annual Meeting 2009, Poster Presentation, San Diego, CA

**Sullivan S**, Platz E, Newman R, Rittenberg C, Albergotti G "Maternal-Fetal Medicine Specialist Workforce Density and Distribution in the United States 1998-2008" Society for Maternal-Fetal Medicine Annual Meeting 2009, Poster Presentation, San Diego, CA

Rittenberg C, **Sullivan S**, Menard K, Rowland A, Newman R "Impact of an Obstetrical Case Management Iniative on NICU Costs in a Medicaid-Funded Population" Society for Maternal-Fetal Medicine Annual Meeting 2009, Poster Presentation, San Diego, CA

Platz E, **Sullivan S**, Newman R, Ebeling M "Racial Disparities in Preterm Birth Rates Among Women with History-Indicated Cerclages" Society for Maternal-Fetal Medicine Annual Meeting 2009, Poster Presentation, San Diego, CA

Platz E, **Sullivan S**, Newman R, Ebeling M, Rittenberg C "Racial Disparities in Premature Delivery for Women Undergoing Ultrasound or Physical Examination indicated Cerclage Society for Maternal-Fetal Medicine Annual Meeting 2009, Poster Presentation, San Diego, CA

**S. Sullivan**, T. Smith*, E. Chang "Intern Surgeons do not have Increased Complications with Cesarean Deliveries as Compared to

More Experienced Surgeons" ACOG Annual Clinical Meeting 2008, Poster Presentation New Orleans, LA

R. Newman, **S. Sullivan**, M. Menard, C. Rittenberg^ A. Rowland, H. Kirby "South Carolina Partners for Preterm Birth Prevention: A Regional Perinatal Initiative for the Reduction of Premature Birth in a Medicaid Population" Society for Maternal-Fetal Medicine Annual Meeting 2008, Poster Presentation Dallas, TX

C. Rittenberg^, **S. Sullivan**, A. Rowland, T. Hulsey, M. Ebeling, M. Batreja, R. Newman "17 Alpha Hydroxy-progesterone Caproate Prolongs Gestation Among Patients whose Previous Delivery was very Preterm" Society for Maternal-Fetal Medicine Annual Meeting 2008, Poster Presentation Dallas, TX

C. Rittenberg^, **S. Sullivan**, N. Istwan, D. Rhea, G. Stanziano, R. Newman "Women Receiving 17P Hospitalized for Preterm Labor at <34 Weeks Benefit from Daily Perinatal Nursing Surveillance" Society for Maternal-Fetal Medicine Annual Meeting 2008, Poster Presentation Dallas, TX

Wilson, L*, **S. Sullivan**, D. Soper "Use of Blunt Needles does not Reduce the Incidence of Needlestick Injuries during Obstetric Laceration Repair" ACOG Annual Clinical Meeting 2007, Oral Presentation San Diego, CA

S. Swift, B. Platz*, J. Carter, **S. Sullivan** "Correlation of Surgical Skills Scores: Laboratory and the Operating Room" APGO/CREOG Annual Meeting 2007, Oral Presentation Salt Lake City, UT

**S. Sullivan**, D. Soper "Administration of Cefazolin prior to Skin Incision is Superior to Cefazolin at Cord Clamping in Preventing Post-Cesarean Infectious Morbidity: A Randomized Controlled Trial." Society for Maternal-Fetal Medicine Annual Meeting 2007, Oral Presentation San Fransisco, CA

C. Rittenberg^, **S. Sullivan**, R. Newman, K. Menard "Are Novice Transvaginal Cervical Length Measurements Reliable?" Society for Maternal-Fetal Medicine Annual Meeting 2007, Poster Presentation San Fransisco, CA

C. Rittenberg^, **S. Sullivan**, N. Istwan, D. Rhea, G. Stanziano, R. Newman "Clinical Characteristics of Women Prescribed 17-OHP Caproate in the Community Setting" Society for Maternal-Fetal Medicine Annual Meeting 2007, Poster Presentation San Fransisco,

CA

J. Little*, **S. Sullivan** "Sickle Cell Trait is Not Associated with Adverse Perinatal Outcomes" American College of Ob/Gyn, Annual Clinical Meeting, 2006 (Poster) Washington, DC : blue ribbon winner

**S. Sullivan** "Maternal Fetal Medicine Specialist Density is Inversely Associated with Fetal and Infant Mortality" Society for Maternal-Fetal Medicine Annual Meeting 2006, Oral Presentation Miami Beach, FL

**S. Sullivan** "Maternal Fetal Medicine Specialist Density is Inversely Associated with Maternal Mortality Ratios" Society for Maternal Fetal Medicine Annual Meeting 2005, Oral Presentation Reno, Nevada

**S. Sullivan**, J. Lage "Placental Pathology and Perinatal Outcome Associated with Small for Gestational Age Twins" Society for Maternal Fetal Medicine Annual Meeting 2005, Poster Presentation Reno, Nevada

**S. Sullivan**, J. Lage "A Comparison of Placental Pathology and Perinatal Outcome Between Monochorionic and Dichorionic Twin Sets" Society for Maternal Fetal Medicine Annual Meeting 2005, Poster Presentation Reno, Nevada

**S. Sullivan**, K. Menard "Fetal Echogenic Bowel as a Marker for Adverse Perinatal Outcome" American Institute of Ultrasound in Medicine Annual Meeting 2004 Poster Phoenix, Arizona

J. Kurtzman^, **S. Sullivan** "Cervical Dynamicism and Preterm Labor" Society for Perinatal Obstetricians Annual Meeting 1999 Oral Presentation Miami Beach, Floria

\* - resident, ^ - fellow

SELECTED
INVITED
LECTURES :          "PPROM and Preterm Delivery" Grand Rounds, St. Francis Hospital, Nov 2010, Hartford, Connecticut

"The Non-Stress Test – The Good, the Bad and the Ugly" Palmetto Baptist Hospital, Oct 2010, Columbia, SC

"PPROM – Diagnosis and Management" Grand Rounds, East Carolina

University, May 2010, Greenville, NC

"Thyroid Dysfunction in Pregnancy" Grand Rounds, MUSC, May 2010, Charleston, SC

"PPROM – Diagnosis and Management" Grand Rounds, University of Louisville, July 2009, Louisville Ky.

"Preterm Birth and Thyroid Dysfunction"  American Thyroid Association, International Spring Symposium, Washington DC, April 2009

"The Evidence Based Cesarean Section"  Grand Rounds, MUSC, Dept. of Ob/Gyn, Charleston, SC Sept. 2008

"Umbilical Cord Blood Banking, Public vs. Private" South Carolina Perinatal Nurse Association Annual Meeting, Charleston SC, May 2008

"Saving Umbilical Cord Blood" - 39th Annual Ob/Gyn Spring Symposium – Azaleas, Dogwoods and Obstetrical Controversies Charleston, South Carolina, March 2008

"ACGME Competencies – What do we do Now?" Grand Rounds, MUSC Dept of Ob/Gyn, Sept 2007

"Biomaterials in Obstetrics – A Fresh Look at Old Problems" South Carolina Biomaterials Summit, Charleston, SC June 2007

"Cervical Cerclage – Why, When and How?" Luncheon Conference, ACOG ACM, San Diego, CA May 2007

"Umbilical Cord Blood Banking – What do we tell our Patients?", ACOG Annual Clinical Meeting Luncheon Conference, San Diego, CA May 2007

"Induction of Labor – Current Trends and Evidence" South Carolina Perinatal Nurse Association Annual Meeting, Charleston SC, May 2007

"First Trimester Testing – Where are we now?" Grand Rounds, MUSC, Dept of Ob/Gyn, March 2007

"Maternal Mortality in South Carolina" Maternal and Child Health Committee, South Carolina Medical Society, Columbia SC, Oct 2006

"Umbilical Cord Blood Banking – Past, Present and Future" THEGOS
Annual Meeting, Isle of Palms, SC June 2006

"Update on Maternal Mortality" Grand Rounds, MUSC, Dept. of
Ob/Gyn Jan. 2006

"Perinatal Mortality and Obstetrical Provider Density" American
Gynecological Club, Charleston SC, Oct 2005

"Umbilical Cord Blood Banking, Fact and Fiction" Grand Rounds,
MUSC, Dept. of Ob/Gyn Sept 2005

"Fetal Anemia" – Grand Rounds, Earl K. Long Hospital,
Baton Rouge, Louisiana, June 2005

"3D/4D US – The Practical Applications: Grand Rounds,
MUSC, Dept. of Ob/Gyn June 2005

"Cervical Cerclage – What's the Evidence?" Luncheon
Conference, ACOG ACM, San Francisco, CA May 2005

"3D/4D US – Practical Applications" Luncheon Conference,
ACOG ACM, San Francisco, CA May 2005

"MCA Doppler and Fetal Anemia" Azaleas and Dogwoods –
Controveries in Obstetrics, Charleston SC March 2005

"The Prevention of Preterm Delivery" Low Country Perinatal
Outreach Education Day Folly Beach, SC May 2004

"The Prediction and Prevention of Preterm Delivery in Multiple
Gestations"  Obstetrics and Gynecology Grand Rounds at
Medical University of South Carolina Charleston, SC Mar 2004

"What does 'Advanced Maternal Age' Really Mean?"
Art Linkletter's Conference on Aging and Women's Health
Vicksburg, MS May 2003

"Planning for a Healthy Pregnancy" Governor's Conference on
Women's Health  Jackson, MS June 2002

GRANT SUPPORT :   **S. Sullivan**, K. Menard "Perinatal Mortality is Inversely Associated
with Maternal-Fetal Medicine Density" Obstetrix/Pediatrix Fellow

Research Grant (6500$)
2005-06

**S. Sullivan**, R. Conatser* "Cost-Effectiveness of the Alexis Retractor System" Applied Medical Devices Research Grant (9000$) 2006-07

R. Newman, **S. Sullivan** "South Carolina Partners for the Prevention of Preterm Birth" South Carolina Dept of Health and Human Services March of Dimes (414,803$) 2007-08

**S. Sullivan**, E. Hill "Temporal Trends in Obstetrician Density and Perinatal Outcomes for States Designated 'Red Alert' for Malpractice Crisis" Warren A Pearce/Wyeth ACOG Research Grant (16,000$) 2007-08

**S. Sullivan**, R. Newman, C. Rittenberg^ "Prevention of Preterm Birth in a High Risk Population" National Institutes of Health (NICHD) LRP (35,000$) 2007-09

E. Platz^, **S. Sullivan** "Racial Disparities in Cervical Insufficiency and Cerclage Failure" Center for Health Disparities Research Pilot Project (5000$) 2007-08

**S. Sullivan**, Hirt D, Platz B^, Newman R "A Novel Approach for the Prevention of Cervical Insufficiency and Premature Birth" South Carolina Clinical and Translational Research Institute (SCTR) (50,000$) 2008-09

**S. Sullivan**, A. Savage, D. Soper "The detection of onco-FISH activity in HPV from patients with LGSIL" Hologic Research Grant (226,000$) 2009-2010

**S. Sullivan**, Korte J "Measuring the Association Between Improved Perinatal Outcomes, Board Certification and Maintenance of Certification" American Board of Obstetrics and Gynecology – Foundation for Excellence Research Grant (32,000$) 2010-2011

VOLUNTEER WORK :   March of Dimes Walk-America Team Captain 2005 – present
Muhammad Ali Center (Louisville, Ky) fundraiser 2006 – present
MUSC Intramurals, Team Captain and volunteer 2003 - present
Christ our King/Stella Maris School volunteer 2007 - present
MUSC Student Clinic, volunteer physician 2006 - 2008
MUSC volunteer teacher for physical examinations  2007 – present

St. Benedict Church volunteer (Angel tree, Sailor relief, etc.) 2008 – March of Dimes / Sanofi Pasteur "Sounds of Pertussis", South Carolina spokesman 2009-2010
Mount Pleasant Recreation Department, Volunteer Youth Baseball Coach 2009 - present

# EXHIBIT C

**Expert Affidavit & CV of
Stephen L. Nelson, M.D.**

STATE OF LOUSIANA

AFFIDAVIT OF

STEPHEN NELSON, MD, PHD, FAAP


BEFORE ME, the undersigned authority, personally came and appeared:

STEPHEN NELSON, MD, PHD, FAAP

("Affiant"), who, after being duly sworn, deposed and stated, of his own, personal knowledge, that:

1.      I am a person of the full age of majority, and a resident of New Orleans, Louisiana.

2.      A complete copy of my curriculum vitae is attached to this affidavit as **Exhibit B**.

3.      I am licensed to practice medicine in the State of Louisiana, and was licensed in the State of Louisiana at the time care and treatment was provided to Sherecia Willis and Christian J. Willis.

4.      I have practiced and taught medicine in my specialty as a physician Board Certified in Pediatrics and Neurology with Special Qualification in Child Neurology for at least 3 of the last 5 years prior to the events about which I am rendering my opinion.

5.      I have actual professional knowledge and experience in the areas of practice or specialties of Pediatrics and Child Neurology in which my opinion is to be given as a result of having been regularly engaged in the practice and teaching of Pediatrics and Child Neurology at the time the events in this case occurred.

6.      My education, training, and experience, as described above and in my curriculum vitae (attached to this affidavit and incorporated fully in this affidavit as **Exhibit B**) qualify me to do (among other things) the following in this case:

a.      render an expert medical opinion regarding the accepted and applicable standard of care for the care and treatment rendered during the delivery and neonatal care of Christian J. Willis by Dr. Martin Jefferies, a United States Army staff physician, Trinity Hospital of Augusta, Georgia, and Dr. Venkatsean Gorantla, on January 31 and February 1, 2016;

c.      render an expert medical opinion regarding breaches of the accepted and applicable standard of care for the care and treatment rendered during the delivery and neonatal care of Christian J. Willis by Dr. Martin Jefferies, a United States Army staff physician, Trinity Hospital of Augusta, Georgia, and Dr. Venkatsean Gorantla on January 31 and February 1, 2016;

b.      render an expert medical opinion regarding the cause of injuries, which include birth asphyxia and severe hypoxic-ischemic encephalopathy (HIE), resulting from these breaches of the accepted and applicable standard of care for the care and treatment rendered during the delivery and neonatal care of Christian J. Willis by Dr. Martin Jefferies, a United States Army staff physician, Trinity Hospital of Augusta, Georgia, and Dr. Venkatsean Gorantla on January 31 and February 1, 2016.

7.      I was asked to review this case by counsel for the Plaintiffs, Ms. Sherecia Willis and Christian J. Willis.

8.      I have reviewed medical records concerning the following: prenatal care of Ms. Sherecia Willis; labor and delivery of a full term 40-week infant by Ms. Sherecia Willis; and neonatal and pediatric care of Christian J. Willis.

9.      In my review of this matter I opine on breaches of the accepted and applicable standard of care for the care and treatment rendered during the delivery and neonatal care of Christian J. Willis by Dr. Martin Jefferies, a United States Army staff physician, Trinity Hospital of Augusta, Georgia, and Dr. Venkatsean Gorantla on January 31 and February 1, 2016.

10.     My opinions are attached and incorporated as **Exhibit A** to this affidavit.

11.     I reserve the right to change or add to my opinions after review of additional information should additional information become available.

12.     I make this affidavit under oath after being duly sworn. This affidavit is executed for the purposes of being attached to and used in support of the Plaintiff's medical malpractice complaint as required by O.C.G.A. section 9-11-9.1.


FURTHER AFFIANT SAYETH NOT.


STEPHEN NELSON, MD, PHD, FAAP

LANL4-011199568

SWORN TO AND SUBSCRIBED BEFORE ME, on this 30 day of May 2017.

Printed Name Jama M. McC____

My Commission Expires: dec 7

CLEARVIEW AUTO TITLE AND NOTARY
2122 Clearview Pkwy.
Metairie, LA 70001
504-455-4444

# CHILD NEUROLOGY CONSULTING, LLC

May 25, 2017

Chuck Pardue
211 Bobby Jones Expressway Suite B
Martinez, GA 30907
Phone (706) 823-2000

Re: Christian Willis

Dear Mr. Pardue,

The basis for my opinion is that I am board-certified in both Pediatrics and Neurology with Special Qualification in Child Neurology. I have been engaged in active clinical practice full-time since 2003 as a Pediatrician, and since 2007 as a Pediatric Neurologist. Currently, I am Director of Pediatric Neurology at Tulane-Lakeside Hospital as well as Associate Professor of Pediatrics, Neurology, Neurosurgery, and Psychiatry at Tulane University School of Medicine. I am actively involved in academic teaching and research, and maintain high-volume outpatient and inpatient services. I have attached my CV for additional clinical and academic experience, and publications.

Based on my education, training and experience, I am qualified to give expert opinion as both a Pediatrician and Pediatric Neurologist in this matter.

Per your request, I reviewed the following medical records of Christian Willis in preparing this report:

1. Augusta University Medical Center (AUMC)
2. Trinity Hospital of Augusta
3. Dwight D. Eisenhower Army Medical Center, Fort Gordon
4. In-Home Pediatric Therapy
5. Video of Christian Willis, 4/21/17
6. Expert report, Dr. Geoffrey Negin, Neuroradiologist
7. MRI and CT scans from AUMC on disc

6221 South Claiborne Avenue, Suite 506 New Orleans, LA 70125

It is my opinion that it is more probable than not and to a reasonable degree of medical probability that the following interpretations, opinions, and conclusions are correct.

SUMMARY OF FACTS

Christian was a term 40.5 week EGA infant male born on 2/1/2016 at Trinity Hospital of Augusta to a 23-year G1P0 female with good prenatal care and pregnancy complicated by chronic hypertension (not requiring medications), history of treated vaginal herpes with no lesions, and maternal fever. There was thick meconium at rupture of membranes, and vacuum extraction was used with numerous (three or more) pop-offs. There were early, variable, and late fetal decelerations. Chest compressions were performed for approximately two minutes and PPV for approximately 15 minutes. APGARs were 1/3/4/6 at 1/5/10/15 minutes. Initial cord gas had pH 6.95 with BE -20.2. Christian was intubated with thick meconium suctioned from below the cords. He was noted to have huge scalp edema where the vacuum was applied. He was also hypotensive, required fluid resuscitation, and had seizure-like movements with eye deviation at five hours of life. Nursing notes document that Christian was encephalopathic, with abnormalities in tone, absent cry, tremors, and jitteriness. Furthermore, he was diagnosed with meconium aspiration syndrome, profound neonatal depression, metabolic acidosis in utero, hypotension and shock, and transferred to AUMC for a higher level of care.

Christian was admitted at AUMC from 2/1-2/11/2016, but did not undergo hypothermia protocol for hypoxic ischemic encephalopathy (HIE) due to "not meeting criteria within the 6-hour window." He began having clinical seizures within 24 hours of birth, and EEG 2/2/2016 showed continuous electrographic seizure activity. He was loaded with phenobarbital, and repeat EEG 2/5/2016 showed diffuse slowing, but no epileptiform activity. He also continued to have compensated metabolic shock for the first two days after transfer along with mild renal insufficiency and elevated liver enzymes that self-resolved. He was treated with antibiotics due to maternal fever, however, all cultures were negative. Head CT 2/2/2016 demonstrated scalp swelling, minimal scalp bleeding, and small 2-mm thick right subdural hematoma. Brain MRI 2/7/2016 showed restricted diffusion in multiple areas consistent with HIE. He was discharged with diagnoses of HIE, neonatal seizures, subdural hematoma, appropriate for gestational age, term, caput, and perinatal asphyxia.

Christian was seen in the outpatient pediatric neurology clinic at AUMC by Dr. Yong Park on 3/27/2017. Per the note, EEGs 5/10/2016 and 10/24/2016 were normal, and Christian had been weaned off phenobarbital prior to September 2016 with no further seizures. The note documented developmental delay (13 months old but developmentally <6 months) with extremity hypertonia combined with central hypotonia, retained primitive reflexes, brisk reflexes, and evidence of prior brain injury. PSG 2/27/2017 demonstrated OSA.

PCM visit 2/3/2017 at Fort Gordon listed Christian's diagnoses as moderate HIE, delayed milestones, failure to thrive, and other feeding disorder. Physical therapy visit 4/6/2017 noted central hypotonia with extremity hypertonia. At that time, he was 14 months old but, but not yet meeting his 6 month goals.

On the reviewed video, Christian had abnormal tone/posture with excessive fisting. He was not able to crawl or push up from prone position. He had central hypotonia with sitting and could not sit without support.

Neuroradiology expert, Dr. Negin, on head CT and brain MRI in the neonatal period: additional findings not seen on additional read, and all consistent with profound HIE.

EXPERT OPINION

1. Christian suffered severe HIE, as evidenced by his APGARs, blood gas, seizures, and CT/MRI findings.

2. Christian's brain injury is due to birth asphyxia, where the fetus/baby does not get enough blood/oxygen during the last stages of labor.

3. Based on the severity of his HIE, and that he did not undergo cooling, Christian more likely than not will suffer neurological impairments in the future, including but not limited to epilepsy/seizures, cognitive impairment/ mental retardation, ADHD/learning disabilities, emotional/behavioral issues, cerebral palsy/movement disorders, visual or hearing impairments, feeding and growth issues, decreased ability to learn or be employed meaningfully, increased pain and suffering, and increased lifelong medical costs.

4. All of Christian's future neurological and psychological issues are more likely than not a direct result of the above HIE, for which he was not cooled.

5. The failure to cool Christian, who met hypothermia criteria, was also a major contributing factor to his brain injury and worsened his outcome.

## REFERENCES (NOT EXCLUSIVE)

Ahearne CE, Boylan GB, Murray DM. Short and long term prognosis in perinatal asphyxia: An update. World J Clin Pediatr. 2016;5(1):67-74. PMID: 26862504

Armstrong-Wells J, Bernard TJ, Boada R, Manco-Johnson M. Neurocognitive outcomes following neonatal encephalopathy. NeuroRehabilitation. 2010;26(1):27-33. PMID: 20130353

Azzopardi D, Strohm B, Edwards AD, Halliday H, Juszczak E, Levene M, Thoresen M, Whitelaw A, Brocklehurst P; Steering Group and TOBY Cooling Register participants. Treatment of asphyxiated newborns with moderate hypothermia in routine clinical practice: how cooling is managed in the UK outside a clinical trial. Arch Dis Child Fetal Neonatal Ed. 2009;94(4):F260-4. PMID: 19060009

de Vries LS, Jongmans MJ. Long-term outcome after neonatal hypoxic-ischaemic encephalopathy. Arch Dis Child Fetal Neonatal Ed. 2010;95(3):F220-4. PMID: 20444814

Diviney M, Pinnamaneni R, Murphy JF, Lynch B, Rushe H, Madigan C, Geary M, Foran A. Neurodevelopmental outcome at seven years in term, acidotic newborns. Ir Med J. 2015;108(4):106-9. PMID: 26016299

Domnick NK, Gretenkord S, De Feo V, Sedlacik J, Brockmann MD, Hanganu-Opatz IL. Neonatal hypoxia-ischemia impairs juvenile recognition memory by disrupting the maturation of prefrontal-hippocampal networks. Exp Neurol. 2015;273:202-14. doi: 10.1016/j.expneurol.2015.08.017. Epub 2015 Sep 1. PMID: 26341391

Gane BD, Bhat V, Rao R, Nandhakumar S, Harichandrakumar KT, Adhisivam B. Effect of therapeutic hypothermia on DNA damage and neurodevelopmental outcome among term neonates with perinatal asphyxia: a randomized controlled trial. J Trop Pediatr. 2014 Apr;60(2):134-40. PMID: 24343823

Gonzalez FF, Miller SP. Does perinatal asphyxia impair cognitive function without cerebral palsy? Arch Dis Child Fetal Neonatal Ed. 2006;91(6):F454-9. PMID: 17056843

Higgins RD, Raju T, Edwards AD, Azzopardi DV, Bose CL, Clark RH, Ferriero DM, Guillet R, Gunn AJ, Hagberg H, Hirtz D, Inder TE, Jacobs SE, Jenkins D, Juul S, Laptook AR, Lucey JF, Maze M, Palmer C, Papile L, Pfister RH, Robertson NJ, Rutherford M, Shankaran S, Silverstein FS, Soll RF, Thoresen M, Walsh WF; Eunice Kennedy Shriver National Institute of Child Health and Human Development Hypothermia Workshop Speakers and Moderators. Hypothermia and other treatment options for neonatal encephalopathy: an executive summary of the Eunice Kennedy Shriver NICHD workshop. J Pediatr. 2011 Nov; 159(5):851-858. PMID: 21875719

Jacobs SE, Berg M, Hunt R, Tarnow-Mordi WO, Inder TE, Davis PG. Cooling for newborns with hypoxic ischaemic encephalopathy. Cochrane Database Syst Rev. 2013 Jan 31;1:CD003311. doi: 10.1002/14651858.CD003311.pub3. PMID: 23440789

Joy R, Pournami F, Bethou A, Bhat VB, Bobby Z. Effect of therapeutic hypothermia on oxidative stress and outcome in term neonates with perinatal asphyxia: a randomized controlled trial. J Trop Pediatr. 2013;59(1):17-22. PMID: 22907998

Lundgren C, Brudin L, Wanby AS, Blomberg M. Ante- and intrapartum risk factors for neonatal hypoxic ischemic encephalopathy. J Matern Fetal Neonatal Med. 2017 May 9:1-7. doi: 10.1080/14767058.2017.1321628. [Epub ahead of print]. PMID: 28486858

Martinello K, Hart AR, Yap S, Mitra S, Robertson NJ. Management and investigation of neonatal encephalopathy: 2017 update. Arch Dis Child Fetal Neonatal Ed. 2017 Apr 6. pii: fetalneonatal-2015-309639. doi: 10.1136/archdischild-2015-309639. [Epub ahead of print]. PMID: 28389438

Mwaniki MK, Atieno M, Lawn JE, Newton CR. Long-term neurodevelopmental outcomes after intrauterine and neonatal insults: a systematic review. Lancet. 2012 Feb 4;379(9814):445-52. PMID: 22244654

Natarajan G, Pappas A, Shankaran S. Outcomes in childhood following therapeutic hypothermia for neonatal hypoxic-ischemic encephalopathy (HIE).

Pappas A, Shankaran S, McDonald SA, Vohr BR, Hintz SR, Ehrenkranz RA, Tyson JE, Yolton K, Das A, Bara R, Hammond J, Higgins RD; Hypothermia Extended Follow-up Subcommittee of the Eunice Kennedy Shriver NICHD Neonatal Research Network. Cognitive outcomes after neonatal encephalopathy. Pediatrics. 2015;135(3):e624-34. PMID: 25713280

Peliowski-Davidovich A; Canadian Paediatric Society, Fetus and Newborn Committee. Hypothermia for newborns with hypoxic ischemic encephalopathy. Paediatr Child Health. 2012;17(1):41-6. PMID: 23277757

Perez A, Ritter S, Brotschi B, Werner H, Caflisch J, Martin E, Latal B. Long-term neurodevelopmental outcome with hypoxic-ischemic encephalopathy. J Pediatr. 2013;163(2):454-9. PMID: 23498155

Pfister RH, Soll RF. Hypothermia for the treatment of infants with hypoxic-ischemic encephalopathy. J Perinatol. 2010;Suppl:S82-7. PMID: 20877413

Perlman JM, Wyllie J, Kattwinkel J, Atkins DL, Chameides L, Goldsmith JP, Guinsburg R, Hazinski MF, Morley C, Richmond S, Simon WM, Singhal N, Szyld E, Tamura M, Velaphi S; Neonatal Resuscitation Chapter Collaborators. Part 11: Neonatal resuscitation: 2010 International Consensus on Cardiopulmonary Resuscitation and Emergency Cardiovascular Care Science With Treatment Recommendations. Circulation. 2010 19;122(16 Suppl 2):S516-38. PMID: 20956259

Pin TW, Eldridge B, Galea MP. A review of developmental outcomes of term infants with post-asphyxia neonatal encephalopathy. Eur J Paediatr Neurol. 2009;13(3):224-34. PMID: 18585940 Semin Perinatol. 2016 Dec;40(8):549-555. doi: 10.1053/j.semperi.2016.09.007. Epub 2016 Nov 15. PMID: 27863707

Rollins N, Booth T, Morriss MC, Sanchez P, Heyne R, Chalak L. Predictive value of neonatal MRI showing no or minor degrees of brain injury after hypothermia. Pediatr Neurol. 2014;50(5):447-51. PMID: 24656462

Shankaran S, McDonald SA, Laptook AR, Hintz SR, Barnes PD, Das A, Pappas A, Higgins RD5; Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Neonatal Magnetic Resonance Imaging Pattern of Brain Injury as a Biomarker of Childhood Outcomes following a Trial of Hypothermia for Neonatal Hypoxic-Ischemic Encephalopathy. J Pediatr. 2015;167(5):987-93.e3. PMID: 26387012

Steinman KJ, Gorno-Tempini ML, Glidden DV, Kramer JH, Miller SP, Barkovich AJ, Ferriero DM. Neonatal watershed brain injury on magnetic resonance imaging correlates with verbal IQ at 4 years. Pediatrics. 2009;123(3):1025-30. PMID: 19255035

Takenouchi T, Iwata O, Nabetani M, Tamura M. Therapeutic hypothermia for neonatal encephalopathy: JSPNM & MHLW Japan Working Group Practice

Last updated:  5/29/17

/

# Stephen L. Nelson, Jr., MD, PhD, FAAP

6221 S. Claiborne Ave., Suite 506
New Orleans, LA 70125
504-507-0774
www.childneurologyconsulting.com
childneurologyconsulting@gmail.com

## PROFILE
Dual board certified child neurologist with over 15 years of experience in pediatric neurology and pediatrics.  Expert witness, educator, and consultant in the field of child neurology.

## CURRENT APPOINTMENTS
Director, Pediatric Neurology
Director, Pediatric Neurodiagnostics
Tulane Medical Center, New Orleans, LA
Tulane-Lakeside Hospital, Metairie, LA

Associate Professor of Pediatrics, Neurology, Neurosurgery, and Psychiatry
Director, Pediatric Neurology Clerkship
Tulane University School of Medicine, New Orleans, LA

Medical Director, Tulane Center for Autism & Related Disorders
Tulane University School of Medicine, New Orleans, LA

Co-Director, Tulane NeuroGenetics Center
Tulane University School of Medicine, New Orleans, LA

Pediatric Neurologist
Women's and Children's Hospital, Lafayette, LA

Assistant Professor of Pediatrics, Neurology, and Psychiatry
Uniformed Services University of Health Sciences (USUHS), Bethesda, MD

## LICENSURE
*Current and Unrestricted*

| | |
|---|---|
| Medical License | Mississippi #19921 (Expires 6/30/2018) |
| | Louisiana #MD201697 (Expires 9/30/2017) |
| | Maryland #D71165 (Expires 9/30/2017) |
| Medical Doctor Expert Witness Certificate | Florida #MEEW3338 (Expires 11/12/2017) |
| DoD Expert Witness Child Neurology/Pediatrics | DUNS #080581520 CAGE #7U2W5 |

Guidelines Consensus Statement from the Working Group on Therapeutic Hypothermia for Neonatal Encephalopathy, Ministry of Health, Labor and Welfare (MHLW), Japan, and Japan Society for Perinatal and Neonatal Medicine (JSPNM). Brain Dev. 2012;34(2):165-70. PMID: 21930356

Watterberg KL, Aucott S, Benitz WE, Cummings JJ, Eichenwald EC, Goldsmith J, Poindexter BB, Puopolo K, Stewart DL, Wang KS, Ecker JL, Wax JR, Borders AE, El-Sayed YY, Heine RP, Jamieson DJ, Mascola MA, Minkoff HL, Stuebe AM, Sumners JE, Tuuli MG, Wharton KR. American Academy of Pediatrics Committee of Fetus and Newborn; American College of Obstetricians and Gynecologists Committee on Obstetric Practice. The Apgar Score. Pediatrics. 2015 Oct;136(4):819-22. PMID: 2641693

Wu, Y. Clinical features, diagnosis, and treatment of neonatal encephalopathy. UpToDate.com. 2/14/2017. https://www.uptodate.com/contents/clinical-features-diagnosis-and-treatment-of-neonatal-encephalopathy?source=machineLearning&search=hie&selectedTitle=2~150&sectionRank=1&anchor=H8#H8

Wyckoff MH, Aziz K, Escobedo MB, Kapadia VS, Kattwinkel J, Perlman JM, Simon WM, Weiner GM, Zaichkin JG. Part 13: Neonatal Resuscitation: 2015 American Heart Association Guidelines Update for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Circulation. 2015 3;132(18 Suppl 2):S543-60. PMID: 26473001

I reserve the right to supplement or add to my opinions contained in this report based on any additional or newly discovered evidence, and to rebut or respond to any opinions offered by the defendant's witnesses, including expert witnesses.

Respectfully,

Stephen Nelson, MD, PhD, FAAP
Diplomate, American Board of Psychiatry and Neurology
Diplomate, American Board of Pediatrics
Fellow, American Academy of Pediatrics

Last updated:  5/29/17

## BOARD CERTIFICATION
Board Certified in Neurology with Special Qualification in Child Neurology
American Board of Psychiatry and Neurology (ABPN); Cert #11661 (2008 - 2018)

Board Certified in General Pediatrics
American Board of Pediatrics (ABP); Cert #79042 (2003); Recertified for 2013 - 2023

## TRAINING AND EDUCATION
2004 - 2007          Child Neurology Fellowship
                     Stanford University School of Medicine, Stanford, CA

2000 - 2003          Pediatrics Internship and Residency
                     Wilford Hall Medical Center, Lackland AFB, TX

1996 - 2000          MD
                     University of California, San Diego

1991 - 1996          PhD, Biomedical Sciences
                     University of California, Riverside

1986 - 1990          BS, Biology (Summa cum laude)
                     California Polytechnic University, Pomona, CA

## CLINICAL APPOINTMENTS HISTORY
2016 - Present       Medical Director, Tulane Center for Autism and Related Disorders
                     Tulane University School of Medicine, New Orleans, LA

2016 - Present       Co-Director, Tulane NeuroGenetics Center
                     Tulane University School of Medicine, New Orleans, LA

2014 - Present       Director, Pediatric Neurology
                     Director, Pediatric Neurodiagnostics
                     Tulane Medical Center, New Orleans, LA
                     Tulane-Lakeside Hospital, Metairie, LA

2013 - Present       Pediatric Neurologist
                     Women's and Children's Hospital, Lafayette, LA

2009 - 2016          Pediatric Neurologist
                     Ocean Springs Hospital, Ocean Springs, MS

2007 - 2013          Pediatric Neurologist
                     Pediatric Emergency Medicine Physician
                     Tulane Medical Center, New Orleans, LA

Last updated:  5/29/17

| 2012 - 2013 | Pediatric Emergency Medicine Physician |
| | Holy Cross Hospital, Silver Springs, MD |

2010 - 2013     Pediatric Neurologist
                Walter Reed National Military Medical Center, Bethesda, MD

2010 - 2013     Pediatric Emergency Medicine Physician
                Shady Grove Adventist Hospital, Rockville, MD

2010 - 2013     Pediatric Emergency Medicine Physician
                Sinai Hospital, Baltimore, MD

2009 - 2010     Pediatric Neurologist
                Gulfport Memorial Hospital, Gulfport, MS

2007 - 2010     Chief, Pediatric Neurology / Deputy Chief of Staff
                Keesler Medical Center, Keesler AFB Biloxi, MS

2007 - 2010     Pediatric Neurologist
                Eglin Hospital, Eglin AFB Destin, FL
                Naval Hospital Pensacola, FL.

2008            Commander, Medical Readiness Training Exercise
                Ecuador

2004 - 2007     Disability Physician
                Health Analysis Concord, CA

2004 - 2007     Staff Pediatrician, Urgent Care
                Santa Clara Valley Medical Center, San Jose, CA

2003 - 2004     Staff Pediatrician / Chief, Disaster Team
                Los Angeles AFB Clinic, El Segundo, CA

## ACADEMIC APPOINTMENTS HISTORY

2017 - Present  Co-investigator, The Surveillance Monitoring for Antiretroviral Therapy
                Toxicities (SMARTT) of the Pediatric HIV/AIDS Cohort Study (PHACS)
                Tulane University Health Sciences Center

2016 - Present  Faculty/Advisor, Neuroscience Program
                Tulane University School of Science and Engineering

2014 - Present  Associate Professor, Pediatrics, Neurology, Neurosurgery, and Psychiatry
                Director, Pediatric Neurology Clerkship
                Tulane University School of Medicine, New Orleans, LA

Last updated: 5/29/17

| | |
|---|---|
| 2008 - Present | Assistant Professor of Pediatrics, Neurology, and Psychiatry<br>Uniformed Services University of Health Sciences, Bethesda, MD |
| 2007 - 2013 | Assistant Professor of Pediatrics<br>Tulane University School of Medicine, New Orleans, LA |
| 2010 - 2013 | Program Director, Child Neurology Fellowship<br>National Capital Consortium (NCC), Bethesda, MD |
| 2010 - 2013 | Director, Child Neurology / Deputy Director, Neurology Education<br>Uniformed Services University of Health Sciences, Bethesda, MD |
| 2005 - 2007 | Clinical Instructor, Neurology<br>Stanford School of Medicine, Stanford, CA |
| 2002 - 2003 | Clinical Instructor, Pediatrics<br>Uniformed Services University of Health Sciences, Bethesda, MD |

## PROFESSIONAL MEMBERSHIPS

Physicians Advisory Board, Epilepsy Foundation Louisiana, 2016 - Present
American Medical Association (AMA), 1996 - Present
Association of Military Surgeons of the U.S. (AMSUS), Life Time Member, 1996 - Present
American Academy of Pediatrics (AAP), Fellow, 2001-Present
    Uniformed Section, 2001 - Present
    Member-At-Large, 2004 - 2006
    Nominations Committee, 2004
American Academy of Neurology (AAN), 2002 - Present
    Scientific Auditor, Annual Meetings, 2011 and 2012
    Sports Neurology Pediatrics TBI Working Group
    Child Neurology Milestones Project
Child Neurology Society (CNS), 2003 - Present
Academic Pediatric Association (APA), 2010 - Present
Southern Pediatric Neurology Society (SPNS), 2010 - Present
American Pediatric Society (APS), 2010 - Present
California Medical Association (CMA), 1996-2007

## HONORS AND AWARDS

Top Doctor, findatopdoc.com, 2017
America's Most Honored Professionals, 2017
Castle Connolly Regional Top Doctor, Child Neurology, Metairie, 2017
Vitals Compassionate Doctor Recognition, 2016
Castle Connolly Metro Area Top Doctor, Child Neurology, New Orleans, 2016
Best Doctor, Pediatric Subspecialty/Child Neurology, Metairie, 2016

Faculty of the Year, Tulane Pediatric Residency Program, 2015
Best Doctor, Pediatric Subspecialty/Child Neurology, New Orleans, 2015
HealthGrades Recognized Doctor, 2015
AMA Physician's Recognition Award, 2015, 2010, 2004
Top Doctor Award, Leading Physicians of the World, 2015
AAP CME-Continuing Professional Development Award, 2015, 2010, 2004
Col, Medical Corps, USAF Reserve, 2015
Fellow of the American Academy of Pediatrics, 2004 - Present
Patients' Choice 5-Year Honoree, 2012
Patients' Choice Award, 2008 - 20112
USAF Special Experience Identifier (SEI), Neurology/Child Neurology, 2012
USAF Meritorious Service Medal, 2010
USAF Special Experience Identifier (SEI), Pediatrics, 2008
Field Grade Officer of the Year, 81st Medical Group, 2008
Field Grade Officer of the Quarter, 81st Medical Group, 2008
USAF Liaison, Stanford Medical Center, 2005-2007
USAF Meritorious Service Medal, 2004
USAF Scientific Achievement Award, 2004
USAF Scientific Achievement Award, 2003
Semi-finalist, Howard Johnson Research Achievement Award, USPS, AAP, 2004
Semi-finalist, Howard Johnson Research Achievement Award, USPS, AAP, 2003
Southern Society for Research Travel Award, 2003
USAF Achievement Medal, 2003
Distinguished Graduate, Commissioned Officer Training School, USAF, 2000
Outstanding Teaching Assistant of the Year, University of California Riverside, 1995
Outstanding Graduate Student of the Year, University of California Riverside, 1995
Radiation Research Society Travel Award, 1995, 1994
Environmental Mutagen Society Travel Award, 1995, 1994
Graduate Student Council Travel Award, University of California Riverside, 1993-1996
Outstanding Army ROTC Cadet of the Year, Cal Poly Pomona, 1988

## INVITED PRESENTATIONS

Traumatic Brain Injury Cases:  Doctor and Attorney Perspectives, National Business Institute
Live Seminar, New Orleans, pending 6/17

Autism and Epilepsy, Tulane Center for Autism and Related Disorders, New Orleans, pending
6/17

Adrenoleukodystrophy: Consider in Boys with Academic Failure, 2017 Southern Society for
Pediatric Research Regional Meeting, New Orleans, LA, 2/17

Last updated:  5/29/17

Treatment of Intractable Seizures in Children, Neurology Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 1/17

Treatment of Intractable Epilepsy, Genetics Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 11/16

Neurocutaneous Disorders, Department of Biochemistry, Tulane University, New Orleans, LA, 11/16

Seizures/Epilepsy for the Pediatrician, Pediatrics Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 10/16

Genetics of Epilepsy, Brain Institute Seminar Series, Department of Neuroscience, Tulane University School of Medicine, New Orleans, LA, 10/16

Acute Ataxia in Children, Red River Potpourri, American Academy of Pediatrics Annual Meeting, Louisiana Chapter, Shreveport, LA, 8/16

Pediatric Neurological Emergencies, Neurosurgery Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 7/16

Paroxysmal Events in Children, Tulane Pediatrics Community Talks Series, Metairie, LA, 5/16

So You Want To Be A Child Neurologist?, Tulane-Louisiana State University (LSU) Career Day, Children's Hospital of New Orleans, 5/16

Genetics of Epilepsy, Hayward Genetics Symposium, New Orleans, LA, 4/16

Genetics of Epilepsy, 2016 Southern Pediatric Neurology Society Annual Meeting, New Orleans, LA, 3/16

Pediatric Epilepsy, Neurology Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 2/16

Childhood Epilepsy, Psychiatry Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 11/15

Genetics in Epilepsy, Pediatrics Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 9/15

School Failure, Saturday Pediatrics Series, Tulane University, New Orleans, LA, 6/15

Autism and Developmental Delay, Pediatric Jambalaya, 2015 Woman's Foundation and Acadiana Pediatric Society Spring CME, Lafayette, LA, 4/15

Autism/Developmental Delay, Neurology Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 4/15

Last updated:  5/29/17

Pediatric Neurology Emergencies, Emergency Medicine Grand Rounds, Mount Sinai Medical Center, South Beach, FL, 3/15

Child Neurology as a Career, Tulane-LSU Career Day, Children's Hospital New Orleans, 2/15

Status Epilepticus in the ER, Pediatric Acute Care Conference, New Orleans, LA, 11/14

Acute Ataxia in Children, Pediatrics Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 9/14

Pediatric Autoimmune Neuropsychiatric Disorders Associated with Streptococcal Infections, Red Stick Potpourri, 2014 American Academy of Pediatrics Annual Meeting, Louisiana Chapter, Baton Rouge, LA, 8/14

Concussion in Children, Pediatric Potpourri on the Bayou, 2013 American Academy of Pediatrics Annual Meeting, Louisiana Chapter, Lafayette, LA, 9/13

Developmental Delay, Pediatrics Interest Group, University of Maryland Medical Center, Baltimore, MD, 8/13

Seizures in Children, Grand Rounds, Acadiana Pediatric Society, Lafayette, LA, 8/13

Seizures in Children, Saturday Pediatrics Series, Tulane University, New Orleans, LA, 6/13

Traumatic Brain Injury in Kids, Defense and Veterans Brain Injury Center, Bethesda, MD, 5/13

Headaches in Pediatrics, Pediatrics Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 2/13

Acute Ataxia in Children, Pediatrics Department, Naval Medical Center, Portsmouth, VA, 2/13

Epilepsy in Children, Neurology Grand Rounds, VA Hospital, Washington DC, 10/12

Headaches in Children, Pediatrics Department, Naval Medical Center, Portsmouth, VA, 8/12

Seizures in Children, Emergency Medicine, Holy Cross Hospital, Silver Springs, MD, 8/12

Epilepsy Syndromes, Pediatrics Department, Sinai Hospital, Baltimore, MD, 7/12

Strokes in Neonates/Children, MEP CME Meeting, Shady Grove Hospital, Rockville, MD, 6/12

New World Seizure & Psychiatry Treatments, MEP CME Meeting, Shady Grove Hospital, 6/12

How to Perform an LP, Pediatrics Dept, University of Maryland Medical Center, Baltimore, 3/12

Pediatric Headaches, Saturday Pediatrics Series, Tulane University, New Orleans, LA, 12/11

Pediatric Neurological Emergencies, Shady Grove Hospital Mid-Level Provider Course, Rockville, MD, 11/11

Last updated: 5/29/17

How to Perform an LP, Pediatrics Department, University of Maryland Medical Center, Baltimore, MD, 10/11

Life in Medicine, Pre-Med Interest Group, University of Maryland, College Park, MD, 10/11

Neurological Emergencies, Emergency Medicine Grand Rounds, Mount Sinai Medical Center, South Beach, FL, 9/11

Developmental Delay, Pediatrics Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 8/11

Developmental Delay, Neurology Grand Rounds, USUHS, Bethesda, MD, 8/11

Neonatal Seizures, Neonatology Fellowship Lecture Series, USUHS, Bethesda, MD, 8/11

Acute Ataxia, Pediatrics Grand Rounds, USUHS, Bethesda, MD, 7/11

Life in Medicine, Medical Student Interest Group, University of Maryland, Baltimore, MD, 5/11

How to Become a Child Neurologist, Pediatric Interest Group, USUHS, Bethesda, MD, 3/11

Pediatric Seizures and Seizure Disorders, 2011 American Academy of Pediatrics Annual Meeting, Uniformed Services Pediatric Section, Washington, DC, 3/11

Headaches in Children, 2011 American Academy of Pediatrics Annual Meeting, Uniformed Services Pediatric Section, Washington, DC, 3/11

Developmental Delays, 2011 American Academy of Pediatrics Annual Meeting, Uniformed Services Pediatric Section, Washington, DC, 3/11

Child Neurology for the Pediatrician Workshop, Academic Pediatric Association Meeting, Fredericksburg, VA, 2/11

Developmental Delay, Pediatrics Grand Rounds, Tulane University School of Medicine, New Orleans, LA, 2/11

Neurological Emergencies, Neurology Grand Rounds, Tulane University School of Medicine, New Orleans, 2/11

Child Neurology for the Adult Neurologist, Neurology Grand Rounds, Louisiana State University School of Medicine, New Orleans, LA, 2/11

Headaches in Children, Pediatrics Grand Rounds, Keesler Medical Center, Keesler AFB, Biloxi, MS, 6/10

Neurology for Family Practitioners, Family Medicine Grand Rounds, Eglin Hospital, Eglin AFB, Valparaiso, FL, 2/10

Last updated: 5/29/17

Neurological Emergencies, Internal Medicine Grand Rounds, Gulfport Memorial Hospital, Gulfport, MS, 12/09

Neurological Emergencies, Internal Medicine Grand Rounds, Keesler Medical Center, Keesler AFB, Biloxi, MS, 6/09

Neurological Disorders in Children, Family Medicine Grand Rounds, Eglin Hospital, Eglin AFB, Valparaiso, FL, 3/09

Autism, Updates and Controversies in Pediatrics Conference, Tulane University, 12/08

Pediatric Seizures, Primary Care Conference, Naval Hospital Pensacola, FL, 4/08

Pediatric Headaches, Primary Care Conference, Naval Hospital Pensacola, FL, 4/08

Obstructive Sleep Apnea, Neurology Grand Rounds, Stanford University School of Medicine, Stanford, CA, 6/07

Infantile Spasms, Neurology Grand Rounds, Stanford University School of Medicine, Stanford, CA, 3/06

Military Medicine as a Career, Health Professions Scholarship Program, Air Force Recruitment events, annually 2004 - 2007

## TEACHING ACTIVITIES/EXPERIENCE

Pediatrics, Neurology, and Child Psychiatry resident teaching series, Tulane, 2014 - Present

Pediatrics and Neurology medical school teaching curriculum, Tulane, 2014 - Present

Pediatric Case-Based Interactive Learnings Sessions, USUHS, 2011 - 2013

Pediatric Neurology for the Child Psychiatrist Lecture Series, WRNMMC, 2012 - 2013

Military Medical Practice, Lead Instructor, USUHS, Ocular Trauma, 2013

Neuroanatomy Instructor, Department of Anatomy, USUHS, 2011 - 2013

Program Director, Child Neurology Fellowship, National Capital Consortium, 2010 - 2013
    Weekly child neurology lectures for Neurology trainees at WRNMMC
    Education/training of Child Neurology Fellows, Adult Neurology Residents

Director, Child Neurology; Deputy Director, Neurology Education, USUHS, 2010-2013
    Monthly case-based sessions with medical students on Neurology
    Preceptor for medical students on the ward and in clinic for Child Neurology

ICM and ICR Instructor (MS I, II), Neurology, Child Neurology, Pediatrics, USUHS, 2010 - 2013

PALS Instructor, Walter Reed National Military Medical Center (WRNMMC), 2010 - 2013

Last updated: 5/29/17

Neurology topics, Pediatric Residency Lecture Series, National Capital Consortium (USUHS and WRNMMC), 2010 - 2013

Neurology topics, Family Medicine Residency Lecture Series, Eglin AFB, FL, 2008 - 2010

Neurology topics, Internal Medicine Residency Lecture Series, Keesler AFB, MS, 2007 - 2010

Neuroanatomy and Neurology lectures, Stanford University School of Medicine, 2006 - 2007

## EDITORIAL POSITIONS
Editor, American Research Journal of Pediatrics, 2017 - Present

Editor, Neurological Disorders and Therapeutics, Open Access Text, 2016 - Present

Editor, Jacobs Journal of Headache, 2016 - Present

Editor, Medwin Publishers Neurology & Neurotherapy, Open Access Journal, 2016 - Present

Editor Madridge Journal of Case Reports and Studies, 2016 - Present

Editor, Journal of Perinatology and Pediatrics, 2016 - Present

Editor, Madridge Journal of Neuroscience, 2015 - Present

Editor, Gavin Journal of Pediatrics, 2015 - Present

Peer Reviewer, Global Pediatric Health, 2017

Peer Reviewer, Journal of Child Neurology, 2014 - Present

Peer Reviewer, Clinical Pediatrics, 2013 - Present

Peer Reviewer, Medlink, 2010 - Present

Peer Reviewer, Pediatrics, 2007 - Present

Peer Reviewer, Continuum, 2007 - Present

Child Neurology Society Reviewer, Consensus Guidelines, 2007 - Present

Peer Reviewer, The Journal of Pediatrics, 2006 - Present

Peer Reviewer, American Academy of Neurology, Consensus Guidelines, 2006 - Present

## PEER-REVIEWED PUBLICATIONS
Gu, S; Dyer, A; McCarville, P; Hess, A; Akingbola, O; Singh, D; El-Dahr, J; Nelson, S. An unusual cause of frequent, sudden, transient, unexplained falls and new-onset status epilepticus - Case Report and Review of Literature. Clin Pediatr. [In press]

Last updated: 5/29/17

Akingbola, O; Singh, D; Nelson, S; Frieberg, E. Foreign body ingestion and epileptiform movement disorders. Clin Pediatr. [Submitted Jun 2016]

Lau, M; Singh, D; Ayers, T; Singh, Y; Akingbola, O; Nelson, S. De novo heterogeneous mutations in SCN2A and GRIN2A genes and seizures with ictal vocalizations. Clin Pediatr. Aug 2015. [Epub ahead of print]

Dawson, E; Singh, D; Armstrong, C; Maatouk, O; Akingbola, O; Nelson, S. Asymptomatic mycoplasma infection causing acute demyelinating encephalomyelitis – case report and review of literature. Clin Pediatr. Mar 2015. [Epub ahead of print]

Cody, JT; Valtier, S; Nelson, SL. Amphetamine excretion profile following multidose administration of mixed salt amphetamine preparation. J Anal Toxicol. 2004; 28: 563-74.

Cody, JT; Valtier, S; Nelson, SL. Amphetamine enantiomer excretion profile following administration of adderall. J Anal Toxicol. 2003; 27:485-92.

Analysis of Mutations Induced in Human Cells Exposed to High and Low Doses of Radiation. Copyright 1996. Dissertation for Ph.D. at UCR in Biomedical Sciences.

Grosovsky, AJ; Parks, KK; Giver, CR; Nelson, SL. Clonal analysis of delayed karyotypic abnormalities and gene mutations in radiation-induced genetic instability. Mol Cell Biol. 1996; 16:6252-62.

Nelson, SL; Parks, KK; Grosovsky, AJ. Ionizing radiation signature mutations in human cell mutants induced by low-dose exposures. Mutagenesis.1996; 11:275-9.

Giver, CR; Nelson, SL; Cha, MY; Pongsaensook, P; Grosovsky, AJ. Mutational spectrum of X-ray induced TK- human cell mutants. Carcinogenesis.1995; 16:267-75.

Nelson, SL; Jones, IM; Fuscoe, JC; Burkhart-Schultz, K; Grosovosky, AJ. Mapping the end points of large deletions affecting the hprt locus in human peripheral blood cells and cell lines. Radiat Res.1995; 141:2-10.

Nelson, SL; Giver, CR; Grosovsky, AJ.  Spectrum of X-ray-induced mutations in the human *hprt* gene. Carcinogenesis.1994; 15:495-502.

Giver, CR; Nelson, SL; Grosovsky, AJ. Spectrum of spontaneous HPRT- mutations in TK6 human lymphoblasts. Environ Mol Mutagen.1993; 22:138-46.

## INVITED PUBLICATIONS

Nelson SL. Free and total carnitine. Medscape. Updated 11/15.
Available at http://emedicine.medscape.com

Nelson SL.  Megalencephaly. Medlink.  Updated 10/15.
Available at: http://www.medlink.com/

Last updated: 5/29/17

Nelson SL. Tethered spinal cord. Medlink. Updated 5/15.
Available at: http://www.medlink.com/

Nelson SL. Acute cerebellar ataxia. Medlink. Updated 1/15.
Available at: http://www.medlink.com/medlinkcontent.asp

Nelson SL. Developmental coordination disorder. Medscape. Updated 1/15.
Available at: http://emedicine.medscape.com

Nelson SL. Extracerebral fluid collections in infants. Medlink. Updated 1/15.
Available at: http://www.medlink.com/

Nelson SL. Hydrocephalus. Medscape. Updated 8/13.
Available at: http://emedicine.medscape.com

Nelson SL. Frontal lobe syndromes. Medscape. Updated 8/13.
Available at: http://emedicine.medscape.com

Nelson SL. Split cord malformation. Medlink. Updated 1/13.
Available at: http://www.medlink.com/

Nelson SL. Seizure presenting in childhood. Medlink. Updated 12/12.
Available at: http://www.medlink.com/

Nelson SL. Megalencephaly. Medlink. Updated 9/12.
Available at: http://www.medlink.com/

Smart J, Nelson S, Doherty J. Planning a Life in Medicine. The Princeton Review, Random House, 2005.

Co-author, Biology MCAT Notes and Passages. The Princeton Review, 1998.

Co-author, Biology MCAT Notes and Passages. HyperLearning, 1996.

**ABSTRACTS**
Whitney B, Anderson M, Nelson SL. Congenital Syphilis: The Great Pretender Strikes Back. 2017 Southern Society for Pediatric Research Regional Meeting.

Nelson SL. Adrenoleukodystrophy: Consider in Boys with Academic Failure. 2017 Southern Society for Pediatric Research Regional Meeting.

Gu S, Dyer A, McCarville P, Hess A, Akingbola O, Singh D, El-Dahr J, Nelson S. An Unusual Cause of Frequent Falls and New-Onset Status Epilepticus - Case Report and Review of Literature. 2017 Southern Society for Pediatric Research Regional Meeting.

Last updated: 5/29/17

Rife E, Nelson SL, Andersson H, Dunbar A. Radiographic and Genomic Findings in a Consanguinous Zellweger Patient. 2017 Southern Society for Pediatric Research Regional Meeting.

Nelson SL. Genetics of Epilepsy. SPNS, 2016.

Ewers E, Nelson SL, Stagliono D. Bannwarth's Syndrome: A Unique Presentation Neuroborreliosis in an Adolescent Patient. USPS, AAP, 2013.

Lozada LE, Nylund CM, Gorman GH, Eide M, Eberly MD, Hisle-Gorman E, Goudie A, Nelson SL, Erdie-Lalena C, Huillet A, Kuehn D. Neonatal Hyperbilirubinemia as a Risk Factor for Autism Spectrum Disorder, a Retrospective Cohort Study. USPS, AAP, 2013.

Nelson SL. Acute LSD Intoxication in Two Patients from Breath Spray: Case Presentation to Illustrate Approach to Children with Altered Mental Status. SPR, 2011.

Cody JT, Valtier S, Nelson SL. Amphetamine excretion profile following multidose administration of mixed salt amphetamine preparation. USPS, AAP, 2003.

Cody JT, Valtier S, Nelson SL. Amphetamine enantiomer excretion profile following administration of adderall. USPS, AAP, 2002.

>20 additional abstracts not listed

# EXHIBIT D

## External Resource Sharing Agreement Between Trinity Hospital & Government

Humana Military Healthcare Services
TRICARE South Region
Contract #HT9402-11-C-0003

External Resource Sharing Plan
Option Year 2

## EXTERNAL RESOURCE SHARING AGREEMENT
## BETWEEN EISENHOWER ARMY MEDICAL CENTER, AUGUSTA HOSPITAL, LLC
## d/b/a TRINITY HOSPITAL OF AUGUSTA & HUMANA GOVERNMENT BUSINESS
## FOR OB SERVICES

This document is to serve as an External Resource Sharing Agreement ("Agreement") by and between Humana Government Business, Inc. (hereinafter referred to as "HGB"), Eisenhower Army Medical Center located in the State of Georgia (hereinafter referred to as "MTF"), and Augusta Hospital, LLC d/b/a Trinity Hospital of Augusta, a hospital certified and/or licensed under the laws of the State of Georgia (hereinafter referred to as "Hospital") for OB Services.

The purpose of this agreement is to regulate the relationship between HGB, the MTF and the Hospital to use their various resources to provide patient care services for TRICARE beneficiaries as listed in Attachment A. The resources include, but are not limited to Armed Forces professional providers. The term "MTF healthcare personnel" includes armed forces, civil service employees, and personal services contract healthcare providers.

## 1. RECITALS

1.1. Humana Government Business has contracted with the United States Department of Defense ("DoD") Contract No. HT9402-11-C-0003 (the "HGB/DoD Contract") to provide defined health care services to TRICARE beneficiaries in designated areas, pursuant to the congressionally mandated Managed Care Support ("MCS") program. The purpose of the MCS contract is to improve coordination between the military and civilian components of the military health services system; to enhance health care services for the beneficiaries; and to contain TRICARE costs, for both the federal government and the beneficiaries. All Attachments to this Agreement are hereby incorporated by reference.

1.2. HGB and DoD desire to further the purposes of the MCS Contract and to enhance the capabilities of the MTF to provide needed patient care to TRICARE eligible beneficiaries outside the MTF in an efficient manner, thereby reducing total costs through the arrangement with the network Hospital under the terms and conditions of this agreement. Medical care provided through External Resource Sharing Agreements using MTF healthcare personnel within a HGB network facility shall be in lieu of care that would otherwise be provided outside of the MTF, at a higher cost, by TRICARE providers and/or facilities.

1.3. In accordance with 32 CFR 199.17 (h)(3), Medicare dual Eligible's may not be authorized to be seen by MTF healthcare personnel under this ERSA unless the services are not reimbursable (not a covered benefit) under Medicare.

1.4. HGB and the Hospital have previously entered into a PROVIDER Agreement ("PROVIDER AGREEMENT"). The terms and conditions of the PROVIDER AGREEMENT apply to this External Resource Sharing Agreement with respect to the services provided by the Hospital, except where specified in the terms and conditions listed below.

Humana Military Healthcare Services
TRICARE South Region
Contract #HT9402-11-C-0003

External Resource Sharing Plan
Option Year 2

## 6. HOSPITAL AGREES

6.1. To provide facilities, ancillary support, diagnostic and therapeutic services; and equipment and supplies necessary for the proper and clinically appropriate care and management of patients presented under this agreement. Provide MTF professional healthcare personnel storage, dressing and locker room space and all other administrative privileges typically enjoyed by Hospital professional staff.

6.2. To provide administrative support to External Resource Sharing MTF healthcare personnel and patients as necessary, including:

    (i)   Maintenance of patient records, including transcription and copying services as may be necessary to satisfy all applicable State and Federal laws, Department of Defense (DoD) and Service requirements, and TRICARE standards and policies;

    (ii)   Reasonable accommodations (to the same extent as afforded other outside professional providers) within the Hospital for such periods of time as the External Resource Sharing professional provider may present to provide care in the facility;

    (iii)   An environment that maintains patients' rights to privacy and confidentiality of patient records, as embodied in TRICARE, other DoD regulations and policies, military service regulations, and the Privacy Act of 1974. Furthermore, the Hospital and its personnel shall abide by TRICARE, separate military service and DoD policies and regulations governing the release of information on matters pertaining to, or services delivered under, this agreement to the public, including advance approval before publication of technical papers in professional or scientific journals.

6.3. That no care rendered pursuant to this agreement will be a part of a medical or scientific study, research grant, or other test without the written consent of the MTF Commander, HGB and the Assistant Secretary of Defense for Health Affairs.

6.4. To grant all privileged MTF healthcare personnel the authority to prescribe category 1-5 drugs, or all drugs contained with the Hospital's formulary, if different, to patients presented for care under this Agreement within the Hospital.

6.5. All medical records created in treating beneficiaries under this Agreement are the property of the Hospital. Provide the MTF, at no charge, a copy of the medical record, to include narrative summary when available, and other documentation of care, upon request from the MTF, or upon request from a beneficiary who presents a properly executed medical release.

Proprietary to Humana Military -- Not to be Disclosed

# EXHIBIT E

## Government Contract with Trinity Hospital

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

| | |
|---|---|
| 1. REQUISITION NUMBER ▉▉▉▉▉▉ | PAGE 1 OF    69 |

| 2. CONTRACT NO. ▉▉▉▉▉▉ | 3. AWARD/EFFECTIVE DATE 01-Oct-2008 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER ▉▉▉▉▉▉ | 6. SOLICITATION ISSUE DATE 13-Jun-2008 |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME ▉▉▉▉▉▉ | b. TELEPHONE NUMBER *(No Collect Calls)* 706-787-2211 | 8. OFFER DUE DATE/LOCAL TIME 04:00 PM 01 Jul 2008 |
|---|---|---|---|

**9. ISSUED BY     CODE   W91YTV**

SOUTHEAST REGIONAL CONTRACTING OFC
ATTN  MCAA SE   BLDG 39706
39706 40TH STREET
FORT GORDON GA 30905-5650

TEL:
FAX:

**10. THIS ACQUISITION IS**

[X] UNRESTRICTED

[ ] SET ASIDE:       % FOR

  [ ] SB
  [ ] HUBZONE SB
  [ ] 8(A)
  [ ] SVC-DISABLED VET-OWNED SB
  [ ] EMERGING SB

SIZE STD: 31.5M    NAICS: 622110

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
[X] SEE SCHEDULE

**12. DISCOUNT TERMS**
Net 30 Days

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

**14. METHOD OF SOLICITATION**
[ ] RFQ    [ ] IFB    [X] RFP

| 15. DELIVER TO          CODE | 16. ADMINISTERED BY          CODE   W91YTV |
|---|---|
| SEE SCHEDULE | SOUTHEAST REGIONAL CONTRACTING OFC ATTN ▉▉▉▉▉▉ 39706 40TH ST   BLDG 39706 706-787-2211 FORT GORDON GA 30905-5650 |

| 17a. CONTRACTOR/OFFEROR     CODE   54HJ5 | 18a. PAYMENT WILL BE MADE BY     CODE   HQ0302 |
|---|---|
| TRINITY HOSPITAL CCR-HCAA-07/02/09 2260 WRIGHTSBORO RD AUGUSTA GA 30904-4764  FACILITY CODE TEL: | DFAS ROME   (ARMY VENDOR PAY) DFAS ROME (HQ0302) 325 BROOKS ROAD ATTN:  ROVP ROME NY 13441-4527 |

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED   [X]  SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) ▉▉▉▉▉▉ |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED.    ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.    ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN        COPIES | 29. AWARD OF CONTRACT: REFERENCE |
|---|---|
| [ ] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | [ ] OFFER DATED ____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA   (SIGNATURE OF CONTRACTING OFFICER) ▉▉▉▉▉▉ | 31c. DATE SIGNED 20-Aug-2008 |
|---|---|---|
| 30b. NAME AND TITLE OF SIGNER  *(TYPE OR PRINT)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER   *(TYPE OR PRINT)* ▉▉▉▉▉▉ / CONTRACTING OFFICER TEL: 706-787-5674 ▉▉▉▉▉▉ |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV 3/2005)
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

| ITEM NO 0001 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT $0.00 |
|---|---|---|---|---|---|

Obstetric Services
FFP
This requirement is to provide Obstetric Services for Dwight David Eisenhower Army Medical Center (DDEAMC), Fort Gordon, GA, which will be performed at the contractor's facility. The contractor shall equip, operate, provide professional and ancillary support services, and maintain an obstetrical labor, delivery and newborn nursery facility in accordance with Federal Laws and the State of Georgia Laws. Period of Performance: 1 Oct 08 - 30 Sep 09
FOB: Contractor Facility
PURCHASE REQUEST NUMBER: ███████████
ADDITIONAL MARKINGS: Origin

|  |  | NET AMT |  |  | $0.00 |
|---|---|---|---|---|---|

| ITEM NO 0001AA | SUPPLIES/SERVICES | QUANTITY ███ | UNIT Each | UNIT PRICE ██████ | AMOUNT ███████ |
|---|---|---|---|---|---|

Vaginal Delivery (DDEAMC)
FFP
Vaginal Delivery without Complications performed by DDEAMC.
FOB: Contractor Facility
PURCHASE REQUEST NUMBER: ███████████
ADDITIONAL MARKINGS: Origin

|  |  | NET AMT |  |  | ███████ |
|---|---|---|---|---|---|

## **CERTIFICATE OF SERVICE**

 This is to certify that on June 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

<div style="margin-left: 40%;">

s/ Chuck R. Pardue
Chuck R. Pardue
Attorney at Law

</div>