FRANCIS W. RUSHING, PH.D.
Economics Consultant
Post Office Box 328
Madison, Georgia 30650

ANALYSES OF THE LOSS OF EARNING CAPACITY

AND

COST OF THE LIFE CARE PLAN

OF

███████████████

*Francis W. Rushing*

Francis W. Rushing

July 17, 2017

FACTS AND ASSUMPTIONS UPON WHICH THE ANALYSIS IS BASED

1.  ▉▉▉▉▉▉ was born on February 1, 2016 which was a traumatic birthing. He is currently 1 year and 4 months old.  ▉▉▉▉ is the son of Sherecia Willis.  Ms. Willis graduated from high school and is currently enrolled in coursework to complete a 4-year degree from Columbia State University.  She is currently a SGT E-5 in the United States Army and a single mom.

2.  This economic analysis has two components.  The first is an analysis of the loss of earning capacity which ▉▉▉▉ will have because of his traumatic birth.  The second component is to prepare a present value cost of the life care plan which has been prepared for ▉▉▉▉ by Julianne Frain, Ph.D., C.R.C.,ABVE/D and dated June 13, 2017.

3.  In her assessment of the vocational limitations ▉▉▉▉ will have Dr. Frain states "Had ▉▉▉▉ been born healthy and progressed into regular development through childhood, conservatively he would have completed standard high school diploma and have had an ability to obtain competitive full-time employment as an adult."  This analysis of the loss of earning capacity assumes upon graduation at the age of 18 ▉▉▉▉ would have earned the average wages of male high school graduates in the United States.  This earning profile is published by the United States Census Bureau in the Historical Income Table P-32 Educational Attainment – Full Time Workers 18 Years and Over by Mean Earnings, Age, and Sex, 2015 data. These wages in the table are inflated at 3.0 percent per annum to the year in which they are earned.  This analysis assumes ▉▉▉▉▉▉ would have had a worklife of 38.24 for a 18 year old male with a high school diploma of 38.24 years.  This statistic is from the worklife tables prepared by Kurt Krueger and published in the Journal of Forensic Economics, 2004.

4.  In addition to wages, ▉▉▉▉ would have earned fringe benefits which would have been provided by his employer.  This analysis assumes he would have earned the legally required fringe benefits of his employer's contribution to social security, Medicare, Medicaid, workers' compensation and unemployment as well as health and life insurance and his employer's contribution to a defined contribution retirement plan.  These fringe benefits have been valued at 25.06 percent of gross wages. This percentage is calculated from the data published by the Bureau of Labor Statistics in the BLS News Release Wednesday, December 9, 2015, Table 1 Employer costs per hour worked for employee compensation and costs as a percent of total compensation;  Civilian workers, by major occupational and industry group, September 2015.

5.  The wages and fringe benefits in the analysis of loss of earning capacity have been reduced to present value using a discount rate of 5.0 percent  which is the discount rate recognized in the Statutes of the State of Georgia.

6.  Dr. Julianne Frain of Rehab Pro Assessment and Consultation has prepared a life care plan for ▉▉▉▉▉▉ dated June 13, 2017.  The plan lays out the various services and products ▉▉▉▉ will require over his life expectancy of 75.8 years.  This life expectancy is based on ▉▉▉▉ current age and is reported in the CDC National Vital Statistics Report Life Tables, Vol. 62, No.7, 2014 for males.  This analysis inflates the costs of the elements in the life care plan to the year in which they will be used.  The medical inflation rates ae reported in the expanded Consumer Price Index data published in January of each Year.  Future costs are reduced to present value using a 5.0 percent discount rate.

## SUMMARY OF FINDINGS

Loss of Earning Capacity

|  |  |  |
|---|---|---|
| Present value of lost wages | | 910,452 |
| Present value of lost fringe benefits | | 228,159 |
| | Total | $1,138,611 |

Present Value Cost of the Life Care Plan

| Element | | Costs |
|---|---|---|
| Physicians | | 723,600 |
| Evaluations | | 62,489 |
| Therapy | | 593,884 |
| Durable Medical Supply | | 167,040 |
| Home Modification | | 40,450 |
| Home Services | | 6,206,487 |
| Lab Tests | | 491,595 |
| Transportation and Van Driver | | 1,089,074 |
| | Total | $9,374,619 |

Total Present Value Loss of Earning Capacity and Cost of the Life Care Plan       $10,513,230

CURRICULUM VITAE

FRANCIS W. RUSHING
P.O. Box 328
Madison, Georgia 30650


Cell:   706-474-2422
E-mail  fwrushing@gmail.com


PERSONAL DATA:

Date of Birth:  July 30, 1939                    Citizenship:  United States
Marital Status:  Married                         Children:  4

EDUCATION:

Ph.D., Economics, University of North Carolina at Chapel Hill, 1967
A.B., Economics, University of Georgia, 1961 (Magna Cum Laude)

Phi Beta Kappa; Phi Kappa Phi; Who's Who in American Colleges and Universities; NEDA
Graduate Fellowship, University of North Carolina at Chapel Hill

EXPERIENCE:

Academic Appointments

| | |
|---|---|
| July, 2000 | Emeritus Professor of Economics, Georgia State University |
| August, 2000 – August, 2002 | Professor of Economics and Director, Center of Business and Economic Education (part-time) |
| 1990 - July, 2000 | Holder, Bernard B. and Eugenia A. Ramsey Chair of Private Enterprise, Georgia State University |
| 1980 - July, 2000 | Professor of Economics, Georgia State University |
| 1974 - 1980 | Associate Professor of Economics, Georgia State University |
| 1972 - 1974 | Associate Professor of Economics, College of William and Mary |

1

| | |
|---|---|
| 1968 - 1972 | Assistant Professor of Economics, University of Georgia |
| Summers 1969, 1970, 1971 | Visiting Assistant Professor of Economics, University of North Carolina at Chapel Hill |

## Administrative Appointments

| | |
|---|---|
| 1993 - 1996 | Interim Chairman, Department of Economics, Georgia State University |
| 1986 - 1999 | Director, International Center for Entrepreneurship, Georgia State University |
| 1986 - 1990 | Associate Dean for Research, College of Business Administration |
| 1980 - 1986 | Chairman, Department of Economics, Georgia State University |
| 1984 - 1986 | Interim Director, Institute of International Business, Georgia State University |
| 1974 - 1981 | Executive Director of the Georgia Council on Economic Education and Director, Center for Business and Economic Education, Georgia State University |
| 1971 - 1972 | Assistant Dean of Graduate School, University of Georgia |

## Consulting

| | |
|---|---|
| 1977 - 1993 | Senior Economics Consultant, Science Policy Program, International Policy Center, SRI International Arlington, Virginia |

| 1976 - 1977 | Senior Economist and Program Manager in Economics, Center for Strategic Studies, SRI International, formerly Stanford Research Institute (on leave from Georgia State University) |
|---|---|
| Military Service 1965 - 1968 | Officer, United States Air Force, assigned as an economic analyst to the Department of Defense |

PUBLICATIONS

Books:

The Visible Hand: The Challenges to Private Enterprise in the 21st Century editor, Ramsey Chair of Private Enterprise, Georgia State University, Atlanta, Georgia, June, 2000. 257pp.

Intellectual Property Rights in Science, Technology, and Economic Performance: International Comparisons, editor (with Carole Ganz Brown, National Science Foundation), Westview Press, January 1990, 354 pp. (abstracted in Journal of Economic Literature, December 1990, pp. 1837-1838)

National Policies for Developing High Technology Industries: International Comparisons editor (with Carole Ganz Brown), Westview Press, 1986, 243 pp. (abstracted in Journal of Economic Literature, March 1987)

Economics, a textbook (with Arnold Heertje and Felicity Skidmore), Dryden Press, 1983, 473 pp.

The Science Race: Training and Utilization of Scientists and Engineers, US and USSR (with Catherine P. Ailes), Crane, Russak and Company, Inc., 1982, 254 pp.

Articles, Book Chapters and Monographs:

"An Educational Policy for Teaching Entrepreneurship to Pre-University Students" in Global Perspectives on Entrepreneurship Policy. U.S. Small Business Administration Office of Advocacy, National Federation of Independent Business Research Foundation, United States Association for Small Business and Entrepreneurship, June, 2005  Pp. 47-50.

"Introduction" pp. 1- 14 and "Criticisms of the Free Market and Response" (with Don Mathrews) pp. 137-158 in The Visible Hand: The Challenge to Private Enterprise in the 21st Century, Francis W. Rushing, Editor. Ramsey Chair of Private Enterprise, Georgia State University, Atlanta, Georgia. 2000.

3

"The Status of K-12 Entrepreneurship Education in the United States (with Calvin Kent) in <u>Social Studies Education: An International Perspective</u> David Lines and William Walstad, Editors, Institute of Education, University of London, London, England, 2000.

"Economic Education and Business Education: Convergence or Divergence?" (with Marie Wilson) in <u>Social Studies Education: An International Perspective</u> David Lines and William Walstad, Editors, Institute of Education, University of London, London, England, 2000.

"Enterprising People, Born or Created?" <u>Children's Social and Economic Education</u> 2000.

"An Empirical Analysis of the Impact of Patent Protection on Economic Growth: An Extended Analysis" (with Mark Thompson) <u>Journal of Economic Development</u>, Vol. 24, No, 1, June, 1999. Pp.67-76.

"Coverage of Entrepreneurship in Principles of Economics Textbooks: An Update" (with Calvin Kent), <u>Journal of Economic Education</u> , 1999. Pp. 184-188.

"The Status of Entrepreneurship Education in the United States: A Summary", (with Calvin Kent) <u>Frontiers of Entrepreneurship Research, 1998</u>, Arthur M. Blank Center for Entrepreneurship, Babson College, 1998, Pp. 675-676.

"Education in Transition from School to the Workplace", (with John Soper and George Vredeveld), <u>Journal of Private Enterprise</u> Vil. XIV, No. 1, Fall 1998.  Pp. 29-44.

"Science, Technology, Education, Institutions and Economic Growth" in <u>Humanities and Science: Present and Prospective Vision</u>, Universidad del Salvador, Buenos Aries, Argentina, 1998.

<u>Creating the Workforce of the Future: A Requirements Analysis</u> (with Stanley Smits) Fiscal Research Program, Georgia State University, February, 1998, 44pp.

"An Empirical Analysis of the Impact of Patent Protection on Economic Growth", (with Mark Thompson) <u>Journal of Economic Development</u> Vol.21, No.2, 1996.

"Positioning the United Kingdom's Workforce for the 21st Century:  Meeting the Leadership Challenge at the Community Level," (with Stanley Smits, and David W.G. Hind), <u>Proceedings of the ENDEC Conference on Globalization and Entrepreneurship</u> December 1996. pp. 83-91.

"Global Competition for Work: Recent Preparations in Wales," (with Stanley Smits) <u>Journal of Transnational Management Development</u> Vol.2, No.2, 1996 pp. 55-68.

"Intellectual Property Protection, Entrepreneurship, and Economic Growth" (with Mark Thompson), Journal of Enterprising Culture Vol. 4.3, Singapore: Nanyang Technological University, Entrepreneurship Development Center, September 1996. pp. 267-285.

"Olympic Tickets: Good as Gold" (with Marie Wilson), The Senior Economist, New York: National Council on Economic Education, Vol. 11, no. 4, April 1996.

"Economics and Entrepreneurship Education in Russia," in New Developments in Economic and Business Education, The Economics and Business Education Association of the United Kingdom, 1996. pp. 125-133.

"An Approach to Issues-Oriented Economics Education Course" (with Beverly J. Armento and Wayne A. Cook), in Handbook on Teaching Social Issues Ronald W. Evans and David W. Saxe, eds., National Council for the Social Studies, 1996. pp. 211-219.

"Technology Transfer and Environmental Issues," Society and the University in the 21st Century. Universidad del Salvador, Argentina, Fall 1994, pp. 373-384.

"The Changing Face of Economics Instruction in Russia," Chapter 14 in William Walstad (ed.) An International Perspective on Economic Education Kluwer Academic Publishers, 1994, pp. 233-254.

"Environmental Issues and Economic Growth:  The Case of NAFTA" (with Carole Ganz Brown), proceedings of the symposium, The New Vision of America in the 21st Century, Universidad del Salvador, Argentina, 1993, pp 71-96.  The paper is published in both Spanish and English.

"Clarifying the Role of Entrepreneurship in Neo-Classical Macro-Economics:  Policy Implications" (with Calvin Kent), Journal of Private Enterprise, Vol. 9, no. 1, Summer 1993.

"The Emerging World Market," Visions, an international magazine, July 1993.

"Economics, Technology Transfer and Strategies for Development," chapter in New World Order, Social and Economic Implications, David C. Bruce (ed.).  Georgia State University Business Press, Winter 1993, pp. 163-172.

"Economics, Entrepreneurship and Enterprising Individuals: A Challenge for the Social Sciences Teacher," Georgia Social Studies Journal Vol. 22, no. 1, March 1992, pp. 20-24.

"The Position of Distinguished Economists on Economics Education," Chapter 3 in Judith Staley Brenneke, Editor, An Economy at Risk: Does Anyone Care? Georgia State University Business Press, 1992, pp. 25-33.

"Cost-Effective Solutions to Environmental Problems:  Give the Market a Chance" (with Carl Mink), Journal of Private Enterprise, Fall 1992, Vol. VIII, no. 1, pp. 171-84.

"General Issues Affecting the Development of High Technology Industries," Proceedings of the MidSouth Academy of Economics and Finance, 1991 pp. 471-477.

"Intellectual Property Rights in the 1990's:  Problems and Solutions,"
J. Anderson Davis Lecture Series Keynote Address, February 1990. Journal of Economics and Finance Papers and Proceedings, 1991, pp. 1-5.

"Soviet Math and Science Educational Reforms During Perestroika," Technology in Society (with Catherine P. Ailes), Vol. 13, February 1991, pp. 109-122

"An Overview of Entrepreneurship in Economics" (with Calvin A. Kent) pp. ix-xiv; and "The Enterprising Teacher" (with Gary Rabbior), pp. 65-70; Master Curriculum Guide:  Teaching Strategies in Economics and Entrepreneurship, Joint Council on Economic Education, 1991.

"The Next Stage of the DEEP Process," Chapter 21 in Effective Economic Education in the Schools, William B. Walstad and John C. Soper, editors, National Education Association and Joint Council on Economic Education, 1991, pp. 295-308.

"Entrepreneurship and Education," in Calvin Kent, ed., Entrepreneurship Education: Current Developments, Future Directions, Quorum Press, 1990, pp. 29-39

"Economics and Entrepreneurship Education in the Elementary Grades," in Calvin Kent, ed., Entrepreneurship Education: Current Developments, Future Directions, Quorum Press, 1990, pp. 153-164

"Private Enterprise and Perestroika:  Contrast or Convergence?", The Senior Economist (with Douglas D. Frutiger), Vol. 5, No. 1, May 1990, pp. 6-7

"Update China:  Technology Transfer and Trade", Business (with Arnold Miller), January/February/March 1990, Vol. 40, No. 1, pp. 25-33

Science and Mathematics Education in the USSR (with Catherine Ailes), Technical Note STPP-TN-89-1, Summary Report prepared for Directorate of Science and Engineering Education, National Science Foundation, SRI International, 1989, 104 pp.

"A Rationale for Entrepreneurship Education in Secondary Schools (with William D. Donnelly), Journal of Private Enterprise, Vol. IV, Fall 1988, pp. 97-102

"Black Entrepreneurship:  Opportunities and Challenges" (with Mark Rider), Journal of Private Enterprise, Vol. III, Number 1, Fall 1987, pp. 117-121

6

"Summary of the Proceedings," U.S.-P.R.C. Joint Workshop on Measurement of the Impact of S&T on Development, Final Report, National Science Foundation, September 1987, pp. 1-14.  Chinese language version published May 1989.

"Science Curricula:  An International Comparison Between the U.S. and the USSR" (with Catherine P. Ailes), Chapter 9 in The Science Curriculum, ed. by Audrey B. Champagne and Leslie E. Hornig, American Association for the Advancement of Science, Washington, D.C., 1987, pp. 165-168

"In Defense of Realistic International Economics:  Free Trade," Journal of Economic Education Vol. 18, No. 2, Spring 1987, pp. 185-190

"Training and Utilization of Scientists and Engineers in the U.S." (with Catherine P. Ailes), Proceedings, U.S.-China Conference on Science Policy, Committee on Scholarly Communication with the People's Republic of China, American Council of Learned Societies, National Academy of Sciences, Social Science Research Council, National Academy Press, 1985, pp. 244-281.  Chinese language edition, 1986

"High Tech Trade - Are We Losing the War?", Business, July/August/September 1985, pp. 36-42

Communicating Economic Understanding: A Handbook for Program Directors (with Craig Aronoff and David Martin), Joint Council on Economic Education, 1985

"Review of U.S. Advanced Technology Policy," Proceedings, Brazil-U.S. Business Council VII Plenary, 1983, U. S. Chamber of Commerce, 1985, pp. 81-93

"U.S.-Brazil Private Sector Cooperation in Science and Technology for the 1980's" (with Carole Ganz Brown), Proceedings, Conference on U.S.-Brazil Private Sector Cooperation in Science and Technology, National Science Foundation, 1983

"A Summary Report on the Educational System of the United States and the Soviet Union: Comparative Analysis" (with Catherine P. Ailes), prepared for the National Commission on Excellence in Education and cited in A Nation at Risk: The Imperative for Educational Reform, A Report to the Nation and the Secretary of Education, National Commission on Excellence in Education, April 1983

"The Emerging Impact of Foreign Competition on National Security and Emergency Preparedness Telecommunication" (with Catherine P. Ailes), SRI International, Menlo Park, California, January 1982

"Education and Human Resources in Soviet Growth Strategy" (with Catherine P. Ailes), Comparative Strategy:  An International Journal Vol. 3, No. 3, Winter 1982, pp. 219-244

<u>Comparison of the Methods of Financing Research and Development in the U.S. and USSR</u> (with Catherine P. Ailes and James Styles), prepared for National Science Foundation, Washington, D.C., 1981, 78 pp.

"What is Economic Education?" in <u>Consumer Education and Economic Education in the Public Schools</u>, Judith Staley Brenneke, Editor, U.S. Department of Education and Joint Council on Economic Education, 1981, pp. 45-49

"Building an Effective Economic Education Program Using Principles of Successful Adoption and Implementation" (with Carole Hahn), <u>Economic Education: Links to the Social Studies</u> S. Stowell Symmes, ed., National Council of the Social Sciences and the Joint Council on Economic Education, 1981

<u>The Planning and Management of Research and Development in Soviet Industrial Organizations</u>, editor, prepared for National Science Foundation, May 1980

<u>A Summary Report on the Educational Systems of the United States and the Soviet Union: Comparative Analysis</u> (with Catherine P. Ailes), Technical Note SSC-TN-7557-12, prepared for National Science Foundation, Washington, D.C., March 1980, 33 pp.

"An Assessment of the USSR-US Scientific and Technical Exchange Program," in <u>Soviet Economy in a Time of Change</u>, Joint Economic Committee, United States Congress, October 1979, pp. 605-624

"The Application of Economic Leverage in U.S.-USSR Relations," <u>Comparative Strategy: An International Journal</u>, Vol. I, No. 4, October 1979 (with Herbert S. Levine and Charles H. Movit), pp. 371-404

"The Role of U.S. Imports in the Soviet Growth Strategy for the Seventies," <u>Journal of International Business Studies</u>, Fall/Winter 1977, pp. 31-47 (with Anne Lieberman)

<u>Pacing Industries in the USSR, 1944-1990, and Implications for Forecasting New Plant Facilities</u> (with Holland Hunter, Charles Movit, and Arthur Zuehlke), SSC-TN-77-3, SRI International, Menlo Park, California, July 1977

"Promoting Curriculum Change in Economics: A Model," <u>Southern Social Studies Quarterly</u>, Winter 1976

"A Prime Need: Education in Economics," <u>Atlanta Magazine</u>, January 1976

"U.S.-USSR Trade and Soviet Technology Requirements," (with Anne Lieberman), <u>Association for Comparative Economic Studies Bulletin</u> Fall 1976, pp. 61-77

8

Contributor to the <u>SRI-WEFA Soviet Econometric Model</u>, Vol. I and II: Phase III (authors: Donald W. Green, Lawrence Klein, Herbert S. Levine, Peter Miovic, Gene D. Guill, and Ross S.Preston), SSC-TN-2970-5, Stanford Research Institute, Menlo Park, California, October 1976

"Soviet Chemical Industry: A Modern Growth Sector," in <u>Soviet Economy in a New Perspective</u>, Joint Economic Committee, United States Congress, October 1976, pp. 535-557

"Economic Education: What Course of Action," <u>Georgia Social Studies Journal</u>, November 1976

<u>Study of the Political and Military Utility of U.S.-USSR Economic Relations</u> (with Herbert S. Levine, Arthur A. Zuehlke, Charles H. Movit, and James E. Cole), SSC-TN-5087-l, Stanford Research Institute, Menlo Park, California, December 1976

<u>Impact on U.S. Foreign Trade and Investment From Commercial Transfers of Advanced Technology to the Soviet Union and Eastern Europe</u> (with Anne Lieberman), SSC-TN-75-3, Stanford Research Institute, Menlo Park, California, February 1975, 66 pp.

<u>Technical Change in the Soviet Chemical Industry</u> (with Carlisle Moody, Jr.), SSC-TN-2625-8, Stanford Research Institute, Menlo Park, California, February 1975, 41 pp.

"Economic Education in Georgia, <u>Progress</u>, Joint Council on Economic Education, December 1975

"An Economics Index to the Quality of Life," a note, <u>Western Economic Journal</u>, Volume XI, No. l, March 1973, p. 116

"Growth, Capital-Output Ratios, and the Soviet Chemical Industry," <u>Economia Internazionale</u>, Volume 25, No. 4, November 1972, pp. 3-15

"Bonus Formulae and Soviet Managerial Performance: A Comment," <u>Southern Economic Journal</u>, Vol. 38, No. 4, April 1972, pp. 569-572.

A series of articles on comparative economic systems in <u>Economic Encyclopedia</u>, Dushkin Publishing Group, Inc., 1972.

<u>Transportation and Spatial Mobility in India</u> (with J.C.D. Blaine), Chapel Hill Graduate School of Business Administration, University of North Carolina, 1965, 59 pp.

Book Reviews:

<u>Intellectual Property Rights and Capital Formation</u> by Charles E. Walker and Mark A. Bloomfield (eds.), <u>Small Business Economics, An International Journal</u>, 1992, pp. 245-246.

9

Technology in Comecon, by Wilczynski, ACES Bulletin, Summer 1976

The Spoils of Progress: Environmental Pollution in the Soviet Union by Marshall I. Goldman, Southern Economic Journal, Vol. 40, No. l, July 1973.

The Soviet Model and Underdeveloped Countries by Charles K. Wilber, Southern Economic Journal, Vol. 37, No. l, 1970.

Myth, Oil, and Politics, Introduction to the Political Economy of Petroleum by Charles F. Doran, Journal of Comparative Strategy, Vol. l, No. 2, 1980

Research Papers and Reports:

"An Empirical Analysis of the Impact of Patent Protection on Economic Growth," (with Mark A. Thompson), Research Paper No. 54, Georgia State University, Policy Research Center, June 1995.

"Preparing for the Challenge of a Global Workforce:  A Study of Training and Enterprise Councils in Wales," (with Stanley J. Smits), Research Paper No. 47, Georgia State University, Policy Research Center, August 1994.

"Human Resource and Enterprise Development at the Community Level in Great Britain: A Strategic Constituencies Assessment," (with Stanley J. Smits and David W. G. Hind), Research Paper No. 62, Georgia State University, Policy Research Center, July 1996.

"Strategies for Designing Economic Education Programming for the Commonwealth of Independent States," (with Thomas McKinnon), Research Paper No. 27, Georgia State University, Policy Research Center, July 1992.

"Georgia's Workforce Development Challenge: A Study of Best Practices and Options", (with Stanley J. Smits, and Lori Fancher)  Report for the Office of Planning and Budget, State of Georgia. June, 1997.

"Plant Closings in the Textile and Apparel Industries: An Analysis" (with Julia Melkers and David Sjoquist)  Report for the Office for Planning and Budget, State of Georgia, July, 2000

OTHER PROFESSIONAL ACTIVITY:

Presented paper, " Role of Entrepreneurship in the Principles of Economics Courses" (with Calvin Kent), National Council on Economics Education and the National Association of Economic Educators, Honolulu, Hawaii, September, 1996

Invited participant at the Mount Pelerin Society meetings, Vienna, Austria, September, 1996.

Attended the 6th Conference of the International Joseph A. Schumpeter Society, Stockholm, Sweden, June, 1996.

Chaired session, "Entrepreneurial Freedom and Religion," Association of Private Enterprise Education meetings, Las Vegas, March/April 1996.

Panel member for discussion on "Teaching Economics in Russia," Association of Private Enterprise Education meetings, Las Vegas, March/April 1996.

Chaired session, "Education: Entrepreneurship, Gambling and the Environment," Association of Private Enterprise Education meetings, Las Vegas, March/April 1996.

Elected to the Executive Committee of the Georgia Council on Economic Education, 1996- 1998.

Chair of the Program Committee of the Georgia Council on Economic Education, 1996- 1998.

A Founder of the Council of Entrepreneurship Chairs, 1995

Served as an Advisor to the Board of Directors meeting, Marion Kauffman Foundation, in Orlando, Florida, January 1995.

Chaired session "Issues in Economic Development," Southern Economic Association Annual Conference, New Orleans, Louisiana, November 1995.

Organized workshop, "Entrepreneurship Education: What Americans Know and Don't Know and What's to Be Done About It."  Presented "Entrepreneurship Education: In Class and Out," Georgia Council for the Social Studies, Savannah, Georgia, October 1995.
Served as judge for 92 nominations for the Student National Agri-Entrepreneurship Awards Program, Alexandria, Virginia, October 1995.

Conducted a workshop on "Entrepreneurship Education for Precollege Students" for the National Council on Economic Education, Dallas, Texas, September 1995.

11

Session Chair, "Development Strategies."  Also panel member on session "Heritage and Future Directions of Private Enterprise Education."  Association of Private EnterpriseEducation, Atlanta, April 1995.

Participant in symposium entitled "The University and Social Development."  Speaker during sessions on "Technical Cooperation Among Developing Countries" and "Industry, University, and Government."  Delivered remarks during concluding session.  The University of el Salvador, Buenos Aires, Argentina, October 12-14, 1994.

Attended advisory meeting for "Agri-Entrepreneurship Development and Educational Initiatives," National FFA Foundation, Kansas City, October 1994.

Participant in the annual meeting of The National Council on Economic Education and the National Association of Economic Educators, Williamsburg, Virginia, September 1994.

Attended annual meeting of the Georgia Association of Economics and Finance, Georgia College, Milledgeville, Georgia, April 14-15, 1994.

Organizer and participant, invited by the National Council on Economic Education, for the First International Meeting "Children and Business" held in Moscow, August 20-26, 1993.

Lecture, "Economics USA and Entrepreneurship" for audience of Metro-Atlanta Teachers meeting at Westminster Schools, July 1993.

Member, Educational Advisory Committee of the National Federation of Independent Business, 1991 - present.

Member of the Advisory Board for the Ewing Marion Kauffman Foundation, Center for Entrepreneurial Leadership, 1993 - present.

Member of Organizing Committee for Symposium:Public/Private Cooperation for the Promotion of Development, sponsored by the Regents Global Center of the University System of Georgia, a host of universities, and the Consulate General of Argentina.  Atlanta Hyatt Regency on November 4-5, 1992.

Served as both consultant and contributor to theResource Guide for the Economics/Business/Free Enterprise course for Georgia's high schoolstudents.  The guide was published by the Office of Instructional Services, Georgia Department of Education, Fall 1992.

Moderated panel, "Current Status of Economic Education in the United States."  Meeting of the National Federation of Independent Business, Colorado Springs, August 1992.

Conducted a two-week workshop for Atlanta-area secondary school teachers of advanced placement economics courses, June 1992.

Invited participant in the Tenth Annual International Entrepreneurship Education Forum, Lake Tahoe, May 1992.

Panelist/judge for The Outstanding Teacher Award presented by the National Federation of Independent Business, Washington, D.C., May 14-15, 1992.

Participated in the Sixth Annual International Business Plan competition, Hartford, CT, April 1992. The Ramsey chair co-sponsored this program with Cornell University and Kennesaw State College.

Interviewed Ministers of Education in the former Republics of the Soviet Union in Washington, D.C., March 12-13, 1992. Program sponsored by the World Bank.

Directed the "You and the American Economy" program sponsored by the Ramsey Chair of Private Enterprise, the Center for Business and Economic Education, and the Rotary Club of Atlanta, held at Georgia State University, March 1991, 1992, 1993, and February 1994.  Presented "Getting a Job in the Twenty-First Century" as plenary speaker in 1992.

Chairman of the Educational Advisory Committee of the National Federation of Independent Businesses Foundation.  National Leadership Conference, Colorado Springs, Colorado, August 1991.

Association of Private Enterprise Education, elected to Board of Directors, 1992; President, 1990-91; Vice President and Program Chairman, 1989-90

The Society of Economics Educators, Inc., Secretary/Treasurer, 1990-91, 1992-93, 1994-96; President, 1987-1989

Trustee, Georgia Council on Economic Education, 1981--

Inter-University Advisory Committee, Center for East-West Trade Policy, University of Georgia

Georgia Partners of the Americas

Director and Instructor, Entrepreneurship and REAL Enterprises, a curriculum development and teacher training program sponsored by the Georgia Department of Education and the Georgia Council on Economic Education, Valdosta, June 26-July 3, 1990

Member of the curriculum writing team for the Entrepreneurship/Economics Education (E3) Project sponsored by the Pew Foundation, 1988-1990.  Materials developed:  (l) 11th grade

13

economics/entrepreneurship course; (2) infusion units for secondary World and American History courses; (3) l2th grade economics/entrepreneurship course.

Lecturer/consultant for U.S. Information Agency, presenting programs on topics of entrepreneurship and executive education in Mexico City, Monterrey, Puebla, and Guadalajara June l9-25, l989

Member, National Committee on United States-China Relations Technology Transfer Study Team to the People's Republic of China, July 25-August 7, l987

Director and Instructor, Southeastern Regional Workshop on Effective Teaching of Economics co sponsored by the Joint Council on EconomicEducation and the Georgia Council on Economic Education, summer l984

Economist member of National Science Foundation team advising Saudi Arabian National Center on Science and Technology, Riyadh, Saudi Arabia, January 2l-30, l98l

Head, U. S. Delegation to the Soviet Union on The Planning and Management of Research and Development in Soviet Industrial Organizations, December l979

Economist for Consumer Economics Institute for College and University Professors, American Express Foundation and Joint Council on Economic Education, Summer l979


GRANTS

"Protection of Intellectual Property Rights in S&T and Economic Performance," funded by the Brazil-U.S. Business Council of the Chamber of Commerce of the United States and the National Science Foundation l988-89

"Communicating Economic Understanding", a program designed for businesses in developing and conducting economic education programming, pilot programs in New York, Chicago and Atlanta Fall l984, funded by grants from The Coca-Cola Foundation, Inc., The J. M. Foundation, and R. J. Reynolds Industries

"Economics in the Middle Grades Curriculum: A Teacher Education Project," Summer l979Spring l980, funded by the National Science Foundation

"Model Program to Provide Consumers' Education to Low Income Atlantans," l976-77, funded by the United States Office of Education

"Summer Social Science Program in Economics for Outstanding High School Students," Summer l975, funded by the National Science Foundation

14

EDITORIAL ACTIVITIES

Reviewer for National Science Foundation

Member of the Editorial Board, Journal of Comparative Strategy

Editorial Advisory Board, Studies in Economic Analysis, University of South Carolina

Guest Editor, special issue on Economic Education, Georgia Social Studies Journal, November 1976

Referee, Journal of Economic Education Southern Economic Journal

Member of the Editorial Board, Journal of Private Enterprise


PAPERS PRESENTED AT PROFESSIONAL MEETINGS

"Intellectual Property Protection, Entrepreneurship, and Economic Growth" (with Mark Thompson), Association of Private Enterprise Education meeting, Las Vegas, March/April 1996.

"Intellectual Property Protection, Entrepreneurship, and Economic Growth" (with Mark Thompson), at the ENDEC World Conference on Entrepreneurship in Transitional Economies, Entrepreneurship Development Centre, Nanyang Technological University, held in Shanghai, People's Republic of China, December 1995.

"An Empirical Analysis of the Impact of Patent Protection on Economic Growth" (with Mark A. Thompson), Southern Economic Association Annual Conference, New Orleans, November 1995.

"Entrepreneurship Education: In Class and Out," Georgia Council for the Social Studies, Savannah, Georgia, October 1995.

"Entrepreneurship and Economics: A Further Contribution"(with Calvin A. Kent), Society of Economic Educators, Cincinnati, Ohio, May 1995.

"Entrepreneurship Education Programming:  What's Available for the Senior High Schools and How Good Is It?"  13th Annual International Entrepreneurship Education Forum, Albuquerque, New Mexico, May 1995.

"Preparing the Labor Force for the Challenges of Global Competition (with Stanley Smits), Miles International Conference, El Paso, Texas, April 30/May 2, 1995.

15

"Economic and Entrepreneurship Education in Russia," International Secondary Economics Education Conference, Liverpool, April 18-20, 1995.

"Entrepreneurship Education: Two Perspectives," University of Arkansas, Fayetteville, November 1994.

"Technical Cooperation Among Developing Countries," at symposium, The Univesity del Salvador, Buenos Aires, October 1994.

"Evaluation of Text and Program Materials," session on Entrepreneurship in the K-12 Curriculum, annual meeting of The National Council on Economic Education and the National Association of Economic Educators, Williamsburg, Virginia, September 1994.

"Strategies for Designing Economic and Entrepreneurship Education Instruction for Pre University Students in Russia" (with Thomas McKinnon), Moscow State University, Russia, April/May 1994.

"The Integration of Entrepreneurship in the Teaching of Microeconomics" (with Calvin A. Kent), annual meeting of the Midsouth Academy of Economics and Finance, Nashville, Tennessee, February 1994.

"Technology Transfer and Environmental Issues" at symposium entitled "Society and the University in the 21st Century."  University of del Salvador, Buenos Aires, Argentina, October 18-22, 1993.

"Role of Entrepreneurship Economic Education in Curricula," annual meeting of the National Council on Economic Education and the National Association of Economic Educators, Milwaukee, Wisconsin, October 6-9, 1993.

"NAFTA and the Environment:  Beware of Wolves (Protection) in Sheep's Clothing (Environment)." 38th World Conference of the International Council for Small Business, June 1993.

"Clarifying the Role of Entrepreneurship in Neo-Classical Macro-Economics:  Policy Implications" (with Calvin Kent), Annual Conference of The Association of Private Enterprise Education, Washington, D.C., April 4-6, 1993.

"Precollege Mathematics and Science Education in the Former Soviet Union" (with Catherine Ailes), American Association for the Advancement of Science annual meeting, Boston, February 12, 1993.

"Environmental Issues and Economic Growth:  The Case of NAFTA," Symposium, The New Vision of America for the 21st Century:  Unity and Diversity, University of Salvador, Buenos Aires, Argentina in November, 1992.

16

"Controlling Pollution by All Means:  Incentives Save Money," (with Carl Mink, Georgia State University), 17th Annual Conference of The Association of Private Enterprise Education, April 11-14, 1992, Hartford, Connecticut.

"The Role of Economic Education and Entrepreneurship in Dealing with Change."  Sachsen-Anhalt Educators Program sponsored by the State Department of Education, The Federal Reserve Bank of Atlanta, and the Georgia Council on Economic Education, April 7, 1992.

"Designing an Economic Education Program for the Commonwealth of Independent States" (with Thomas McKinnon, University of Arkansas), MidSouth Academy of Economics and Finance, Mobile, February 1992.

"Clarifying the Role of Entrepreneurship in Microeconomics" (with Calvin Kent, Department of Energy and Baylor University), Missouri Valley Economic Association, St. Louis, February 1992.

"Economic Rationales for Intellectual Property Protection in Developing Countries," Argentine Symposium, University of Salvador, Buenos Aires, Argentina: Rethinking the Concept of Security: Issues and Implications for the Post Cold War Era October 12-19, 1991.

"Intellectual Property Rights," presentation before the Treasury Executive Institute, Washington, D.C., June l2, l99l

"An Economic Rationale for Stronger Intellectual Property Protection in Developing Countries," Association of Private Enterprise Education, Nashville, TN, April l99l

"General Issues Affecting the Development of High Technology Industries, "  MidSouth Academy of Economics and Finance, Shreveport, LA, February l99l

"The Position of Distinguished Economics on Economics Education," Eastern Economic Association, Pittsburgh, PA, March l99l

"Integrating Entrepreneurship Concepts into Economics Education", Joint Council on Economic Education/NAEE annual meeting, Los Angeles, October l990

"International Property Rights and International Trade," Georgia Association of Economics and Finance annual meeting, Milledgeville, Ga., May 4, l990

"Intellectual Property Rights in the l990's:  Problems and Solutions," J. Anderson Davis Lecture Series Keynote Address, MidSouth Academy of Economics and Finance, February 8, l990, Jackson, Miss.

"The Next Stage of the DEEP Process," session on Perspectives on the Future of DEEP, JCEE/NAEE annual meeting, Atlanta, Ga., October l989

17

"Making the Case for Entrepreneurship Education," in session on Entrepreneurship Education, JCEE/NAEE annual meeting, Atlanta, October 1989

"Economics and Entrepreneurship Education in the Elementary Grade," Conference on Economics Education, administered by the Reason Foundation for the Towbes Foundation, Santa Barbara, California, August 1988

"Teaching Entrepreneurship in Secondary Schools," Association for Private Enterprise Education annual meeting, Cleveland, Ohio, April 1988

"Just What is Entrepreneurship Anyway?", Widener University Conference on Entrepreneurship Education, March 1988

"General Issues Affecting Sector Development," World Bank China Electronics Industry Seminar, Washington, D.C., October 1987

"Teaching Entrepreneurship in Elementary and Secondary Schools," Western Economic Association, Vancouver, B.C., July 1987

"The Current Status of the Science Curriculum," paper for the 1986 National Forum for Social Science, American Association for the Advancement of Science, Washington, D.C., November 14 15, 1986

"National Policies for Developing High Technology Industries:  International Compaisons-- Preliminary Findings and Observations," paper presented before Brazil-U.S. Business Council VIII Plenary, Brazil, May 31, 1985

"Increasing Competitiveness of the Japanese in the Telecommunications Industry," Georgia Association of Economic Educators, April 19, 1985

"Review of U.S. Advanced Technology Policy,' Brazil-U.S. Business Council VII Plenary, Sao Paulo, Brazil, October 5-6, 1983

"Communicating the Disinflation to Management:  A Matter of Economic Education," Conference on Strategic Planning in a Disinflationary Economy" sponsored by National Association of Business Economists/ Atlanta Economics Club, Atlanta, Ga., April 1983

"Training and Utilization of Scientists and Engineers in the U.S.," with Catherine Ailes, sponsored by the National Academy of Science's Committee on Scholarly Communication with the People's Republic of China, Washington, D.C., January 1983

Conference on Methods of Assessing U.S. Scientific Efforts, "Expert Panels as a Method of Assessment," Baltimore, Maryland, October 27-28, l982

"National Differences in Curriculum and Instruction," Testimony before the National Commission on Excellence in Education, February 25, l982

Forum on the Politics of Innovation and Productivity, "Role of Government in Productivity," Tarpon Springs, Fla., December l980
Workshop on East-West Trade, "The Problems and Prospects of Compensation Agreements in US-USSR Foreign Trade," Moscow, USSR, December l977

Western Economic Association, "US-USSR Trade:  A Case of Technology Transfer," June l976

Southern Economic Association, "Growth, Capital-Output Ratios, and the Soviet Chemical industry," in session on East European Economies, November l973

Southern Economic Association, "Soviet Urban Policy:  A Study in Contradictions," with Clyde Haulman, November l973

Western Economic Association, "Technological Change in the Soviet Chemical Industry," with Carlisle Moody, August l973

PROFESSIONAL MEETING PARTICIPATIONS

Attended annual meeting of Georgia Association of Economics and Finance, GeorgiaCollege, Milledgeville, GA, April 1994.

Moderator for Workshop 1, "Reflections of the Evolving Global Economy:  Tracking Trends," of the series entitled "The Relevance of International Business to Non-Business Disciplines" sponsored by The Georgia Tech Center for International Business, Education and Research and The Regents' Global Center in cooperation with The Georgia State University Institute of International Business, The Southern Center for International Studies, and The University Center in Georgia, March 1994.

Discussant, session on "Creative Secondary Level Economic Education Programs" at the annual meeting of the Midsouth Academy of Economics and Finance, Nashville, Tennessee, February 1994.

Keynote Speaker, "Economic Education-- A Domestic and Global Perspective," at seminar entitled Innovative Teaching Strategies for the Economics Curriculum, sponsored by South Western Publishing Co., Atlanta, October 1993.

Speaker, program celebrating the opening of the Institute for EastWest Studies European Center in Atlanta.  Spoke during session on "Private Sector Development in Eastern Europe," September 1993.

Speaker, seminar sponsored by the College of Business Administration and the Regents' Global Center for an audience of 75 Russian business persons, August 1993.

Panelist, session on "Intellectual Property Issues," Third International Conference on Academic Industry Relations, State University of New York at Purchase, April 30-May 2, 1993.

Attended conference on "Changes in the Former Soviet Union," Georgetown University, April 1993.

Attended annual meeting of The Society of Economics Educators, Los Angeles, March 1993.

Chaired session, "Success Factors in Black Entrepreneurship."  17th Annual Conference of The Association of Private Enterprise Education, April 11-14, 1992, Hartford, Connecticut.

Invited to make a presentation on "Economics and Entrepreneurship in the Precollege Curriculum" to the Social Studies Assessment Consortium at UCLA, March 26-27, 1992.

Discussant, session on Socialist Economies in Transition, "Converting Sellers' to Buyers' Markets in the Soviet Union" by Susan Linz, Michigan State University, Southern Economic Association meeting, 1991.

Discussant, session on The Economics of Science, "Scientific Rewards and the Economic Nature of the Scientific Endeavor" By Paula E. Stephan, Georgia State University and Sharon G. Levin, University of Missouri-St. Louis, Southern Economic Association meeting, 1991.

Presenter, session on An Experiential Approach to Teaching Economics and Entrepreneurship to Secondary Students, Georgia Council for the Social Sciences 1991 fall conference, Savannah, Ga.

Discussant, CSWEP Panel on Socialist Economies in Transition, Southern Economic Association, November 1991

Invited participant, Price-Babson Entrepreneurship Institute, Babson College, May 19-23, 1991

Discussant, sessions on Industrial Organization and Public Policy; and on Market Structures and Firm Behavior; at MidSouth Academy of Economics and Finance, February 1991, Shreveport, LA

Session chair, Exporting Free Market Economics Education:  A True 'Leading Sector'?, Association of Private Enterprise Education, Dallas, TX, April 1990

Discussant, Economics in the School Curriculum:  The DEEP Experience National Conference, Cleveland, OH, May 18-20, 1989

Director, Protection of Intellectual Property Rights in S&T and Economic Performance Symposium sponsored by the Brazil-U.S. Business Council of the Chamber of Commerce of the U.S. and the National Science Foundation, April 1989

Session chair, Plenary Session on "Entrepreneurship and Economic Development," Association of Private Enterprise Education, Orlando, FL, April 1989

Program coordinator for student papers in economics/finance, MidSouth Academy of Economics and Finance annual meeting, Nashville, TN, February 1989, moderator, Student Paper Session I

Moderator and panelist, Panel on Entrepreneurship, MidSouth Academy of Economics and Finance, February 1989

Invited participant, XI Plenary, Brazil-U.S. Business Council, Brasilia, May 30-June 1, 1988

Discussant, Association for Private Enterprise session on "What High School Economics IS," Cleveland, OH, April 1988

Session chair, "Identifying, Encouraging and Preparing the Entrepreneur for Survival," APEE annual meeting, Cleveland, OH, April 1988

Chair, panel on Entrepreneurial Education, Georgia Association of Economics and Finance, Unicoi, GA, March 1988

Director, NSF-sponsored "U.S.-PRC Joint Workshop on the Measurement of the Impact of S&T on Development," Washington, D.C., September 14-18, 1987

Panel, "What Is Economic Education?  A Roundtable," invited session, Western Economic Association, Vancouver, B.C., July 1987

Chair and panelist, session on "Black Entrepreneurship," Association of Private Enterprise Education, Atlanta, April 1987

Chair, session on "The Participants in Private Enterprise - Studies of the Entrepreneurs," Association of Private Enterprise Education, Atlanta, April 1987

Panel, "The U.S. Economy - Present and Future Trends," with Dr. Donald Ratajczak and Ms. Mary Rosenbaum, London Business School International Executive Program, Georgia State University, International Business Council, November 17, 1986

21

Panel, "International Economic Competition", with Claudio Frischtak, World Bank; Henry Nau, George Washington University; and Denis Simon, MIT, International Legislative Forum sponsored by International Business Council, Southern Legislative Conference, and Southern Center for International Studies, Atlanta, November 20-21, 1986

Invited discussant of paper by John Culbertson on "International Economic Concepts," Conference on Economic Education sponsored by Joint Council on Economic Education, September 18-20, 1986, Massachusetts Institute of Technology

Invited participant, Symposium on Soviet Science, NATO Science Committee, Brussels, Belgium, September 24-26, 1986

Invited participant, Brazil-U.S. Business Council Tenth Anniversary Plenary Meeting, May 13-14, 1986, Washington, D.C.

Project Director, Symposium on "Natio delegation, Federal University of Brazil Seminar, Recife, October 1984

Participant, Advanced Teacher Training Program Workshop, University of Colorado, June 1983

Moderator, panel on "Case Studies in Cooperation: Lessons to Be Learned for the Future," Conference on the U.S.-Brazil Private Sector Cooperation in Science and Technology for the 1980's, sponsored by SRI International and the National Science Foundation, Washington, D.C., March 1983

Chair, program on Effective Teaching of College Economics Courses, Midsouth Academy of Economists, February 1982

Participant, Teacher Training Program Workshop, Harvard University, June 1982

Participant, Conference of the U.S.-USSR Science Policy Working Group, sponsored by National Science Foundation, Washington, D.C., May 1982

Chair, Soviet and East European Economics session, Eastern Economic Association, Spring 1982

Program Committee, Eastern Economic Association annual meeting, Spring 1982

Chair, panel on International Comparison of Education and Training of Scientists and Engineers, Science Race Conference, SRI International, December 17 and 18, 1981

Participant, NSF Planning Symposium: U.S. Science Cooperation with Industrial Countries, Washington, D.C., SRI International, December 7-8, 1981

Discussant, session on Economic Education, Southern Economic Association meetings, November l979

Discussant session on Socialist Economics, Southern Economic Association meetings, November l978

Discussant, session on Economic Education, Southern Economic Association meetings, November l978

Workshop on East-West Trade, Moscow, USSR, June l978
Workshop on Training Sciencists and Engineers in the United States and the USSF, (Science Policy Working Group, US-USSR Scientific and Technical Exchange Program), Washington, D.C., March l978

Chair, session on Input-Output Analysis in the USSR, American Association for the Advancement of Slavic Studies, October l977

Chair, session on Soviet Economy, Southern Economic Association, November l975

Discussant, session on the Soviet Economy, Southern Slavic Association, November l975

Participant, National Association of Center and Council Directors meetings, two sessions: "Role of State Council Directors in Economic Education," and "Economic Enrichment Program for Outstanding High School Students," October l975

Discussant, session on Economic Education, Southern Economic Association meetings, November l973

Discussant, "A Model of a Soviet Firm," Atlantic Economic Association meetings, September l973

U.S.-Soviet Technology Transfer Seminar, Proceedings published by Hudson Institute, HI-l843-DD, May l973

Discussant, session on Technological Assimilation in the Soviet Union, Southern Conference on Slavic Studies, October l972

Discussant, session on Peasant Economies, Southern Economic Association meeting, November l969

CONTINUING EDUCATION AND PUBLIC SERVICE

Talk:  "The Economy's Blue Skies with Only a Few Clouds," to The Rotary Club, Milledgeville, Georgia, April 1994.

Conducted two-week workshop for Area Secondary Teachers of Advance Placement Economics Courses, June 15-26, 1992.

Speaker:  "Writing Research Proposals/Obtaining Grants," Georgia State University, Faculty Development Committee Workshop Series, April 17, 1992.

Presentation:  "Entrepreneurship, Economic Education and Free Enterprise Programs,"semi-annual meeting of the Board of Advisors of the College of Business Administration, Georgia State University, February 12, 1992.
Presentation:  "Getting a Job in the Twenty-First Century," You and the American Economy Program sponsored by the Ramsey Chair of Private Enterprise and the Rotary Club of Atlanta, March 2, 1992.

Guest lecture to Principles of Economics class on the "Transformation of the Economy of the former Soviet Union," March 4, 1992.

Speaker at the meeting of the Phi Delta Kappa Chapter of Rome, Georgia.  Topic:  "Economics and Entrepreneurship Curriculum for At Risk Students," March 5, 1992.

Speaker at the Georgia College School of Business Administration's Business Forum on the subject of "The Transformation of the Economies of Eastern Europe,  Topic:  "Economics and Entrepreneurship Curriculum for At Risk Students," March 5, 1992.

Speaker at the Georgia College School of Business Administration's Business Forum on the subject of "The Transformation of the Economies of Eastern Europe," March 9, 1992.

Served on the Curriculum Writing team for the second year curriculum of the Summer Business Academy sponsored by the Georgia Business Forum, 1992.

Speaker at a series of 16 workshops on the instruction of economics in the secondary schools of Georgia.  Workshops sponsored by the Georgia Department of Education and the Georgia Council on Economic Education, October, November, December 1991.

Briefed the Program Committee of the Georgia Council on Economic Education on the 16 workshops for teachers of high school economics, January 1992.

Briefed the Executive Committee of the Georgia Council on Economic Education on the 16 workshops for teachers of high school economics held in the Fall 1991 on March 4, 1992.

Convocation speaker at Reinhardt College, "Entrepreneurship in Education," October 1991.

24

Speaker, "The Soviet Union in Transition," at the Philosophy Forum, Georgia State University, October 1991.

Two sessions on "Entrepreneurship in Economics Education" at the Georgia Council on Economics Education conference for High School educators, September 1991.

Author (with Beverly Armento) of the curriculum for a Residential Business Academy Program for Outstanding High School Students for Summer of l99l, sponsored by the Georgia Business Forum

Member, Research Committee, Georgia Council on Economic Education, l9909l, 1991-92.

Talk to the James D. Compton Private Enterprise Foundation for the Georgia Council on Economic Education, Brunswick, GA, April 23, l99l

Program Director, l99l You and the American Economy Program co-sponsored by the Ramsey Chair of Private Enterprise and the Atlanta Rotary Club

Advisory Council, Alonzo A. Crim High School Center for Entrepreneurship, l988-

Advisory Committee, Fulton/DeKalb/City of Atlanta Small Business Development (GRASP) Project, l988--

Headed local arrangements for International Business Plan Competition co-sponsored by Salisbury State University, the Ramsey Chair of Private Enterprise and the Zwerner Professorship of Family Owned Business, Atlanta, March l990

Member of Advisory Committee to the Foundation for Teaching Economics, Pilot Video Series on Entrepreneurs for Middle Grades History, l989-90

Talk, "Issues in Intellectual Property Rights Protection," to Managers' Retreat on International Business Development sponsored by Southern Research Institute, New Orleans, October l989

Conducted E3 Teacher Training Workshop, Philadelphia, PA, ll/l7/89

Lecture on International Trade to Westminster Schools Summer Economics Institute, l989

Talks, "International Aspects: Entrepreneurship," Entrepreneurship for Teachers Course, John Carroll University, Cleveland, Ohio, October l988 and October l987

Talk, "What is Entrepreneurship?", Georgia Business Forum, Cobb Gifted Program, Atlanta, February l4, l989

Two workshops, "Science and Technology in International Economics," and "Developmental Economics" for Atlanta International Affairs Seminar sponsored by the GSU Model UN Program, September l7, l988

Moderator, August 4, l988 meeting of the Directors' Roundtable, Center for Professional Education, Georgia State University

Conducted economics portion of seminar for Fulbright Scholars sponsored by Institute of International Education, Atlanta, January 29-30, l988

Governor's Growth Strategies Commission, Growth Issues Resources Council, Fall l987

Soviet Host Committee for the Soviet Exhibit, City of Atlanta Bureau of Cultural Affairs, Fall l987
Talks, "Quarterly Economic Overview," Centers for Disease Control Seminars, June l0, l987, June 6, l985, June l4, l985, November 30, l984

Visiting scholar for Governor's Honors Program, Valdosta, Summers l984, l985, l986

Seminars on "America and the World Economy," You and the American Economy Program sponsored by the Chair of Private Enterprise and the Atlanta Rotary Club, Spring l98l, l982, l983, l984, l985, l986

CMA Review, Coca-Cola l986 (3 sessions on economics), spring l986

Guest lecturer, "The Soviet Economy: Problems and Prospects," Augusta College Seminar Series on Russia, May 7, l985

Talks, "Russian Economic Trends Since l9l7," Auburn University Center for Economic Education; and "Education and Technology in Russia," Comparative Economics Institute banquet speech, Auburn University, July l9, l984

Director, Managerial Economics Program, Williams Brothers Concrete, February-March l983

Talk, "Reagonomics - Pro and Con," Hugh O'Brian Youth Leadership Seminar, April 24, l982

Talk, "Combating Inflation and Improving Productivity," February 4, l982 and "A Framework for Developing an Economic Understanding Program," February 5, l982, for the "Communicating Economic Understanding" program sponsored by Chair of Private Enterprise, Georgia State University and the International Association of Business Communicators

Advisory Board, Hugh O'Brian Youth Foundation Youth Leadership Seminar, l98l

26

The Economy and How It Works, Economic Education Employee Program for the C&S National Bank, November 1981

Featured guest speaker, Revitalizing the Economic Education Program in Alabama, before Alabama Chamber of Commerce, Montgomery, Ala., Spring 1981

Economic Education for Employees, four sessions on The American Economy and How It Works, Bremen Steel Co., January and February 1981

Topics in Economics course for six Master Teachers in Economics, through Center for Business and Economic Education, Georgia State University, Spring 1981, funded by Gulf Oil Corporation

Economics sessions, Atlanta Society of Financial Analysts, 1981 and 1982 Study Program for the CFA Exam, Georgia State University

Seminar, "National Economy," AT&T Southern Region Engineering Department, Second Level Up Meeting, February 1981

Talk, "The American Economy, Problems and Prospects," Hugh O'Brian Foundation, April 1981

Program, "Comparative Economics and International Economic Relations," presented for students of Atlanta City, DeKalb County, and Westminster Schools, Atlanta, March-April 1979

Series of lectures on selected economic topics, presented for Atlanta City school teachers, January-April 1979

Series of lectures presented for Barrow County school teachers, January-April 1979

Lecturer and panel moderator, workshop on "Private Enterprise Perspectives on Medical Care," Medical Association of Georgia, May 1979

"Economic Education and the Media," Atlanta Association of Professional Advertising Women, August 1978

National Association of Affiliated Economic Education Directors, "Managing Programs in Economic Education," October 1978

Director, Economic Education Program for Employees of Gold Kist and Cotton States Insurance Company, Georgia, April 1978

Coordinator, Seminar for Teachers, "Economics in the Classroom," sponsored by Chatham County Board of Education, October 1977-February 1978

27

Director, Master Teachers in Economic Education Program, January-July 1978

National Association of Affiliated Economic Education Directors program on Economic Education for Employees, October 1977

Coordinator and Lecturer, Economic Education for Employees of TRW, Columbus, GA, October-November 1977

Moderator, Panel on the Media and Economic Education, National Conference on Business and the Media, GSU, September 1977

Talk, "The Soviet Economy," Georgia Architectural and Engineering Society, April 1976

Director, Economic Education for Employees of Owens-Corning, Atlanta, GA, January 1976

Director, Program in Economics for Management, National Bank of Georgia, December 1975

Economic Enrichment Program for Outstanding High School Students, National Association of Center and Council Directors of Economic Education, October 1975

Talk, "Role of State Council Directors in Economic Education," National Association of Center and Council Directors meeting, October 1975

Developmental Economic Education Program, Container Corporation of America, October 1975

Summer Workshop for Metropolitan Area Teachers in Economic Education, workshop director and instructor of record, 1975, 1976, 1978, 1979, Georgia State University

OTHER SERVICE ACTIVITIES

Interviewed by CNN Radio about the Gallup poll on economic understanding, September 10, 1992.

Interviewed by Bond Buyer on subject of Free Trade in Latin America, May 1992.

Interviewed by Atlanta Journal/Constitution business columnist Ernest Holsendolph, and quoted in his article, "Assignment:  Make Money," on March 25, 1992.

Interviewed by Rhonda Richards and quoted in an entrepreneurship cover story in USA Today, February 11, 1992.

Interviewed on WGST Radio, September 4, 1991.

Interviewed on GSU Radio Station, September 10, 1991.

Judge, Teacher of the Year Awards, Georgia Council on Economic Education, February-March 1990, 1991, 1992.

Talk, "Private Enterprise or Perestroika," Advanced Placement Economics class at Riverwood High School, September 1990

Interview for GSU Signal, "Talking With GSU's Experts" series, February 6, 1990

Talk to MK 915 seminar academic career module on "Your Research Agenda", 2/82/90

Talk, "Economic Changes in the Soviet Union," Master Teachers of Economic Education class, GSU, November 9, 1988

Participated in Atlanta Teacher/Business Round Table, January 16, 1987

Talk on the Soviet Economy, Holy Innocents Episcopal Church lecture series, October 1986

Member of selection committee, Chevis Regal Young Entrepreneurs Award, Georgia area, 1986

Welcoming remarks, Conference on How Labor Markets Work, GSU, November 7, 1986

Lecture on The Southeast and International Trade for the Westminster summer Economics Institute sponsored by the Center of Business and Economic Education, GSU, June 19, 1986

Talk, "Business Perspectives in Today's Economy," Richway Management Group, January 15,1985

Talk, "Economic Outlook," Alpha Kappa Psi, January l7, l985

Telephone interview for <u>Atlanta Constitution</u> on the President's export policies, September 23, l985

Talk, "Faculty, Programs and Funding: Partners in Promoting Academic Excellence," to Centurion and Ambassadors Club volunteers, GSU Alumni Association, September l8, l985

Presentation to CBA Advisory Council breakfast meeting, November 8, l985

Economics for Elementary Teachers and Their Pupils, Center for Business and Economic Education Program GSU, Fall l984

Committee to review the Social Studies text, Topicality Review Conference, National Evaluation Systems, Inc., Decatur, GA, June 7-8, l984

Talk, "World Economic Order," International Executives Program sponsored by Georgia World Congress Institute and the Cobb International Center, Lake Arrowhead, November l984

Talk on Brazil for Economics Undergraduate Seminar Series, GSU, Fall l984

Talk, "Higher Education in Georgia: The Year Ahead," Augusta College, September l983

Presentation on U.S. Trade Relations with Developing Countries," Department of Economics Undergraduate Seminar, November l983

Talk, Economics for Executives Forum, Georgia College, Milledgeville, January l982

Participant, Conference on Mental Health and the Economy, Georgia State University, March l982

Presentation on Careers for Economists, Department of Economics Undergraduate Seminar, May l4, l982

Panelist, program on Business Ethics, MBA Assn. and Student Government Assn., Georgia State University, April l98l

Talk, Cobb County Chamber of Commerce, February l98l

Talk, "Forecasting the Economic Environment," Achim Lodge of B'nai B'rith, November l98l

Talk, "The Soviet Economy," Kiwanis Club, September l980

TV Interview, "Georgia Economic Update," Georgia Educational TV, December l980

30

Talk, "The Soviet Economy," Heards Ferry Elementary School, Atlanta, April 1979

Talk, "The Role of Private Enterprise Education in Private Colleges and Universities," Berry College, April 1979

Talk, "The Soviet Economy: Problems and Prospects," Georgia Southern College, Statesboro, GA, April 1979

Member, Georgia Teaching Field Criterion, Referenced Test Ad Hoc Committee in Social Studies, 1976

Consultant, "Economic Education Program for Low Income Communities in Atlanta" coauthored by Charles Boardman, Sponsored by HEW, 1976-77

"A Look at the American Economy: What Are the Alternatives?" American Association of University Women, Oglethorpe University, Atlanta, GA, November 1975

"Economics in the Social Studies," Council of State Social Studies Specialists, November 1975

Session on Value Clarification in Economics," National Council on Social Studies, November 1975

Discussant, Aspects of Economics Education, Federal Conference on Vocational Education, October 1975

UNIVERSITY SERVICE

University:

Member of Georgia State University President's Fiscal Advisory Council, 1995-96.

Chair of Senate Sub-Committee on Intellectual Property Rights, 1995-96.

Chair of University Senate Nominating Committee, 1995.

Chair, University Center in Georgia Interdepartmental Groups for Economics, 1994-95.

Member of Ad Hoc Committee to Review the Organization of the Office of Vice President of Research, 1995.

Member of Ad Hoc Committee on the Establishment of a University College of Policy Studies, 1995.

31

Committee member for the three-year review of the Provost of Georgia State University, 1995.

Committee member of the review committee for Vice President of Research for the Chancellor's Initiative Fund, 1995

Serves on Academic Council of the Regents' Global Center, 1992 --

Member, University Senate Research Committee, 1992-93.

Member, University Senate PACE Committee, 1992-93.

Served on University Senate Nominating Committee, Spring 1993.

Served as member of Evaluation Committee for the Provost/Vice President for Academic Affairs, Spring 1993.  Coordinated evaluations for the College of Business Administration.

Liason, Georgia Research Alliance Universities Academic and Research Faculty, 1992.

Member, Search Committee for Director of Research and Development, Winter 1991

Member, University Institutional Review Board for the Protection of Human Subjects, Spring 1987 - Fall 1990

Member, Search Committee for Dean of the College of Business Administration, 12/833/84

Participant, The College Student with a Disability workshop for faculty, GSU, 11/5/84
Participant, seminar for departmental chairmen, GSU, 11/26-84


College:

Co-chair of the editorial board of GSU Business Press, 1993
Served on the Promotion and Tenure subcommittee of the CBA Faculty Affairs Committee for 1992-1993.
Organizer of Current Issues in Economics seminars sponsored by the Ramsey        Chair of Private Enterprise, Fall 1990 --
Chairman, Research Program Committee, spring 1987--
CBA Drafting Committee, 1988-90
Faculty Development Seminars on Grantsmanship, December 1986,
  May 1988, January 1990, December 1990; Seminar on Large Databases,   February 1989, February 1991
Interim Chairman, Department of Economics, winter 1989
Center for Business and Economic Education Advisory Committee, 1988 --

32

Search Committee for Director of Policy Research Program, spring l988
Search Committee for Director of Institute of Industrial Relations, l987-88
Faculty representative on CBA Board of Advisors Committee on Faculty Internships, l987-88
Member, International Business Interdisciplinary Academic Advisory Committee, l985-88; during winter and spring l987 served as member of special subcommittee to intensively examine and develop the curriculum in international business at both undergraduate and graduate levels
Chairman, CBA Review Board for Protection of Human Subjects, l98687
EMBA Faculty, l985-87
Member, Task Force on Faculty Development for the AACSB Revisitation Report, l983-84
Search Committee for Chair of Marketing Department, fall l984
Search Committee for Director, Institute of Industrial Relations, l980
Chairman, Search Committee for Director of International Business Programs, l980-8l
Faculty of the Industrial Relations Institute, l98l-86
Member, Productivity Center, l982-86
Instructional Innovation and Development Council, l975-76


Department of Economics/Policy Research Center:

Representative to the University Senate, 1994
Member of the Department of Economics Strategic Planning Committee, 1991-92.
Directed with David Bruce the preparation of a proposal to the Department of Education on establishing a Center for International Business Education at the College of Business Administration, Georgia State University, February 1992.


CBA Executive Committee:

Chairman, subcommittee to recommend Faculty Recognition Awards for Research,      l988, l989, l990
Chairman, committee to make recommendations to allocate research professor program resources to other research related activities, fall l986
Member, joint subcommittee on criteria for summer teaching, winter l985
Member, subcommittee on budget allocation, spring l984
Member, Alumni Distinguished Professor selection committee, l983-85
Member, subcommittee on off-campus class schedule for l983-84, l982-83

33

Chairman, subcommittee to develop college-wide promotion and tenure
   document, summer-fall 1983
Member, subcommittee on core course coordination policy, winter 1983
Chairman, subcommittee on Center for Innovation and Productivity, 1980-81
Subcommittee to Review a Plan to Survey Faculty Community Service, 1980
Chairman, subcommittee on research, 1981-83
Chairman, subcommittee on criteria and procedures for selection of Alumni
   Distinguished Professors, 1982-83


DISSERTATIONS DIRECTED

Laddie Sula (completed)
Parviz Asheghian (completed 1980)
Jashwant Dhatt (completed 1983)
Lucille Welzant, College of Education (completed)
Robert Materna (completed 1988)
Lloyd Russow (completed 1989)

CITATIONS

"Soviet Chemical Industry: A Modern Growth Sector," in Soviet Economy in a New Perspective,
Joint Committee, U. S. Congress, 1976:  cited by V. Sobeslavsky and P. Beazley, The Transfer of
Technology to Socialist Countries published for Royal Institute of International Affairs by Gower
Publishing Co. Ltd., England, 1980, Table 3, p. 43; footnotes 3-4, p. 42; footnote 15, p. 110.

"Soviet Chemical Industry: A Modern Growth Sector," in Soviet Economy in a New Perspective
Joint Economic Committee, U. S. Congress, 1976:  cited in Gorbachev's Economic Plans, Vol. I, p.
350, Study Papers Submitted to the Joint Economic Committee, U. S. Congress, November 23,
1987.

A Summary Report on the Educational Systems of the United States and the Soviet Union: A
Comparative Analysis, Catherine Ailes and Francis W. Rushing, SRI International, 1981:  cited in C.
Sinclair, ed., The Status of Soviet Civil Science, p. 17, Martinus Nijhoff Publishers, 1987

International Business Studies, Vol. 8, p. 31, 1977:  cited by I. Lange, Journal of International
Business, Vol. 8, p. 5, 1977

US-USSR Compensation, 1977, cited by R. B. Foster, Comparative Strategy: An International
Journal, Vol. I, p. 13, 1978

Southern Economic Journal, 1972, cited by J. P. Bonin, Southern Economic Journal Vol. 2, p. 490,
1976

Southern Economic Journal, Vol. 38, p. 569, 1972, cited by M. Ellman, Southern Economic Journal, Vol. 39, p. 652, 1973

Soviet Economy in a New Perspective, Joint Economic Committee, U.S. Congress, 1976, pp. 535-558, cited by Philip Hanson and Malcolm R. Hill, Joint Economic Committee, U.S. Congess, 1979

Training and Utilization of Scientists, Engineers and Technicians[1] 1981, cited in National Science Board, Science Indicators 1980, U.S. Government Printing Office, 1981, pp. 6, 13, 220 (f.n.)

Training and Utilization of Scientists, Engineers and Technicians, 1981, pp. 75-76, cited in National Science Board, Science Indicators 1980, p. 209.

Training and Utilization of Scientists, Engineers and Technicians, 1981 pp. 74-93, in National Science Board, Science Indicators 1980, p. 7 (f.n.)

Training and Utilization of Scientists, Engineers and Technicians, 1981 p. 36, in National Science Board, Science Indicators 1980, p. 7 (f.n.)

The Science Race: Education and Employment of Scientists and Engineers, U.S. and USSR, reviewed by S. Arunachalam in Science Today, January 1983, pp. 64-66.

The Science Race, see High Technology and High School:  Preparing Students for California's Changing Economy, June 1982, Office of Appropriate Technology, State of California, pp. 118-121.

The Science Race, cited in "U.S. Science and Engineering Education and Manpower: Background; Supply and Demand; and Comparison With Japan, the Soviet Union, and West Germany," Report prepared by the Congressional Research Service, Library of Congress, transmitted to the Committee on Science and Technology, U.S. House of Representatives, Ninety-Eighth Congress, April 1983.  A principal source on the Soviet Union cited on pp. 106, 107, 110, 111, 112, 113, 114, 115, 116, 117, 118, 127, 146, 147, 148, 149, 211, 228, 229, 239, and 240.

The Science Race, cited by John Irvine and Ben R. Martin, "Basic Research in the East and West: A Comparison of the Scientific Accelerators," Research Paper, Science Policy Research Unit, University of Sussex, May 1983, fn 13.

The Science Race, cited in C. Sinclair, ed., The Status of Soviet Civil Science, p. 17, Martinus Nijhoff Publishers, 1987

---

[1]Material from this report prepared for National Science Foundation, 1981, was incorporated into The Science Race (see below).

The Science Race, cited in Soviet Education - A Journal of Translations Richard Dobson, ed., "The Restructuring of Soviet Higher and Secondary Specialized Education: Phase I," July-August l987, p. 23.

National Policies for Developing High Technology Industries excerpts from paper by Henry Nau, in Economic Development Abroad newsletter, National Council for Urban Economic Development and International Center, Academy for State & Local Government, February l5, l988

National Policies for Developing High Technology Industries: International Comparisons reviewed in "Review Essay" by Simon Schwartzmann, Latin American Research Review, spring l989, pp. 209-22l.

National Policies for Developing High Technology Industries cited as 'recommended reading' in John W. Sewell, "Toward North-South Partnership," Issues in Science and Technology, Vol. VI, No. 3, Spring l990, p. 52.

Intellectual Property Rights in Science, Technology, and Economic Performance: International Comparisons, reviewed in Reference and Research Book News June l990.

"Building an Effective Economic Education Program Using Principles of Successful Adoption and Implementation," (with C. L. Hahn), in Symmes ed., Economic Education: Links to the Social Studies, cited in Effective Economic Education in the Schools ed. William B. Walstad and John C. Soper, National Education Association, l99l, p. 68.

"Soviet Math and Science Educational Reforms During Perestroika," (with C.P. Ailes), Technology and Society, cited in "From Marx to Markets: Reform of the University Economics Curriculum in Russia," Stanley L. Brue and Craig R. MacPhee, The Journal of Economic Education 26 (2) Spring 1995, p. 194.

"The Changing Face of Economics Instruction in Russia", in An International Perspective on Economic Education, ed. W. B. Walstad, cited in "From Marx to Markets: Reform of the University Economics Curriculum in Russia," Stanley L. Brue and Craig R. MacPhee, The Journal of Economic Education, 26 (2) Spring 1995, p. 194.

Fee Schedule

Francis W. Rushing, Ph.D.
Economics Consultant
P.O. Box 328
Madison, Georgia 30650

June 5, 2017

My fee for serving as an economics expert witness is three hundred and fifty dollars per hour. This fee applies to time spent reviewing documents, doing analysis, traveling and testifying at depositions and trials. I request an eight hour retainer of $2800.00. My deposition fee is $1400.00 for the first two hours which also includes travel and expenses and three hundred and fifty dollars per hour for any additional time.

Fee Schedule

Francis W. Rushing, Ph.D.
Economics Consultant
P.O. Box 328
Madison, Georgia 30650

June 5, 2017

My fee for serving as an economics expert witness is three hundred and fifty dollars per hour.  This fee applies to time spent reviewing documents, doing analysis, traveling and testifying at depositions and trials. I request an eight hour retainer of $2800.00. My deposition fee is $1400.00 for the first two hours which also includes travel and expenses and three hundred and fifty dollars per hour for any additional time.

CASES IN WHICH FRANCIS W. RUSHING, PH.D., ECONOMIST,
HAS GIVEN DEPOSITIONS OR TESTIFIED IN COURT
(2013– 2017)

Amelia Tomei, v. Zachary Joseph Lorch Metro Materials, Inc, Stewart Bros. Inc. d/b/a
Chili's Grill & Bar, and Brinker Georgia, Inc., d/b/a Chili's Grill & Bar, State Court of
Gwinnett County, State of Georgia, Deposition, January 16, 2013.

Roderick O. Brown and Thea J. Brown, et al v. Gentiva Health Services (USA) Inc.. et al
State Court of Fulton County, State of Georgia, Deposition, January 17, 2013.

Doris Raquel Lavender v. William G. McFall, IV and Glenn Harris, d/b/a G& S Glass &
Glazing, State Court of Henry County, State of Georgia, Deposition, January 22, 2013.

Marcia L. Saurman v. Schnitzer Steel Industries, Inc., Paul Burgess and Schnitzer
Southeast, LLC, State Court of Fulton County, State of Georgia, Deposition, February 19,
2013.

Wade L Elmer and Holly Elmer, as the Parents, Legal Guardians, and Next Friends of
Camden Tommy Elmer, their Minor Son v. Henry Medical Center, Inc., and Laxman
Ramani, MD, State Court of Henry County; State of Georgia, Deposition, March 4, 2013.
Trial, April 11, 2013.

Susan Robinson v. Vera N. Bettin, State Court of Dekalb County, State of Georgia,
Deposition, March 13, 2013.

Hidalgo, et al. v. ERP Operation Limited Partnership, et al, State Court of Fulton County,
State of Georgia, Deposition, March 18, 2013. Trial, April 25, 2013.

Rudena W. Dillard v. H.J. Russell & Company and Cordell Phillip Tarver, State Court of
Fulton County, State of Georgia, Deposition, March 18, 2013.

Keshia Knight Warren and Kenny Davis Warren v. Atlanta Gas Light, STS, LLC et al,
State Court of Fulton County, State of Georgia, Deposition, April 4, 2013.

Bryan J. Kingsberry and Keith S. Barnes, on Behalf of Shannon K. Barnes, a Minor v.
Simpson Housing LLlP, et al., State Court of Fulton County, State of Georgia,
Deposition, April 29, 2013.

William A. Bruner v. Key Safety Systems, Inc. et al, State Court of Gwinnett County,
State of Georgia, Deposition, April 30, 2013. Trial, November 18, 2013.

Thomas Eastep v. James Earl Newman, Schwend, Inc., and State National Insurance Company, Inc. District Court of United States, Middle District of Georgia, Albany Division, Deposition, May 20, 2013. Trial June 30, 2015

Trevor Clemons v. Emory Hosptial, et al., State Court of Fulton County, State of Georgia, Trial, June 7, 2013.

Janis W. Stephens, et al. v. Ford Motor Company, et al. State Court of Dekalb County,State of Georgia, Deposition, August 19, 2013.

Maria V. Clinton, et al. v. Ford Motor Company, et al. State Court of Dekalb County, State of Georgia, Deposition, August 19, 2013.

Bobbye Yelverton Sumrall, et al. v. Ford Motor Company, et al. State Court of Dekalb County, State of Georgia, Deposition, August 19, 2013.

Joshua Martin v. Six Flags Over Georgia, et al. State Court of Cobb County, State of Georgia, Deposition, August 21, 2013. Trial, November 14, 2013.

Douglas Daniel Harris v. Adel Mira Gonzales Diaz and David Gillardo Diaz, State Court of Houston County, State of Georgia, Video Trial Deposition, September 5, 2013.

John  Callaway and Lisa Callaway v. Kevin A. O'Connell, M.D., United States District Court for the Middle District of Georgia, Macon Division, Deposition, September 26, 2013.

William Duke Roberson, Jr. v. Piedmont Henry Hospital, Inc., Hospital Physician Services Southeast, P.C. and Larry A. Vaughn, State Court of Fulton County, State of Georgia, Deposition, September 30, 2013.

Melissa Dano v. TN Nails, LLC, State Court of Cobb County, State of Georgia, Deposition, October 29, 2013.

Robert Taylor v. The Hospital Authority of Ben Hill County et al., State Court of Dougherty County, State of Georgia, Deposition, October 30, 2013. Trial, May 16, 2014.

Ralph Brown v. Jennifer Berman, MD, Denise Beckford, RN, DeKalb Medical Center, Inc., et al., State Court of DeKalb County, State of Georgia, Deposition, October 31, 2013.

Ashley Renae Hampton f/k/a Ashley Renae Young and Christopher Ray Ghorley v. Carterville Medical Center, LLC and Amy Beth Pittman, Superior Court of Bartow County, State of Georgia, Deposition, November 4, 2013.

Marsha Reed Davis v. Carolyn Serena Dayson, State Court of Effingham County, State of Georgia, Deposition, November 21, 2013.

Robbert P. Culbertson, Sr. and T. Kathleen Culbertson v. The Braun Corporation and
Independent Mobility Systems, Inc., State Court of Cherokee County, State of Georgia,
Deposition, December 6, 2013. Trial, May 8, 2014.

Kimberly J. Smith v. Mary C. Teague, State Court of Fulton County, State of Georgia,
Deposition, December 13, 2013.

Lauren E. Garcia v. Allied Barton Security Services, Manulife Financial Corporation, et
al. State Court of Fulton County, State of Georgia, Deposition, December 18, 2013.

Danna Lee Wright and Christopher Todd Wright v. Sharif Malek, DO; Bethany Domxal
Sanders; Stephens County Hospital;  et al., Superior Court of Stephens County, State of
Georgia, Deposition, January 9, 2014.

Kari M. Smid, and Janice Smid, as Guardian of Kari M. Smid, v. Metropolitan Atlanta
Rapid Transit Authority et al., Superior Court of Fulton County, State of Georgia,
Deposition, January 14, 2014.

Robert James Pelleteri, Jr. v. Kevin A. Flanagan, Frito-Lay, Inc., and Rolling Frito-Lay
Sales, State Court of Houston County, State of Georgia, Deposition, January 24, 2014.

Edward B. Drummond v. Utica National Assurance Company, Prestige Wine Wholesale,
Shaun Boswell, and John Doe, State Court of Fulton County, State of Georgia,
Deposition, January 28, 2014.

Carey Wyatt and Rose Stephens-Wyatt v. First Communities Management, Inc. and
Serenade Holdings, L.P., State Court of Fulton County, State of Georgia, Deposition,
March 3, 2014.

Khaga Khatiwada v. Michelin North America, Inc; Hermandos Izaguirre Tire, Co.; et al
State Court of Dekalb County, State of Georgia, Deposition, March 4, 2014.

Deborah Ann Larson vs. Samuel A. Gilbert, M.D. and Kennesaw Family Physicians,
State Court of Cobb County, State of Georgia, Trial, March 26, 2014.

Jose Hernandez and Priscilla Hernandez v. Crown Equipment Corporation, United States
District Court for Middle District of Georgia, Valdosta Division, Deposition, April 22,
2014. Trial July 8, 2015.

Michael R. Barbour, Jr. and Dawn Barbour v. Piedmont Newnan Hospital, Inc. and
Cherie Deane Schmidt, State Court of Fulton County, State of Georgia, Deposition,
April 23, 2014.  Trial, May 11, 2014.

Tiffany Gail Lovelace and Corrie Lovelace v. Tri-County Anesthesia, LLC and Alson Emmerson Mercurius, State Court of Douglas County, State of Georgia, Depostion, May 15, 2014.

Beverly A. Owens, as guardian of Ashley Brianna Sanford, et al v. Stephen Langston , M.D., Piedmont Regional Surgical Associates. LLC, et al. Superior Court of Baldwin County, State of Georgia, Deposition, June 24, 2014.

Rosalyn L. Moore as Administrator of the Estate of Jimmy Jerome Moore, Deceased, and Rosalyn L. Moore v. William Paneral, PA-C; Emcare, Inc. et al. State Court of Gwinnett County, State of Georgia, Deposition, June 25, 2014. Trial, December 3, 2014.

Jock L. Walker and Teneka L. Walker v. Tensor Machinery, Ltd; and Tensor Fiber Optic Technologies, Ltd; United States District Court, Northern District of Georgia, Newnan Division, Deposition, June 27, 2014.

Timothy Kerman Adkins v. Jaqueline Resendez, State Court of Gwinnett County, State of Georgia, Trial Deposition, July 11, 2014.

Michael A. Cartright v. Duluth Asset, LLC. and Lincoln Apartment Management, LP State Court of Fulton County, State of Georgia, Deposition, July 16, 2014.

Jonathan Ross Snell, by and through Nan Snell and Van Snell, his parents and natural guardians as next friends, and Nan Snell and Van Snell, individually v. George Walton Academy, Inc., Superior Court of Walton County, State of Georgia, Deposition, August 18, 2014.

Tessa Robinson as Temporary Guardian of the Property of Kyleb Petty, a Minor and as Administrator of the Estate of Rolonda Freeman v. Miguel Jimenez, M.D. and Georgia Spine Specialists, LLC, State Court of Cobb County, State of Georgia, Deposition, August 19, 2014.

Andre Heyward, Individually, and Roger A. Kirschebaum, as Administrator of the Estate of Michelle Kamika Chinnis v.  ABCO Transportation, Inc. et al., United States District Court for the Northern District of Georgia, Atlanta Division, Deposition, September 3, 2014.

Kerry Stolte et. al. v. M. James Fagan, M.D., State Court of Fulton County, State of Georgia, Trial, September, 24, 2014.

Candice M. Ford and Ceadrick Ford v. Metropolitan Atlanta Rapid Transit and Sandra Clark, State Court of Fulton County, State of Georgia , Deposition, September 30, 2014.

Suzanne Hamby v. Anuj Dua, M.D., Swapan Chaudhuri, M.D. & Meridian Surgical, State Court of Cherokee County, State of Georgia, Deposition, October 7, 2014. Trial, May 7, 2015

Barbara Medea Hughes and Donald Ray Hughes v. Overlook at Arkwright, LLC, Colaparchee Partners, LLC et al., State Court of Bibb County, State of Georgia, Deposition, November 3, 2014.

Winford Hartry and Geraldine Hartry v. Ron Johnson Enterprises, State Court of Spalding County, State of Georgia, Trial, November 11, 2014. Retried, November 16, 2016.

Carlotta Lusk-Hays v. Christina Culver Booth, State Court of Fulton County, State of Georgia, Deposition, January 26, 2015.

Steve Matheny v. Werner Enterprises, Inc. and James Mikel, United States District Court, Northern District of Georgia, Atlanta Division, Deposition, February 4, 2015.

Johnny Dimery and Jacqueline Dimery v. Canal Insurance Company, Baba Trucking, Inc.and Mamadou D. Diallo, State Court of Gwinnett County, State of Georgia, Deposition, February 11, 2015.  Trial Testimony Videoed on January 20, 2016 for use at Trial Scheduled February 22, 2016. Case settled prior to trial.

Ester Eubanks v. Marietta Fish Market, State Court of Cobb County, State of Georgia, Trial, February 20, 2015

Ruby Lacroix vs. Cooper Tire & Rubber Company et al., Circuit Court of the 15th       * Judicial Circuit, In and For Palm Beach County, Florida, Deposition, February 26, 2015.

Gordon Layton and Deborah Crawford, Natural Parents and Next of Kin of Amy Layton v. Department of Transportation, State of Georgia, American Contractors, Inc. et al., Superior Court of Fayette County, State of Georgia, Deposition, March 4, 2015.

James Gerald Ward v. Loram Maintenance of Way, Inc., State Court of Fulton County, State of Georgia, Deposition, March 18, 2015.

Carole Forrest v. Pierce Kendal Dixon III, M.D.; Victor E. Zubar, M.D. et al State Court of Hall County, State of Georgia, Deposition, March 30, 2015. Trial, October 15, 2015.

Pamela Hardage-Saunders v. James JoJo Buckle, State Court of Fulton County, State of Georgia, Deposition, March 31, 2015.

Jeffrey Schild and Miranda Schild v. Atlanta Marine, Inc. and Harbor Marine & Associates, State Court of Gwinnett County, State of Georgia, Deposition, April 6, 2015.

Mary B. Rosevear v. Shanghai Tunk Kuang Industry Co., et al. Superior Court of Floyd County, State of Georgia, Deposition, April 8, 2015.

Mickey Waymon Patrick and Wanda Gordon Patrick v. Alvin Douglas Samples, Charles E. Merry, Jackson County Superior Court, State of Georgia,  Deposition, April 20, 2015.

William A. Hoskyns, DDS and Susan P. Hoskyns v. Resurgens, P.C. et al. State Court of Fulton County, State of Georgia, Deposition, April 21, 2015. Trial, January26,2017.

Cynthia Perry Smith v. Hospitalists at Fairview Park, LLC, et al., State Court of Gwinnett County, State of Georgia, Deposition, May 1, 2015.

Abu Kalan and Cho Mai v.Win Tun, Otis William Evans, Jr. and Chrysler Group, LLC, State Court of Dekalb County, State of Georgia, Deposition, May 4, 2015

Marnie Lauren Cook and Richard Henry Cook, II v. Edward Austin Porubsky, M.D., Augusta E.N.T., P.C. et al., State Court of Richmond County, State of Georgia, Deposition, May 15, 2015.

Maxine Bailey, as Administrator of the Estate of Krystal D. Charles, v. Northside Hospital, Inc.et al.; and Khayri A Burns, as surviving child of Krystal D. Charles v Northside Hospital, Inc. et al. State Court of Fulton County, State of Georgia, Deposition, May 18, 2015.

Catherine Smith v. Bursch Corporation and Jimmy C. Renfroe, State Court of Fulton County, State of Georgia, Deposition, June 16, 2015.

Enrico Fouch v. Bicknell Supply Company, Miles Supply of Elberton, Inc., Mine Safety Appliances Company et al. Superior Court of Elbert County, State of Georgia, Deposition, June 18, 2015.

Gamaliel Thorne, et al v. Princewill U. Ehirim, M.D., et al, State Court of Gwinnett County, State of Georgia, Deposition, July 10, 2015.

Enrique Pedraza v. Willie Williams, Foodliner, Inc. and Discover Property & Casualty Insurance Company, State Court of Clayton County, State of Georgia, Depositon, July 20, 2015.

David Shepley, as Administrator of the Estate of Kelsey Shepley v. Jennifer Lynn, As Administrator of the Estate of James Lynn, State Court of Jackson County, State of Georgia, Deposition, August 31, 2015. Trial, October 28, 2015

Nicole D. Hill v. Bruno Denis, M.D. ; Jorden Lemons, LPN; The Hospital Authority of Peach County et al., State Court of Gwinnett County, State of Georgia, Deposition, September 22, 2015. Trial, May 22, 2017.

Wesco Insurance Co. and Amtrust North America, Inc. v. Elliott Alexander and Rhoda Alexander, State Court of Gwinnett County, State of Georgia, Deposition, September 25, 2015.   *

Leroy Hamlett and Marsha Hamlett v. Carroll Fulmer Logistics, Corp., United States District Court for the Southern District of Georgia, Savannah Division, Deposition, September 29, 2015.

Michael Taylor v. Lummus Supply Company, State Court of Fulton County, State of Georgia, Deposition, October 2, 2015

Shawn G. Evans, Individually and as Guardian of Janice K. Evans v. Tamaurus Sutton, MD; Emerginet, LLC, et al; State Court of DeKalb County, State of Georgia, Deposition, October 5, 2015.  Trial Video Depositio, February 3, 2016.  Trial February 22, 2016.

Bernard Afakhumhe v. Willow Way GP, LLC et al. State Court of Clayton County, State of Georgia, Deposition, November 12, 2015.

Patricia Burk, as Administrator of the Estate of Bennie Hatcher, Jr. v. Palmyra Park Hospital, LLC et al. Superior Court of Dougherty County, State of Georgia, Deposition, November 20, 2015.

Lorenzo Wilkerson v. Norfolk Southern Railway Company et al. State Court of Gwinnett County, State of Georgia, Deposition, January 14, 2016.

Walter Hester, Jr. and Clordette Hester v. Stone Mountain Family Medicine and Robert M. Desai, State Court of DeKalb County, State of Georgia, Deposition, January 22, 2016.

Stephen Price Edwards v. Central of Georgia Railroad Company, State Court of Carroll County, State of Georgia, Deposition, March 4, 2016. Trial, October 13, 2016.

Terrence E. Mack and Lucinda Mack v. United States of America, United States District Court for the Southern District of Georgia, Savannah Division, Deposition March 22, 2016.

Rose Mary Anderson V. Tenet Health System et al, State Court of DeKalb County, State of Georgia, Trial, March 22, 2016.

Nuhu G. Abudulai, et al. v. Tower National Insurance, et al. Superior Court of Laurens County, State of Georgia, Deposition, March 23, 2016.

Sharon Kuykendall and Keith Kuykendall v. Vicky Dillow, Superior Court of Fayette County, State of Georgia, Deposition, March 31, 2016.

Kemora Mitchell, a minor, by and through Shandrea Iscom v. Tenet Heathsystem GB, Inc.d/b/a Atlanta Medical Center. State Court of Fulton County, State of Georgia, Deposition, April 11, 2016.

Danielle Lynn, Individually as Surviving Son and as Administrator of the Estate of Jeffrey Usher, and Quinterrius Childs, as Surviving Son v. Metropolitan Atlanta Rapid Transit Authority and Munir Foster, Superior Court of Fulton, County, State of Georgia, Deposition, April 12, 2016.

Kristin and William McKenzie, Individually and as Next Friend and Natural Guardians of Jacob McKenzie, a minor v. Women's Health Services- Chattanooga, P.C. et al. Circuit Court of Hamilton County, Chattanooga, Tennessee, Deposition, May 8, 2016 Trial, July 22, 2016.

Brittney Cumber v. Hannah Wells, a/k/a Hannah Dowdy, Superior Court of Muscogee County, State of Georgia. Deposition, June 7, 2016 and Trial, June 15, 2016.

Michael T. Smith as Conservator of Ehsan Khan, Ghulam Khan v. Moore Freight Service, Inc. and John Teal, State Court of Cobb County, State of Georgia, Deposition, July 13, 2016.

Jane Schwartz, Individually, and as Administrator of the Estate of Gary Schwartz v. Georgia Em-1 Medical Services, Houston Medical Center et al. State Court of Gwinnett County, State of Georgia, Deposition, August 26, 2016.

Otis Hardemon, as executor of the Estate of Irene Marion, deceased, et al v. Deposition, August 29, 2016.

Rita and Michael Croslyn, Individually and Representatives of Emma Croslyn, a minor v. Kevin Windom, M.D.; OB-GYN Associates, Inc. et al, State Court of Fulton County, State of Georgia, Deposition, September 1, 2016.

Jeffrey Gaddy v. Terex Corporation, et al. United States District Court, Northern District of Georgia. Atlanta Division, Deposition, September 14, 2016.

Charles A. Hardiman v. Justin David Thompson, Superior Court of Paulding County, State of Georgia, Deposition, October 10, 2016.

Nathaniel Evers and Nicholas Evers v. Fairmount Logistics, LLC, Intonu, LLC, American Fire & Casualty Company and Michael Stephens, State Court of Fulton County, State of Georgia, Deposition, October 17, 2016.

Donna L. Patel v. Athens Gastroenterology Association: Athens Gastroenterology Endoscopy Center: Athens Gastroenterology Pathology Lab: and Asif Oadri, M.D. Superior Court of Athens-Clarke County, State of Georgia, Deposition, October 25, 2016.

George G. Candy and Cynthia Candy v. Alice Green Walker and Monroe County School District, Superior Court of Monroe County, State of Georgia, Trial, November 15, 2016.

Shreya A. Patel v. Tenet Healthsystem GB, Inc. d/b/a/ Atlanta Medical Center, et.al State Court of Fulton County, State of Georgia, Deposition, December 19, 2016.

Jennifer Barnett and Jarred Barnett v. City of Atlanta Fire Rescue, Richisa L Johnsson, M.D. n/k/a Richisa L.S. Hamilton, M.D. et al , State Court of Fulton, County, State of Georgia, Deposition, January 27, 2017.

Remoan Littlejohn v. Intown Suites Piedmont, LLC et al., State Court of Fulton County, State of Georgia, Deposition, January 31, 2017.

Henry Edward Sanford and Tina Sanford v. Mastec North America, Inc., DirectTV, Inc. and Clifton Warnock, State Court of Douglas County, State of Georgia, Trial, February 14, 2017.

Michael Trammell and Kristy Trammel. Individually and Natural Guardians of Mia Trammell, a Minor v. Gwinnett Hospital System, Inc.; Riad Al-Sayed Ahmad, M.D. and Gwinnett Neonatology, P.C.; State Court of Fulton County, State of Georgia, Deposition, February 16. 2017.

Robert Eugene Davis, as next of kin of Victoria Lynn Davos. deceased and Penny Lynn Davos, as Administrator of the Estate of Victoria Lynn Davis, deceased v. Wilfredo Rios, M.D., Atlantic Hospitalists Croup, Inc., Jiyeon Jung, M.D. et al., State Court of Gwinnett County, State of Georgia, Deposition, March 13, 2017.

Herschel Johnson and Christine Johnson v. Piedmont Medical Care Corporation, Schumacher Medical Corporation et. al., State Court of Fulton County, State of Georgia, Deposition, May 4, 2017.

**CERTIFICATE OF SERVICE**

I, Chuck R. Pardue, certify that on the 19th day of July, 2017, served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of the electronic filing of this court or by regular US mail.


/s/ Chuck R. Pardue___
Chuck R. Pardue
Attorney At Law