IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Sherecia Willis, Individually and as Next Friend, Parent and Natural Guardian of Minor Child, CW<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br>   First Defendant<br><br>Venkatesan Gorantla, MD<br>2260 Wrightsboro Road,<br>Augusta, GA 30904<br>   Second Defendant<br><br>Augusta Hospital, LLC (DE)<br>d/b/a Trinity Hospital of Augusta<br>1573 Mallory Lane,<br>Brentwood, TN, 37027<br>   Third Defendant<br><br>Augusta Physician Services, LLC<br>   Fourth Defendant | Civil Action No. 1:17-cv-00015-JRH-BKE |

### DEFENDANT'S RULE 26 (A)(2) EXPERT DISCLOSURES OF REBECCA BAERGEN, M.D.

NOW COMES Augusta Hospital, LLC (DE) d/b/a Trinity Hospital of Augusta (hereinafter "Trinity Hospital"), pursuant to Rule 26 (a)(2) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, state as following for their expert disclosures.

**I.   Rebecca Baergen, M.D.**

   A.  Rule 26(a)(2)(A)

Rebecca Baergen, M.D. may be used at trial to present evidence under Rule 702, 703, and 705 of the Federal Rules of Evidence.

B. Rule 26(a)(2)(B)

Dr. Baergen's report is attached here to "Exhibit A". Dr. Baergen's report contains a complete statement of all opinions to be expressed and the basis and reason therefore; the facts or data Dr. Baergen considers in forming her opinions and any exhibits to be used as summary of or support of the opinions.

Dr. Baergen's curriculum vitae is attached hereto as "Exhibit A1". Her curriculum vitae demonstrates her qualifications, including a list of all publications she authored within the preceding ten years.

A list of any other cases in which Dr. Baergen has testified as an expert at trial or by deposition within the preceding four years is attached as "Exhibit A2".

Dr. Baergen's compensation schedule for her study and testimony is attached as "Exhibit A3".

Respectfully submitted, the 17th day of May 2018.

/s/ F. Michael Taylor
**F. Michael Taylor**            GBN 559390
**James V. Painter**             GBN 006410
*Counsel for Trinity Augusta Hospital, LLC*
*d/b/a Trinity Hospital*

BRENNAN, WASDEN & PAINTER LLC
Post Office Box 1808
Augusta, Georgia 30903-1808
T:    706-250-7373
F:    706-550-0614
E:    JPainter@brennanwasden.com
      mtaylor@brennanwasden.com

## **CERTIFICATE OF SERVICE**

Defendant hereby certifies that the undersigned has the day served **Defendant's Rule 26(A)(2) Expert Disclosures of Rebecca Baergen, M.D.** upon all parties of record via electronic filing and emails as addressed as follows.

Chuck R. Pardue
PARDUE AND ASSOCIATES, P.C.
211-A Bobby Jones Expressway
Martinez, GA 30907
chuckpardue@gmail.com

Nelson Tyrone
Sarah Adle
Tyrone Law Firm
1201 Peachtree St, NE
Suite 2000
Atlanta, Georgia 30361
ntyrone@tyronelaw.com
sarah@tyronelaw.com

Leighton Moore
The Moore Law Firm, PC
100 Peachtree Street
Suite 2600
Atlanta, Georgia 30303

Shannon Heath Statkus
Jason Blanchard
Chief/ Civil Division
Assistant United States Attorney
Southern District of Georgia
P.O. Box 2017
Augusta, GA 30903
*shannon.statkus@usdoj.gov*

The 17th day of May 2018.

                                               /s/ F. Michael Taylor

|  |  |
|---|---|
| **F. Michael Taylor** | GBN 559390 |
| **James V. Painter** | GBN 006410 |

*Counsel for Trinity Augusta Hospital, LLC*
*d/b/a Trinity Hospital*

BRENNAN, WASDEN & PAINTER LLC
801 Broad Street, Suite 501 (30901)
Post Office Box 1808
Augusta, Georgia 30903-1808
T:      706-250-7373
F:      706-550-0614
E:      JPainter@brennanwasden.com
       mtaylor@brennanwasden.com