# EXHIBIT A

# Rebecca Baergen, M.D.

**Placental and Perinatal Pathology**
56 Collyer Place, White Plains NY 10605
|212-746-2768 | 212-746-0568 (FAX) | rbaergen@med.cornell.edu

May 9, 2018

Mr. F. Michael Taylor, Esq.
Brennan, Wasden & Painter LLC
801 Broad Street, Suite 501
Augusta, GA 30901

Re:   Sherecia Willis, Individually and as Next Friend, Parent and Natural Guardian of Minor Child
      CW v United States of America; Gorantla MD, August Hospital, LLC (DK) d/g/a. In the United
      States District Court for the Southern District of Georgia, August Division, Civil Action File No
      1:17-cv-00015-JRH-BKE, BWP File No 1115-7

Dear Mr. Taylor:

I have reviewed medical records and microscopic placental slides on the above captioned case. I have the following opinions to a reasonable degree of medical probability.

Microscopic sections of the placenta show acute chorioamnionitis with a fetal response consisting of involvement of the chorionic plate vessels (chorionic vasculitis) and acute funisitis involving all three umbilical vessels. There is also associated thrombosis of fetal vessels. This finding is diagnostic of an ascending infection or intra-amniotic infection. In addition there is the presence of meconium –filled macrophages within the fetal membranes and occasionally in the umbilical cord with associated myonecrosis of umbilical vascular smooth muscle. In addition, there is evidence of mild maternal vascular malperfusion with the presence of accelerated villous maturity and increased syncytial knots. Finally, based on the gross description in pathology report, the placenta is small for the gestational age as well as small for the size of the baby (increased fetal to placental weight ratio).

The maternal vascular malperfusion, including the small placental size, would have decreased the fetal placental reserves and rendered the fetus more susceptible to injury from any stressors during labor and delivery. The ascending infection has the potential for neurologic injury via production of cytokines by the fetus as there was a significant fetal response. This infection started at least 2 to 3 days prior to delivery. Furthermore, meconium in the umbilical cord and specifically myonecrosis can lead to vasoconstriction and has also been associated with an increased risk of neurologic injury. Injury may also have occurred due to meconium aspiration, if meconium aspiration syndrome developed or due to infection in the fetus, however, these diagnoses cannot be made pathologically and I defer to other experts on these two issues.

I reserve the right to amend my opinions in the event additional material is made available to review.

Sincerely,

Rebecca Baergen, M.D.