# EXHIBIT A1

Lexis Advance®
Litigation Profile Suite

# Document:2017 Curr. Vitae LEXIS 5810

## 2017 Curr. Vitae LEXIS 5810

Rebecca Baergen, M.D.

## Disclaimer

Certain information may have been removed or redacted. LexisNexis, its subsidiaries, affiliates and related entities bear no responsibility whatsoever for such content or any removal or redaction thereof.

## Additional Information

Personal Statement
Dr. Rebecca Baergen is a Professor of Pathology and Laboratory Medicine and the Chief of Perinatal and Obstetric Pathology.She is available to consult with pathologists who seek additional opinions, as well as obstetricians, gynecologistsand patientswho seek her pathologic expertise.

Collapse all | Expand all

Specialties & Expertise

**Specialties**
. Fetal Pathology
. Gynecologic Pathology
. Perinatal Pathology
. Pathology
. Anatomic Pathology
. Placental Pathology

Qualifications

**Board Certifications**
. Pathology
. Anatomic Pathology and Clinical Pathology

**Clinical & Academic Positions**
**Attending Pathologist**
NewYork-Presbyterian Hospital
**Professor of Pathology and Laboratory Medicine**
Weill Cornell Medical College, Cornell University

**Education & Training**
. M.D., University of California, Los Angeles, School of Medicine, 1983

Biography

Dr. Rebecca Baergen received her medical degree from the University of California at Los Angeles and completed her residency training in pathology at the Los Angeles County Harbor-UCLA Medical Center. Dr. Baergen was a member of the faculty of the University of California at San Diego until she came to the Weill Medical College of Cornell University in 1997. Dr. Baergen trained with one of the pioneers in placental and perinatal pathology, Dr. Kurt Benirschke. Dr. Baergen has lectured and published extensively in this field and her special interests include the pathogenesis of fetal demise, fetal growth restriction, placental malperfusion, maternal thrombophilias, fetal vascular thrombosis and abnormalities of the umbilical cord.

Selected publications

○ Association between Placental Lesions, Cytokines and Angiogenic Factors in Pregnant Women with Preeclampsia.*PloS one*. 2016

Times cited: 0

○ Placental release or disposal? Experiences of perinatal pathologists.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2013

Times cited: 0

○ Co-occurrence of multifocal chorioangiomatosis and mesenchymal dysplasia in preeclampsia.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2013

Times cited: 1

○ Pregnancy in a woman with chronic neutrophilic leukemia.*Obstetrics and gynecology*. 2013

Times cited: 0

○ Role of surgical staging and adjuvant treatment in uterine serous carcinoma.*European journal of gynaecological oncology*. 2013

Times cited: 0

○ Gross umbilical cord complications are associated with placental lesions of circulatory stasis and fetal hypoxia.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2012

Times cited: 16

○ Types of maternal hypertensive disease and their association with pathologic lesions and clinical factors.*Fetal and pediatric pathology*. 2012

Times cited: 10

○ Reclassification of serous ovarian carcinoma by a 2-tier system: a Gynecologic Oncology Group Study.*Cancer*. 2012

Times cited: 52

○ Incremental increase in VEGFR1. hematopoietic progenitor cells and VEGFR2. endothelial progenitor cells predicts relapse and lack of tumor response in breast cancer patients.*Breast cancer research and treatment*. 2012

Times cited: 13

○ Collagen expression in the pregnant human cervix is decreased with labor.*Journal of lower genital tract disease*. 2012

Times cited: 1

○ Parvovirus-mediated fetal cardiomyopathy with atrioventricular nodal disease.*Pediatric cardiology*. 2011

Times cited: 4

○ The relationship between placental histology and cervical length in twin gestations. *Journal of perinatal medicine*. 2010

Times cited: 0

- Syncytial knots as a reflection of placental maturity: reference values for 20 to 40 weeks' gestational age.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2010

Times cited: 21

- Handling of perinatal specimens: a Society for Pediatric Pathology practice committee survey.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2009

Times cited: 0

- Outcomes of preterm premature rupture of membranes in twin pregnancies.*The journal of maternal-fetal & neonatal medicine : the official journal of the European Association of Perinatal Medicine, the Federation of Asia and Oceania Perinatal Societies, the International Society of Perinatal Obstetricians*. 2008

Times cited: 13

- Fetal polymorphisms in anti-inflammatory cytokine and beta-adrenergic receptor genes associated with placental pathological lesions.*International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists*. 2008

Times cited: 3

- Absence of Y chromosome in human placental site trophoblastic tumor.*Modern pathology : an official journal of the United States and Canadian Academy of Pathology, Inc*. 2007

Times cited: 11

- Nerve sparing ventral clitoroplasty preserves dorsal nerves in congenital adrenal hyperplasia.*The Journal of urology*. 2007

Times cited: 18

- The placenta as witness.*Clinics in perinatology*. 2007

Times cited: 17

- A fetal cyclooxygenase-2 gene polymorphism is associated with placental malperfusion.*International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists*. 2007

Times cited: 10

- Cord abnormalities, structural lesions, and cord "accidents".*Seminars in diagnostic pathology*. 2007

Times cited: 33

- Excessive complement activation is associated with placental injury in patients with antiphospholipid antibodies.*American journal of obstetrics and gynecology*. 2007

Times cited: 98

- Placental site trophoblastic tumor: A study of 55 cases and review of the literature emphasizing factors of prognostic significance.*Gynecologic oncology*. 2006

Times cited: 93

- Intraperitoneal cisplatin and paclitaxel in ovarian cancer.*The New England journal of medicine*. 2006

Times cited: 1440

- Alpha-thalassemia major presenting in a term neonate without hydrops.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2005

Times cited: 6

- Expression and regulation of glucocorticoid receptor in human placental villous fibroblasts.*Endocrinology*. 2005

Times cited: 28

- Implications of second-look laparotomy in the context of optimally resected stage III ovarian cancer: a non-randomized comparison using an explanatory analysis: a Gynecologic Oncology Group study.*Gynecologic oncology*. 2005

Times cited: 38

- Inflammatory cytokine and thrombin regulation of interleukin-8 and intercellular adhesion molecule-1 expression in first trimester human decidua.*The Journal of clinical endocrinology and metabolism*. 2005

Times cited: 17

- Ultrasound evaluation of abnormal umbilical cord coiling in second trimester of gestation in association with adverse pregnancy outcome.*American journal of obstetrics and gynecology*. 2005

Times cited: 26

- A sonographic assessment of different patterns of placenta previa "migration" in the third trimester of pregnancy.*Journal of ultrasound in medicine : official journal of the American Institute of Ultrasound in Medicine*. 2005

Times cited: 13

- Detection of microinvasion in vulvar and cervical intraepithelial neoplasia using double immunostaining for cytokeratin and basement membrane components.*Archives of pathology & laboratory medicine*. 2005

Times cited: 13

- Assessment of umbilical cord coiling during the routine fetal sonographic anatomic survey in the second trimester.*Journal of ultrasound in medicine : official journal of the American Institute of Ultrasound in Medicine*. 2005

Times cited: 13

- Failure of conservative management of placenta previa-percreta.*Journal of perinatal medicine*. 2005

Times cited: 19

- Placental pathology and pregnancy outcomes in donor and non-donor oocyte in vitro fertilization pregnancies.*Journal of perinatal medicine*. 2005

Times cited: 22

- Fetal vascular obstructive lesions: nosology and reproducibility of placental reaction patterns.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2004

Times cited: 152

- Mutation and expression of the TP53 gene in early stage epithelial ovarian carcinoma.*Gynecologic oncology*. 2004

Times cited: 56

- Clinicopathologic analysis of early-stage sporadic ovarian carcinoma.*American Journal of Surgical Pathology*. 2004

Times cited: 55

- Comparative genomic hybridization study of placental site trophoblastic tumour: a report of four cases.*Modern pathology : an official journal of the United States and Canadian Academy of Pathology, Inc*. 2004

Times cited: 12

- Extrauterine lesions of intermediate trophoblast.*International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists*. 2003

Times cited: 25

- Clinical significance of the umbilical cord twist.*American journal of obstetrics and gynecology*. 2003

Times cited: 18

- Melan-A (A103) and inhibin expression in ovarian neoplasms.*Applied immunohistochemistry & molecular morphology : AIMM / official publication of the Society for Applied Immunohistochemistry*. 2003

Times cited: 34

- Phase III trial of carboplatin and paclitaxel compared with cisplatin and paclitaxel in patients with optimally resected stage III ovarian cancer: a Gynecologic Oncology Group study.*Journal of clinical oncology : official journal of the American Society of Clinical Oncology*. 2003

Times cited: 1260

- Disappearance of meconium pigment in placental specimens on exposure to light.*Archives of pathology & laboratory medicine*. 2003

Times cited: 10

- Lack of proliferative activity of surface epithelial inclusion cysts of the ovary.*International Journal of Gynecological Cancer*. 2003

Times cited: 15

- Subchorionic hematoma associated with thrombophilia: report of three cases.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2003

Times cited: 15

- Second-trimester pregnancy loss at an urban hospital.*Infectious diseases in obstetrics and gynecology*. 2003

Times cited: 19

- Abnormal uterine bleeding during progestin-only contraception may result from free radical-induced alterations in angiopoietin expression.*The American journal of pathology*. 2002

Times cited: 43

- Splenopancreatic field abnormality in trisomy 13.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2002

Times cited: 5

- Placentas, peccaries, and pathologists: reminiscences of Kurt Benirschke on his career: an interview with Rebecca N. Baergen.*International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists*. 2002

Times cited: 1

- A comparative analysis of 57 serous borderline tumors with and without a noninvasive micropapillary component.*American Journal of Surgical Pathology*. 2002

Times cited: 53

- Maternal floor infarction of the placenta: association with central nervous system injury and adverse neurodevelopmental outcome.*Journal of perinatology : official journal of the California Perinatal Association*. 2002

Times cited: 42

- Diagnostic Accuracy of Cervical Low-Grade Squamous Intraepithelial Lesions Is Improved With MIB-1 Immunostaining.*American Journal of Surgical Pathology*. 2002

Times cited: 73

- Ex vivo evaluation of human fetal membrane closure.*Lasers in surgery and medicine*. 2002

Times cited: 8

- Cyclooxygenase-2 expression in the developing human kidney.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2001

Times cited: 27

- Early uterine serous carcinoma: clonal origin of extrauterine disease.*International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists*. 2001

Times cited: 62

- Morbidity, mortality, and placental pathology in excessively long umbilical cords: retrospective study.*Pediatric and developmental pathology : the official journal of the Society for Pediatric Pathology and the Paediatric Pathology Society*. 2001

Times cited: 68

- h-Caldesmon, a novel smooth muscle-specific antibody, distinguishes between cellular leiomyoma and endometrial stromal sarcoma.*American Journal of Surgical Pathology*. 2001

Times cited: 98

- Tumor suppressor gene, cell surface adhesion molecule, and multidrug resistance in Müllerian serous carcinomas: clinical divergence without immunophenotypic differences.*Gynecologic oncology*. 2000

Times cited: 9

- Cyclin D1 expression in high-grade endometrial carcinomas--association with histologic subtype.*International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists*. 2000

Times cited: 28

- Detection of chlamydial antigenic material in ovarian, prostatic, ectopic pregnancy and semen samples of culture-negative subjects.*American journal of reproductive immunology : AJRI : official journal of the American Society for the Immunology of Reproduction and the International Coordination Committee for Immunology of Reproduction*. 2000

Times cited: 28

- Second-trimester molecular prenatal diagnosis of sporadic Apert syndrome following suspicious ultrasound findings.*Ultrasound in obstetrics & gynecology : the official journal of the International Society of Ultrasound in Obstetrics and Gynecology*. 1999

Times cited: 33

- B-lineage lymphoblastic lymphoma is a clinicopathologic entity distinct from other histologically similar aggressive lymphomas with blastic morphology.*Cancer*. 1999

Times cited: 52

- Necrotizing funisitis with intrapartum umbilical cord rupture.*Journal of perinatology : official journal of the California Perinatal Association*. 1999

Times cited: 6

- Suppression of apoptosis does not foster neoplastic growth in Barrett's esophagus.*Modern pathology : an official journal of the United States and Canadian Academy of Pathology, Inc*. 1999

Times cited: 25

- Enrichment for DNA mismatch repair-deficient cells during treatment with cisplatin.*International journal of cancer. Journal international du cancer*. 1998

Times cited: 67

- Features of cancer in nonagenarians and centenarians.*Journal of the American Geriatrics Society*. 1998

Times cited: 38

- Imaging of placental vasculature using three-dimensional ultrasound and color power Doppler: a preliminary study.*Ultrasound in obstetrics & gynecology : the official journal of the International Society of Ultrasound in Obstetrics and Gynecology*. 1998

Times cited: 76

- Field cancerization: why late "recurrent" ovarian cancer is not recurrent.*American journal of obstetrics and gynecology*. 1998

Times cited: 42

- Placental site trophoblastic tumor: human placental lactogen and pregnancy-associated major basic protein as immunohistologic markers.*Human pathology*. 1998

Times cited: 20

- Endometrioid ovarian carcinoma in a premenarchal girl: report of a case.*Gynecologic oncology*. 1997

Times cited: 4

- Gestational choriocarcinoma.*General & diagnostic pathology*. 1997

Times cited: 24

- Trophoblastic lesions of the placental site.*General & diagnostic pathology*. 1997

Times cited: 15

- Macroscopic examination of the placenta immediately following birth.*Journal of nurse-midwifery*. 1997

Times cited: 6

- Maternal melanoma metastatic to the placenta: a case report and review of the literature.*Archives of pathology & laboratory medicine*. 1997

Times cited: 51

- Embolism of fetal brain tissue to the lungs and the placenta.*Pediatric pathology & laboratory medicine : journal of the Society for Pediatric Pathology, affiliated with the International Paediatric Pathology Association*. 1997

Times cited: 14

- Complete hydatidiform mole with a coexistent embryo.*Human pathology*. 1996

Times cited: 19

- Simultaneous assessment of loss of heterozygosity at multiple microsatellite loci using semi-automated fluorescence-based detection: subregional mapping of chromosome 4 in cervical carcinoma.*Proceedings of the National Academy of Sciences of the United States of America*. 1996

Times cited: 55

- Parathyroid lipoadenoma: case report and review of the literature.*Otolaryngology--head and neck surgery : official journal of American Academy of Otolaryngology-Head and Neck Surgery*. 1996

Times cited: 25

- Placental pathology casebook. Liveborn twin of an extramembranous pregnancy.*Journal of perinatology : official journal of the California Perinatal Association*. 1995

Times cited: 2

- Clonal changes in inflammatory pseudotumor of the lung: a case report.*Cancer*. 1995

Times cited: 102

- Placental pathology casebook. Long umbilical cord with torsion and diffuse chorionic surface vein thrombosis: multiple associated congenital abnormalities including destructive encephalopathy.*Journal of perinatology : official journal of the California Perinatal Association*. 1995

Times cited: 6

- Mucin histochemistry of ovarian borderline tumors of mucinous and mixed-epithelial types.*Modern pathology : an official journal of the United States and Canadian Academy of Pathology, Inc*. 1994

Times cited: 9

- Loss of heterozygosity in cervical carcinoma: subchromosomal localization of a putative tumor-suppressor gene to chromosome 11q22-q24.*Proceedings of the National Academy of Sciences of the United States of America*. 1994

Times cited: 161

- ○ Cytokine expression in the placenta. The role of interleukin 1 and interleukin 1 receptor antagonist expression in chorioamnionitis and parturition.*Archives of pathology & laboratory medicine*. 1994

Times cited: 51

- ○ Mural nodules in common epithelial tumors of the ovary.*International journal of gynecological pathology : official journal of the International Society of Gynecological Pathologists*. 1994

Times cited: 50

**Content Type:**

**Terms:**

**Narrow By:** -None-

**Date and Time:** Jan 18, 2018   05:32:21 p.m. EST

LexisNexis | About LexisNexis® | Privacy Policy | Terms & Conditions | Sign Out | Copyright © 2018 LexisNexis. All rights reserved. | RELX Group™