# EXHIBIT A2

# Deposition Testimony - Rebecca Baergen MD

| Depo Date | Case Name | City | State |
|---|---|---|---|
| 5/19/2014 | Amanda/William Hoffman v Trinity Medical 'Center | Chicago | IL |
| 6/18/2014 | Spellmon v Martin General File No 8472.12 | Raleigh | NC |
| 11/3/2014 | Laurie Cleveland | Hartford | CT |
| 12/8/2014 | Kent v Evangelista R N et al, File no 04781 PFM/JAL | Wayne | NJ |
| 1/5/2015 | Elizabeth Orosz, a minor, Anne and Nathaniel Orosz et al, OhioHeath Corp et al, Court of Common Pleas, Franklin County, Case No. 12CV-02-1864, File no 10816-00102 | Columbus | OH |
| 1/15/2015 | Tynes v. Lehman DO eta l, DC Carter County Case No CJ-2009-82, File no 6300/300915 | Oklahoma City | OK |
| 1/22/2015 | MiMedx Group, Inc v. Livenia Bioscience Inc, et al, Case No 1:14-c-01178, MiMedx group Inc v. Transplant Technology Inc et al,, Case No. 1:14-cv-00464 | New York | NY |
| 2/19/2015 | Peary, Juliette (mother) Charles, Peary (infant) | Washington | D.C. |
| 3/16/2015 | Lara v. Samson-Bacarro, et al. Our File No.: 13699 | Cranford | New Jersey |
| 4/9/2015 | Rodriguez v St. Joseph's Regional Medical Center, Megan Kaminsky MD, Docket PAS-L-513-13, File no STJI-231 | Florham Park | NJ |
| 5/4/2015 | Jamal Haywood and Ashley Williamceau v. Bethseda Memorial Hospital, Inc DOI: 8/18/11, File 89251024 | West Palm Beach | FL |
| 6/24/2015 | Deya v Palmetoo Hospital | Miami | FL |
| 7/27/2015 | Tiare Tallant, Malachi Tallant v. Hawaii Health Systems Corporation dba Maui Memorial Medical Center et al, Civil 13-1-0990(2) PTC, Second Circuit Court, State of Hawaii | Mt. Clemens | MI |
| 8/19/2015 | Preston Knotts | Houston | TX |
| 8/26/2015 | Gomez-Columbo v. Bethesda Hospital, File no 89251035 | West Palm Beach | FL |
| 9/2/2015 | Alyssa Laser a minor and Amy Laser, mother | Columbus | Ohio |
| 11/18/2015 | Rodriguez, Yumis as mother of Dario Del Toro Rodriguez, a minor, Date of loss 12/27/2011, File No 13.1104 | Miamii | Florida |
| 11/23/2015 | Zetah Louis, Ra'Ayah Louis c Williard C Hearin MD, Rebecca Williams MD, Maternal Gynerations PC, Kim Lipscumb MD, Charles Read MD, Obstetrix Medical Group of Atlanta, LLC d/b/a Maternal Fetal Specialists, Gwinnett Hospital System Physicians Group LLC, Gwinnett Hospital System INC, StATE Court of Gwinnett County CAFN 13-C-06665-S2 | Atlanta | GA |
| 3/22/2016 | Andrew Hahn v. Heartland Regional Medial Center et al, Casd: 15BU-CV01105, Tiffancy Kerns, Timothy Hahn & Andrew Hahn, File no 2383-G | Kansas City | MO |

| Depo Date | Case Name | City | State |
|---|---|---|---|
| 3/30/2016 | Christina Cazayoux and Stephen Cazayoux v. Susan Glander, M.D., Indu Anand, M.D., North Atlanta Women's Specialists, P.C., and Atlanta Women's Health Group, P.C.; State Court of Fulton County; CAFN 11EV013383C | Atlanta | GA |
| 4/12/2016 | Elizabet Estrada | Fairfax | VA |
| 6/8/2016 | Deabreu v Gaafer-Admed MD et al, Docket No BER-L-4882-13 | Ridgewood | NJ |
| 8/9/2016 | Alexander Miranda, minor (mother: Federica Montanaro), DOB 3/24/12, | Columbus | Ohio |
| 8/24/2016 | Cause NO 14-001766-CV-272, Cody Gore and Kendall Gore, Parker Mackenzie Gore v College Station Medical Cemter, et al In the 272 nd Judicial District Court of Brazos County, Texas | Houston | TX |
| 8/31/2016 | Estate of Susan Special | Boca Raton | FL |
| 9/7/2016 | Stacey Burkhart and Brandon Burkhart Individually and as Parents and Next Friends of Austin Burkhart, A Minor v. United Regional Health Care Systems, Inc. d/b/a/ United Regional Hospital, et al. in the 78th Judicial District Court, Wichital County, Texas. Cause No. 1780467B | Dallas | Texas |
| 9/21/2016 | Sophia Ridgely | Baltimore | MD |
| 4/28/2017 | Pinto (Betsy and Dustin, Parents of Giovanni Pillonato) v. Julie C Pass. File no 12/0129 | West Palm Beach | FL |
| 5/4/2017 | Albinder v Alvarez | Livingston | NJ |
| 5/9/2017 | Joseph, Rose | Coral Gables | Florida |
| 6/14/2017 | Logan & Banks v Obstetrix et al | Seattle | WA |
| 8/25/2017 | Holcomb/Garay Alvarado v Dr. Fick & Northwest Medical Center, Pima County Superior Court Case No C20146167 | Tucson | AZ |
| 9/20/2017 | Maria Atanacio and Joe Herndon v aggie Dear PA-C and Falany & Hulse Women's Center, PC; State Court of Cherokee County, Civil Action File No 14S0899-A5; Claim No 51202, File No 852-50644 | Atlanta | GA |
| 11/21/2017 | Cierra Hughes, et al v University of Maryland Medical Systems, Circuit Court for Baltimore City | Baltimore | MD |
| 11/28/2017 | Brennan Petzel, Deceased | Baltimore | MD |
| 12/17/2017 | Johnson v St. Mary Medical Center, et al,, File no. P0820-JEW/MAY | Newport Beach | CA |
| 4/11/2018 | Ong/Velasquez v Kapiolani Medical Center & Hospital et al, File no 3578.056373 | Detroit | Michigan |
| 4/16/2018 | Kimberly Martinez (Elizabeth Velasquez) | Houston | TX |
| 5/2/2018 | Tyler Chase Shadburn, Wendy Y Shdaburn and Melvin Howell v Gregory Fountain MD, Atlanta Gwinnett OB/GYN Associates PC and Gwinnett Health System Inc d/b/a Gwinnett Medial Center. State Court of Gwinnett County Civili Action File No 15-C02623-5 | Atlanta | GA |
| 5/9/2018 | Journey Guinyard | Raleigh | NC |

# Trial Testimony- Rebecca Baergen, MD

| Trial Testimony | Case Name | State |
|---|---|---|
| 6/4/2014 | Allijah Jones, by his mother and next friend Stephanie Stewart and Arthur Jones v. MetroHealth Medical Center, et al./ file no 30010-00020 | Ohio |
| 7/2/2014 | Stier v. Perl & Marsella, File 04383 | NY |
| 8/18/2014 | Mosley v. Sorra, et al. | MD |
| 8/20/2014 | Amanda/William Hoffman v Trinity Medical 'Center | IL |
| 9/22/2014 | Toni Marie Fisher, Administratrix and the Estate of Julian Ray Fisher and Toni Marie Fisher, individually v. Lake Erie Women's Center and Erie Physicians Network, P.C. and Elizabeth Wise, D.O. and Mark Townsend, M.D. and Laura Luddy and Margaret Boyd, CNM Erie County No. 13026-2010 | PA |
| 2/10/2015 | Veda Ritchie, Denise Kosareff | TX |
| 6/15/2015 | Hope Brooks as conservator of John Stephan Unger, a Minor v. Karn Scott. Franklin circuit Court Case no 05-CI-1607 SVMIC No 39260 | KY |
| 7/10/2015 | Tumekyo Harper v Dmitry Gerber MD et al. | NY |
| 8/4/2015 | Schmdt v The Bellevue Medical Center et al | NE |
| 4/4/2016 | Alyssa Laser a minor and Amy Laser, mother | Ohio |
| 4/30/2016 | Christina Cazayoux and Stephen Cazayoux v. Susan Glander, M.D., Indu Anand, M.D., North Atlanta Women's Specialists, P.C., and Atlanta Women's Health Group, P.C.; State Court of Fulton County; CAFN 11EV013383C | GA |
| 11/2/2016 | Zetah Louis, Ra'Ayah Louis c Williard C Hearin MD, Rebecca Williams MD, Maternal Gynerations PC, Kim Lipscumb MD, Charles Read MD, Obstetrix Medical Group of Atlanta, LLC d/b/a Maternal Fetal Specialists, Gwinnett Hospital System Physicians Group LLC, Gwinnett Hospital System INC, StATE Court of Gwinnett County CAFN 13-C-06665-S2 | GA |
| 1/25/2017 | Whitaker, Ashley/Diego, Darrick | OH |
| 7/20/2017 | Deabreu v Gaafer-Admed MD et al, Docket No BER-L-4882-13 | NJ |
| 3/27/2018 | Albinder v Alvarez | NJ |