**EXHIBIT A3**

Rebecca Baergen, M.D.
Tax ID# 01-0595493
As of 11/01/2017

1. Fee schedule for expert review

Record review, slide review, consultation:      $600.00 per hour

Deposition:             $750.00 per hour or portion thereof (billed per 0.5 hr)
                        2 hour minimum – payable prior to deposition
                        NOTE: Responsibility for payment lies **solely** with the firm who has retained my services. I will NOT bill opposing counsel-*so you may need to arrange to have other parties reimburse you.* .

Trial testimony:        $7500.00 per day, payable at time of testimony
                        $5000.00 per day for local trials without travel
                            payable at time of testimony
                        $3000.00 for De Bene Esse Video Testimony, 4 hours maximum

All of the above are in addition to travel expenses, etc.

2. Cancellation fees:

   A cancellation fee of $500.00 will be charged if deposition or trial testimony is cancelled **within 2 weeks** of schedule date.

3. Fee to hold trial date:

   A $500.00 nonrefundable fee will be charged to hold a specific future date for trial. If trial testimony is cancelled, this fee will be in lieu of the cancellation fee. This fee is NOT applied to fee for testimony or any other charges.

4. If a deposition needs videoconferencing or videotaping, please inform me of this at the time of scheduling so time and location can be taken into account.

5. Bills are payable within 30 days of receipt. Please be advised that your firm is solely responsible for payment of my fees. *If you plan on splitting the bills, please arrange to have the other parties reimburse you for their portion.*

It is assumed that by retaining my services you agree to the above fees and conditions.

Thank you.