IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHERECIA WILLIS, Individually and as Next Friend, Parent and Natural Guardian of Minor Child, CW, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 117-015 |
| UNITED STATES OF AMERICA, et al., | * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the parties' consent motion to amend the scheduling order. (Docs. 133, 134.) Having reviewed the file in relation to the relevant scheduling deadlines presently imposed in this matter, the Court is disposed, in an abundance of caution, to grant the parties' request. The parties should be aware, however, that the Court intends to proceed toward the resolution of this matter in an expeditious fashion and therefore the parties should not assume, expect, or anticipate the granting of any further extensions without a showing of utter due diligence, independent and unforeseeable causes, and manifest injustice.

**IT IS THEREFORE ORDERED** that the parties' motion (docs. 133, 134) is **GRANTED** and the Court amends the Scheduling Order

previously entered in this matter on April 11, 2017 (doc. 11), as previously amended (see docs. 13, 44, 54, 82), as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | September 27, 2018 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | October 27, 2018 |

All other deadlines or other requirements set forth in the Scheduling Order, as previously amended, not in conflict with the amendments set forth herein shall remain in full force and effect.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA