IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHERECIA WILLIS, Individually and as Next Friend, Parent and Natural Guardian of Minor Child, CW, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 117-015 |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court conducted a teleconference on August 23, 2018, concerning Plaintiff's motion to compel (doc. no. 144), which is **MOOT** in light of the following agreement:

1. Defendants Augusta Hospital, LLC and Augusta Physician Services, LLC, shall complete and serve a privilege log by September 20, 2018.

2. To expedite production in light of unacceptable delays by non-parties, Plaintiff's counsel shall serve subpoenas *duces tecum* upon Community Health Systems, Quorum Health Corporation, and any other uncooperative entity possessing relevant documents. The subpoenas shall specify a date and time for production at the Augusta courthouse, and shall require the attendance of an officer or director prepared to testify regarding any subpoenaed documents the entity refuses or otherwise fails to produce.

3. The parties shall communicate the hearing date by email to Courtnay Capps so that it may be docketed. Plaintiff's counsel is responsible for preparation and service of the subpoenas.

SO ORDERED this 29th day of August, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA