IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHERECIA WILLIS, Individually and as Next Friend, Parent and Natural Guardian of Minor Child, CW, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 117-015 |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

Because of an agreement concerning the production of documents, the Court **GRANTS** the Joint Motion for Continuance, (doc. no. 160), **CANCELS** the October 26th hearing, (doc. no. 155), and **DENIES WITHOUT PREJUDICE** the motion to quash subpoenas and for a telephonic hearing, (doc. nos. 157, 159). The Court's ruling does not constitute a waiver of Movants objections to the subpoenas.

SO ORDERED this 24th day of October, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA