IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
SHERECIA WILLIS, Individually    *
and as Next Friend, Parent and   *
Natural Guardian of Minor        *
Child, CW,                       *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *    CV 117-015
                                 *
UNITED STATES OF AMERICA, et     *
al.,                             *
                                 *
     Defendants.                 *
```

## O R D E R

Before the Court is Plaintiff's request for a hearing on Plaintiff's motion to exclude the testimony of Robert M. Shavelle, Ph.D. (Doc. 188). (Doc. 202.) Defendant United States opposes the request arguing that the motion to exclude has been fully briefed. (Def. United States' Resp., Doc. 203.) Plaintiff agrees that the matter has been thoroughly briefed but maintains that a hearing will assist the Court in ruling on the motion. (Pl.'s Reply, Doc. 204.)

Plaintiff requests that the hearing take place at the Court's convenience but also states that she could be prepared to argue her motion to exclude at the July 24, 2019 scheduling conference. At this time, the Court **RESERVES JUDGMENT** on Plaintiff's request for a hearing (Doc. 202). The Court will not entertain argument

on Plaintiff's motion to exclude (Doc. 188) at the July 24, 2019 scheduling conference.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of July, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA