```
IN THE UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISTRICT OF GEORGIA
                AUGUSTA DIVISION
```

SHERECIA WILLIS, Individually     *
and as Next Friend, Parent and    *
Natural Guardian of Minor         *
Child, CW,                        *
                                  *
      Plaintiff,                  *
                                  *
           v.                     *     CV 117-015
                                  *
UNITED STATES OF AMERICA;         *
VENKATESAN GORANTLA, M.D.;        *
AUGUSTA HOSPITAL, LLC d/b/a       *
TRINITY HOSPITAL OF AUGUSTA;      *
and AUGUSTA PHYSICIAN             *
SERVICES, LLC,                    *
                                  *
      Defendants.                 *

## O R D E R

Based on the status and scheduling conference held before the Court on July 24, 2019, the Court orders the following:

1. Discovery closes on **October 1, 2019**.

2. Defendant United States shall have **fifteen (15) days** after the conclusion of Mr. Dawson's deposition to respond to Plaintiff's Motion to Exclude Testimony of Thomas Dawson/TD&P Consulting, Inc. (Doc. 187.)

3. The Parties shall have **through and including October 31, 2019**, to file all civil motions including *Daubert* motions but excluding motions in limine.

4. Trinity Defendants[1] shall have **through and including October 31, 2019**, to supplement their response to Plaintiff's motion to exclude the expert reports of

---

[1] Venkatesan Gorantla, M.D.; Augusta Hospital, LLC d/b/a Trinity Hospital of Augusta; and Augusta Physician Services, LLC are referred to collectively as "Trinity Defendants."

Dr. Chalhub and Dr. Bedrick.[2] (Doc. 186.) Once the supplemental response is filed, Plaintiff shall have the standard **fourteen (14) days** to reply.

5. The Parties shall have **through and including October 31, 2019**, to respond to the pending motions in limine. (Docs. 207, 209.)

6. The Parties shall have **through and including November 15, 2019**, to submit as letters to the Court their proposals for conducting trial in this case.

7. The Pretrial Conference will be held on **January 27, 2020, at 10:00 a.m.**

8. Jury selection and trial will begin on **February 3, 2020, at 9:00 a.m.**

At a later date, the Court will notify the Parties of the remaining pretrial deadlines and proceedings.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of July, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] Having so decided, the Court **DENIES AS MOOT** the joint motion to allow Trinity Defendants to supplement their response by July 29, 2019. (Doc. 196.)

2