

**DEPARTMENT OF VETERANS AFFAIRS**
810 Vermont Ave NW
Washington, D.C. 20420

January 14, 2019

Sherecia Willis

Grovetown, GA 30813

In Reply Refer to:
xxx-xx-3695
27/eBenefits

Dear Ms. Willis:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-3695

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Army | Honorable | February 03, 2010 | December 18, 2018 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| You have one or more service-connected disabilities: | Yes |
| Your combined service-connected evaluation is: | 100% |
| Your current monthly award amount is: | $3279.69 |
| The effective date of the last change to your current award was: | January 01, 2019 |
| You are considered to be totally and permanently disabled due solely to your service-connected disabilities: | Yes |
| The effective date of when you became totally and permanently disabled due to your service-connected disabilities: | December 19, 2018 |
| You are in receipt of special monthly compensation due to the type and severity of your service-connected disabilities: | Yes |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.
- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.
- Ask a question on the Internet at https://iris.custhelp.va.gov.

Sincerely,

Michael J. Frueh
Executive Director
Benefits Assistance Service

USAO Willis
003749

# MEDICAL EVALUATION BOARD PROCEEDINGS

For use of this form, see AR 635-40; the proponent agency is DCS, G-1.

**MILITARY TREATMENT FACILITY LOCATION:** Ft. Gordon, GA
**DATE:** 20180522

| Field | Value |
|---|---|
| 1. NAME (Last, First, MI) | Willis, Sherecia S. |
| 2. PAY GRADE | E-5 |
| 3. SSN | 3695 |
| 4. DOD ID NUMBER | |
| 5. DATE OF BIRTH | |
| 6. GENDER | F |
| 7. PRIMARY MILITARY OCCUPATIONAL SPECIALTY OR AREA OF CONCENTRATION (include code) | 92Y |
| 8. SERVICE | Army |
| 9. COMPONENT | RA |
| 10. ORGANIZATION/UNIT | HHC 782nd MI Bn, Fort Gordon, GA 30905 |

## ACTION BY THE BOARD
BY DIRECTION OF THE APPOINTING AUTHORITY, THE BOARD CONVENED TO EVALUATE THE SERVICE MEMBER IDENTIFIED ABOVE.

### 11. DIAGNOSIS

| a. AFTER CONSIDERATION OF THE CASE FILE... THE BOARD FINDS THAT THE SERVICE MEMBER HAS THE FOLLOWING DIAGNOSED MEDICAL CONDITIONS | b. APPROXIMATE DATE OF ORIGIN | c. MEETS AR 40-501 RETENTION STANDARD - MEETS | c. DOES NOT MEET | d. EXISTED PRIOR TO SERVICE - YES | d. NO | e. PERMANENTLY AGGRAVATED BY SERVICE - YES | e. NO |
|---|---|---|---|---|---|---|---|
| (1) Lumbosacral Strain. Fails retention standards IAW AR 40-501, paragraph 3-39(h). | | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ |
| (2) Lumbar Spine Degenerative Disc Disease. Fails retention standards IAW AR 40-501, paragraph 3-39(h). | | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ |
| (3) Hypertension. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (4) Right Lateral Collateral Ligament Strain. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (5) Left Lateral Collateral Ligament Strain. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (6) Right Ear, Normal Hearing. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (7) Left Ear, Normal Hearing. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (8) Tinnitus. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (9) Right Lower Extremity Radiculopathy. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (10) Left Lower Extremity Radiculopathy. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (11) Right Lateral Epicondylitis. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| (12) Left Lateral Epicondylitis. Meets retention standards. | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

* NOTE: IF IDES, ALL CURRENT DIAGNOSES CONFIRMED BY THE VA MEDICAL EXAMINATION MUST BE LISTED.

DA FORM 3947, JUN 2017    PREVIOUS EDITIONS ARE OBSOLETE.    Page 1 of 6
APD LC v1.00ES

USAO Willis
003750

| 12. a. If no single diagnosis falls below medical retention standards, do any of the conditions listed above _collectively_ cause the Soldier to fall below medical retention standards, per AR 40-501? <br> ☒ No <br> ☐ Yes, condition(s) listed below | 13. The board recommends that the Service Member be: <br> ☒ Referred to a Physical Evaluation Board <br> ☐ Returned to duty <br> ☐ Returned to duty _with the following limitations:_ |
|---|---|
| 12. b. List numbers from block 11 for diagnosed conditions that collectively cause the Soldier to fall below retention standards. | ☐ Referred to the Air Force or Navy reviewing authority |
| 14. a. TYPED NAME, GRADE AND SPECIALTY OF PROVIDER <br> Lisa D. Jennings, MD | 14. b. SIGNATURE <br> JENNINGS.LISA.D.1189720412  _Digitally signed by JENNINGS.LISA.D.1189720412 Date: 2018.05.22 12:02:08 -04'00'_ |
| 15. a. TYPED NAME, GRADE AND SPECIALTY OF PROVIDER <br> Timothy D. Sheehan, MD (PSY) | 15. b. SIGNATURE <br> SHEEHAN.TIMOTHY.DANIEL.JR.1153202741  _Digitally signed by SHEEHAN.TIMOTHY.DANIEL.JR.1153202741 Date: 2018.05.22 13:07:20 -04'00'_ |
| 16. a. TYPED NAME, GRADE AND SPECIALTY OF PROVIDER | 16. b. SIGNATURE |

**SERVICE MEMBER ACTION**

17.
I have been informed of the decision made by the Medical Evaluation Board (MEB).
I understand that I have **5 calendar days** to make an election on my MEB.
I have been advised to seek legal counseling from the Soldiers' MEB Counsel Office or counsel of my choice at no expense to the government.
I have received a copy of the DA Form 3947 (MEB Proceedings), Narrative Summary (NARSUM), DA Form 3349 (Physical Profile), and DA Form 7652 (Disability Evaluation System Commander's Performance and Functional Statement).
I have been informed of my right to an Impartial Medical Review (IMR) and opportunity to submit a written rebuttal to the MEB.
In regard to issues relating to fitness for duty and disability compensation, I understand that the Physical Evaluation Board will consider and review only those diagnosed conditions listed on the DA Form 3947.
All documentation of military and civilian medical care in my possession has been provided to the PEBLO for inclusion in this MEB.

| 18. a. TYPED NAME, GRADE <br> Sherecia S. Willis., E5/SGT | 18. b. SIGNATURE | 18. c. DATE <br> 20180523 |
|---|---|---|

19.  ☐ I CONCUR with the board's decision and DO NOT request an Impartial Medical Review (IMR) and DO NOT wish to submit a written rebuttal.
☒ I REQUEST an IMR.
☐ I DO NOT CONCUR with the board's decision and DO NOT request an IMR.
☐ I DO NOT CONCUR with the MEB, and I wish to submit a rebuttal. I understand that I have **7 calendar days** to submit a written rebuttal.

DATE REBUTTAL SUBMITTED (if applicable): _____

| 20. a. TYPED NAME, GRADE <br> Sherecia S. Willis., E5/SGT | 20. b. SIGNATURE | 20. c. DATE <br> 20180523 |
|---|---|---|

**IMPARTIAL MEDICAL REVIEW ACTIONS**

21. All medical documentation pertaining to the MEB has been reviewed to ensure the MEB adequately reflects the complete spectrum of injuries and illnesses. The Service Member has been contacted and IMR findings have been discussed with the Service Member.

| 22. a. TYPED NAME AND GRADE OF IMR REVIEWER | 22. b. DATE SERVICE MEMBER CONTACTED | 20. c. DATE IMR COMPLETED |
|---|---|---|

**SERVICE MEMBER REVIEW ACTION**

23. I have discussed the Impartial Medical Review (IMR) findings with my assigned IMR provider.
☐ I CONCUR with the board's decision.
☐ I DO NOT CONCUR with the board's decision, and I am submitting a rebuttal. I understand that I have **7 calendar days** to submit a written rebuttal.

DATE REBUTTAL SUBMITTED (if applicable): _____

| 24. a. TYPED NAME, GRADE <br> Sherecia S. Willis., E5/SGT | 24. b. SIGNATURE | 24. c. DATE |
|---|---|---|

DA FORM 3947, JUN 2017

| FINAL ACTION BY APPROVAL AUTHORITY |||
|---|---|---|
| 25. I have reviewed the entire MEB case file. The MEB is complete. The Board's decision. including the results of the IMR and/or Service Member's written rebuttal, has been considered. A written response to the rebuttal is included. if applicable. |||
| ☒ The MEB decision is approved. <br> ☐ The MEB decision will be amended as described in the attached addendum. |||
| 26. a. TYPED NAME, GRADE AND TITLE OF APPROVAL AUTHORITY <br><br> Alissa S. Brooks, DO | 26. b. SIGNATURE <br><br> BROOKS ALISSA.SHARA.1015524797 *(Digitally signed)* | 26. c. DATE |

| FINAL SERVICE MEMBER REVIEW ACTION |||
|---|---|---|
| 27. I HAVE REVIEWED THE APPROVAL AUTHORITY'S FINAL DECISION AND ADDENDUM (IF APPLICABLE). |||
| 27. a. TYPED NAME, GRADE <br> Sherecia S. Willis., E5/SGT | 27. b. SIGNATURE | 27. c. DATE REVIEW FINALIZED |

28. CONTINUATION *(Identify by item number)*

TRANSITION INSTALLATION:

13. Thyroid Enlargement, Non-toxic. Meets retention standards.
14. Right Hallux Valgus. Meets retention standards.
15. Left Hallux Valgus. Meets retention standards.
16. Female Sexual Arousal Disorder. Meets retention standards.
17. s/p Episiotomy Delivery with Residual Vaginismus. Meets retention standards.
18. Right Hand, Chronic Strain. Meets retention standards.
19. Left Hand, Chronic Strain. Meets retention standards.
20. Migraine including Migraine Variants. Meets retention standards.
21. Right Knee Tendonitis/Tendinosis. Meets retention standards.
22. Left Knee Tendonitis/Tendinosis. Meets retention standards.
23. Post-traumatic Stress Disorder. Meets retention standards.
24. Anxiety Disorder Unspecified. Meets retention standards.
25. Allergic Rhinitis. Meets retention standards.
26. Astigmatism, Right Eye. Meets retention standards.
27. Astigmatism, Left Eye. Meets retention standards.
28. Traumatic Brain Injury. Meets retention standards.
29. Claimed Cellulitis of Left Finger. Meets retention standards.

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 1 of 9

## INTEGRATED DISABILITY EVALUATION SYSTEM

## NARRATIVE SUMMARY

## FOR

## SGT SHERECIA S. WILLIS

## NARSUM APPROVAL DATE: 21 MAY 2018

1. **Soldier Identification.** SGT SHERECIA S. WILLIS is a 26-year-old Female US Army Active Duty soldier with 8 years of service. MOS 92Y, Unit Supply Specialist.

2. **Sources and References.** Case is performed ANNEX O, no telephonic interview. Armed Forces Health Longitudinal Technology Application (AHLTA), DA Form 3349 (Profile), Soldier's VA Claim form, and VA Compensation and Pension examination 19-Apr-2018.

3. **Baseline Documentation.**
   a. Service entry: 3-Feb-2010
   b. ETS: 4-Apr-2021
   c. Most recent APFT: Jul-2017, Passed
   d. Deployments: Afghanistan, November 2010-August 2011 and Korea, December 2016-December 2017
   e. Combat activity: No
   f. Current assignment: 782ND MI BN
   g. NG/RC drilling: N/A
   h. NG/RC employment status: N/A

4. **Diagnoses for preparation of DA Form 3947.** After thorough review of the attached VA Compensation and Pension examinations dated 19-Apr-2018, the following conditions were identified:

Lumbosacral Strain. Fails retention standards IAW AR 40-501, paragraph 3-39(h). Incurred while entitled to base pay.

Lumbar Spine Degenerative Disc Disease. Fails retention standards IAW AR 40-501, paragraph 3-39(h). Incurred while entitled to base pay.

RANK: SGT
WARD: OP
AGE: 26

SIGNATURE: JENNINGS.LISA.D.1189720412
Digitally signed by JENNINGS.LISA.D.1189720412
Date: 2018.05.21 17:56:03 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.

MEB                    20/

US ARMY ACTIVE DUTY

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 2 of 9

Hypertension. Meets retention standards.

Right Lateral Collateral Ligament Strain. Meets retention standards.

Left Lateral Collateral Ligament Strain. Meets retention standards.

Right Ear, Normal Hearing. Meets retention standards.

Left Ear, Normal Hearing. Meets retention standards.

Tinnitus. Meets retention standards.

Right Lower Extremity Radiculopathy. Meets retention standards.

Left Lower Extremity Radiculopathy. Meets retention standards.

Right Lateral Epicondylitis. Meets retention standards.

Left Lateral Epicondylitis. Meets retention standards.

Thyroid Enlargement, Non-toxic. Meets retention standards.

Right Hallux Valgus. Meets retention standards.

Left Hallux Valgus. Meets retention standards.

Female Sexual Arousal Disorder. Meets retention standards.

s/p Episiotomy Delivery with Residual Vaginismus. Meets retention standards.

Right Hand, Chronic Strain. Meets retention standards.

Left Hand, Chronic Strain. Meets retention standards.

Migraine including Migraine Variants. Meets retention standards.

Right Knee Tendonitis/Tendinosis. Meets retention standards.

RANK: SGT
WARD: OP
AGE: 26

SIGNATURE: JENNINGS.LISA.D.1189720412
Digitally signed by JENNINGS.LISA.D.1189720412
Date: 2018.05.21 17:56:19 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.

MEB                                    20█████

US ARMY ACTIVE DUTY

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 3 of 9

Left Knee Tendonitis/Tendinosis. Meets retention standards.

Post-traumatic Stress Disorder. Meets retention standards.

Anxiety Disorder Unspecified. Meets retention standards.

Allergic Rhinitis. Meets retention standards.

Astigmatism, Right Eye. Meets retention standards.

Astigmatism, Left Eye. Meets retention standards.

Traumatic Brain Injury. Meets retention standards.

Claimed Cellulitis of Left Finger. Meets retention standards.

5. **Medical Retention Determination Point (MRDP) Statement.** The soldier, secondary to Lumbosacral Strain and Lumbar Spine Degenerative Disc Disease, will not be capable of returning to duty within one year.

6. **DA 3349, Physical Profile:** Review and Discussion.

    a. **DA 3349 Review.** P1 U1 L3 H1 E1 S1.

    DA 3349 was reviewed and confirmed for accuracy on 21-May-2018.

    b. **DA 3349: Physical Profile, Discussion.**
    This Soldier cannot perform certain basic Soldier functional activities as documented in Block 5 of DA Form 3349. This Soldier cannot:

    - Ride in a military vehicle wearing usual protective gear without worsening condition because of aggravation of back pain:
    - Wear helmet, body armor, and load bearing equipment (LBE) without worsening because of aggravation of back pain:
    - Move greater than 40lbs (for example, duffle bag) while wearing usual protective gear (helmet, weapon, body armor, LBE) up to 100 yards because of increased back pain:
    - Live and function, without restrictions in any geographic or climatic area without

RANK: SGT
WARD: OP
AGE: 26

SIGNATURE: JENNINGS.LISA.D.1189720412
Digitally signed by JENNINGS.LISA.D.1189720412
Date: 2018.05.21 17:56:35 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.

MEB                                    20███

US ARMY ACTIVE DUTY

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 4 of 9

worsening condition because of need for interventional pain management:

**APFT:** SM is unable to perform the 2 mile run, sit-ups or the alternate APFT swim or bike; she is able to perform the push-ups and the alternate APFT walk.

7. **Diagnoses not Meeting Medical Retention Standards.**

   **Condition # 1: Lumbosacral Strain**
   **Condition # 2: Lumbar Spine Degenerative Disc Disease**

   a. **Medical Basis for Diagnosis.** MRI of L-S spine done 9-Mar-2018 showed degenerative changes at the L3-L4 and L4-L5 levels with no significant central canal or neural foraminal narrowing at any level. Pain Management notes. Physical Therapy notes.

   b. **Onset.** SGT SHERECIA S. WILLIS is an US Army Active Duty soldier who presented to the emergency room at Fort Gordon in November, 2014 with complaint of back pain that started after lifting heavy cables. She was diagnosed with acute sacral musculoskeletal back pain secondary to lifting. She was offered conservative therapy. Her pain has persisted. The first permanent profile with referral to MEB was given in March, 2018.

   c. **Treatment Summary.** SGT Willis' treatment has included use of anti-inflammatory medication, muscle relaxers, non-narcotic and narcotic pain medication, topical analgesics, physical therapy and facet joint injections. Unfortunately, she has not demonstrated sustained relief of her symptoms despite these various treatment modalities.

   SGT Willis continues to complain of constant low back pain and muscle spasms. She has decreased range of motion along with difficulty bending and lifting. Her pain is aggravated with prolonged standing and walking. She was recently started on Duloxetine and notes some improvement with her pain. Her other medications are Naproxen, Methocarbamol and Lidocaine patches. She continues to be followed by pain management.

   d. **Noncompliance.** Not applicable.

   e. **Prognosis statement.** For the conditions of Lumbosacral Strain and Lumbar Spine Degenerative Disc Disease, the prognosis is fair. SGT Willis will likely need more aggressive therapy in order to improve chance of return to full duty in three years.

RANK: SGT
WARD: OP
AGE: 26

SIGNATURE: JENNINGS.LISA.D.1189720412  Digitally signed by JENNINGS.LISA.D.1189720412  Date: 2018.05.21 17:57:07 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.

MEB

US ARMY ACTIVE DUTY

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 5 of 9

f. **Impact on duty.** The impact on duty in light of SGT Willis' NCOERs would appear to be minimal. She has received ratings of "met standard" with an overall potential of "qualified." The Commander per DA 7652 states "SGT Willis has recently come to the unit and has been added value to the team in her time so far. She has demonstrated leadership, determination, a willingness to learn and dedication to the mission. Some aspects of her job have suffered due to her continued back pain. Her MOS 92Y requires extensive bending, lifting and moving. Based purely on the requirements of the MOS and not her lack of performance, I do not recommend retaining SGT Willis."

Post-deployment assessments do not note any back issues. PHAs in 2014 and 2016 document back pain.

There are temporary profiles in 2014, 2016, 2017 and 2018. A permanent L2 profile was given in 19-Jul-2017 (expired) and the first permanent L3 profile with referral to MEB was assigned on 9-Mar-2018.

g. **Retention Standard Reference per AR 40-501, chapter 3.** This Soldier's condition does not meet retention standards per AR 40-501, paragraph 3-39(h).

8. **Mental Competency Statement.** Behavioral Health indicates she is capable of handling benefit payments in her own best interest.

9. **Diagnoses Meeting Medical Retention Standards.** None of the following conditions, alone or in combination with other conditions, significantly limits/interferes with Soldier's performance of duties. They would not compromise/aggravate SM's or other Soldiers' health or well-being, and would not prejudice the Government's best Interests.

**Hypertension.** This condition, diagnosed in 2010, is treated with use of Hydrochlorothiazide. The average blood pressure reading at time of VA C&P exam was 120/80.

**Right Lateral Collateral Ligament Strain.** Search of available records does not find evidence of this condition. Soldier reports that condition began in 2011 during roll-over while in Afghanistan. There are no recent medical evaluations available for review. There are no associated profiles.

**Left Lateral Collateral Ligament Strain.** Search of available records finds that Soldier

RANK: SGT
WARD: OP
AGE: 26

SIGNATURE: JENNINGS.LISA.D.1189720412 Digitally signed by JENNINGS.LISA.D.1189720412 Date: 2018.05.21 17:57:22 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.

MEB                                    20███

US ARMY ACTIVE DUTY

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 6 of 9

fractured left talus in 2011. She received treatment and had temporary profiles in 2011 and 2012 with no permanent profiles. There are no recent medical evaluations available for review.

**Right Ear, Normal Hearing.** Audiometry done at time of VA C&P exam demonstrated this finding.

**Left Ear, Normal Hearing.** Audiometry done at time of VA C&P exam demonstrated this finding.

**Tinnitus.** Soldier reports this condition began in 2011. There is no evidence to suggest that it has impacted ability to perform job duties.

**Right Lower Extremity Radiculopathy.** VA C&P exam demonstrated 5/5 muscle strength of lower extremities (except for 4/5 of ankle plantar/dorsi-flexion) with no atrophy; 2+ reflexes and normal sensation. Search of available records did not find any electro-diagnostic studies to review.

**Left Lower Extremity Radiculopathy.** VA C&P exam demonstrated 5/5 muscle strength of lower extremities (except for 4/5 of ankle plantar/dorsi-flexion) with no atrophy; 2+ reflexes and normal sensation. Search of available records did not find any electro-diagnostic studies to review.

**Right Lateral Epicondylitis.** Soldier reports this condition began in 2010 during annual training with no mechanism of injury. Soldier was treated conservatively. There are no associated profiles.

**Left Lateral Epicondylitis.** Soldier reports this condition began in 2010 during annual training with no mechanism of injury. Soldier was treated conservatively. There are no associated profiles.

**Thyroid Enlargement, Non-toxic.** Review of available records does not find any indication of this condition. Soldier reports condition began in 2014. VA C&P examiner notes mild to moderate enlargement of thyroid gland with no respiratory obstruction. Thyroid panel results at the time were normal. There are no associated profiles.

**Right Hallux Valgus.** This condition was noted at time of VA C&P exam. It is described as mild or moderate. Soldier has been able to wear military footwear. There are no associated

RANK: SGT
WARD: OP
AGE:  26

SIGNATURE: JENNINGS.LISA.D.1189720412
Digitally signed by JENNINGS.LISA.D.1189720412
Date: 2018.05.21 17:57:42 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.
MEB                             20▮
US ARMY ACTIVE DUTY

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 7 of 9

profiles.

**Left Hallux Valgus.** This condition was noted at time of VA C&P exam. It is described as mild or moderate. Soldier has been able to wear military footwear. There are no associated profiles.

**Female Sexual Arousal Disorder.** There is no evidence to suggest that this condition has impacted Soldier's ability to perform job duties.

**s/p Episiotomy Delivery with Residual Vaginismus.** There is no evidence to suggest that this condition has impacted Soldier's ability to perform job duties.

**Right Hand, Chronic Strain.** Review of available records does not find evidence of this condition. VA C&P exam demonstrated full range of motion with 4/5 muscle strength. Xray done at the time is reported to be normal. There are no associated profiles.

**Left Hand, Chronic Strain.** Review of available records does not find evidence of this condition. VA C&P exam demonstrated full range of motion with 4/5 muscle strength. Xray done at the time is reported to be normal. There are no associated profiles.

**Migraine including Migraine Variants.** Soldier reports this condition began in 2011. She states headaches occur 2-3 times per week. She takes Ibuprofen and Tylenol to control symptoms. Search of available records do not find any imaging studies for review, nor are there any referrals to neurology. There are no associated profiles.

**Right Knee Tendonitis/Tendinosis.** Soldier reports this condition began in 2011 during roll-over while in Afghanistan. Search of available records did not find any recent medical evaluations for review. There are no associated profiles.

**Left Knee Tendonitis/Tendinosis.** Soldier reports this condition began in 2011 during roll-over while in Afghanistan. Search of available records did not find any recent medical evaluations for review. There are no associated profiles.

**Post-traumatic Stress Disorder.** Review of available records found evidence of a diagnosis of Acute Stress Reaction, r/o PTSD given in August, 2011 in Afghanistan after Soldier's involvement in a roll-over vehicle accident where she was a passenger which resulted in the death of the driver. Soldier received weekly counseling for 2-3 months then intermittently in 2012. There are no associated profiles.

RANK: SGT
WARD: OP
AGE: 26

SIGNATURE: JENNINGS.LISA.D.1189720412
Digitally signed by JENNINGS.LISA.D.1189720412
Date: 2018.05.21 17:57:57 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.

MEB

US ARMY ACTIVE DUTY

USAO Willis
003759

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 8 of 9

**Anxiety Disorder Unspecified.** According to review of available records, this diagnosis was given to Soldier in 2014 while at Fort Gordon after she presented with increased anxiety, depressed mood and trouble sleeping. Soldier was given combined treatment of medication and counseling between the years of 2014-2016. There were no associated profiles. Although Soldier admits to some behavioral health symptoms, records suggest that they were not persistent or recurrent enough to result in interference with effective military performance.

**Allergic Rhinitis.** Soldier has treated this condition with anti-histamines. It has not impacted ability to perform job duties.

**Astigmatism, Right Eye.** VA C&P exam reports normal visual acuity and defines this condition as a refractive error. There has been no impact on ability to perform job duties.

**Astigmatism, Left Eye.** VA C&P exam reports normal visual acuity and defines this condition as a refractive error. There has been no impact on ability to perform job duties.

**Traumatic Brain Injury.** Review of available records find that Soldier was evaluated shortly after a vehicle roll-over accident that happened in Afghanistan on 3-Aug-2011. Soldier had been transferred to Landstuhl for further evaluation and treatment of her ankle injury. At that time, her screen for concussion was found to be negative. Records indicate that Soldier denied having experienced any alteration of consciousness and/or loss of consciousness from the event. She denied feeling dazed, confused and had full recall of event. Examiner stated the following: "was asked several times the same questions and she stated no to feeling dazed, confused, etc." There are no recent medical evaluations regarding any history of TBI found in available records. There are no associated profiles to suggest that Soldier has demonstrated findings resultant from accident of such a degree as to significantly interfere with performance of duty.

**Claimed Cellulitis of Left Finger.** This condition was diagnosed and treated in 2017. VA C&P gives no current diagnosis because condition has resolved.

10. **Quality Assurance Check.**

   a. **Apparent Inconsistencies:** None.

   b. **Timeliness of MEB Information:** Supporting clinical information is from within the last 6 months. Where information is older than 6 months, the condition was not significantly changed and reevaluation would not change the MRDP status or whether the

RANK: SGT
WARD: OP
AGE: 26

SIGNATURE: JENNINGS.LISA.D.1189720412  Digitally signed by JENNINGS.LISA.D.1189720412  Date: 2018.05.21 17:58:14 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.

MEB

US ARMY ACTIVE DUTY

DWIGHT DAVID EISENHOWER ARMY MEDICAL CENTER
Fort Gordon, GA 30905
Continuation Page - 9 of 9

condition meets medical retention standards. There was no medical indication to update the evaluation.

RANK: SGT
WARD: OP
AGE: 26

SIGNATURE: JENNINGS.LISA.D.118972041 Digitally signed by JENNINGS.LISA.D.1189720412 Date: 2018.05.21 17:58:28 -04'00'

LISA D. JENNINGS, MD, CONTRACT MEB PHYSICIAN

WILLIS, SHERECIA S.

MEB

US ARMY ACTIVE DUTY

USAO Willis
003761