Thomas J. Dawson, III, Esq., MPH, MA

Exclusion List[1]



EXHIBIT

10

8-16-18

tabbies

| Case Name | Court | Case Number | Court Order Date | Reason |
|---|---|---|---|---|
| *Stanley v. Mehtap Aygun, MD et al.* | Circuit Court for Baltimore County (Maryland) | 03-C-14-12227 | 02/08/2016 | (Written Order produced but not provided. Summary from client.) Defendant was precluded from suggesting that any collateral source has in the past or will in the future pay for Plaintiff's medical care or expenses. |
| *Pannacciulli v. Michelle L. Beloff, et al.* | Superior Court of New Jersey Law Division, Bergen County (New Jersey) | BER-L-845-12 | 01/22/2016 | (Written Order) Court denied Defendant's motion to limit Plaintiff's claim for and evidence of future medical expenses. Defendant failed to show reasonable certainty that Plaintiff would be covered by the ACA or private health insurance. |
| *Watson v. West Suburban Medical Center* | Circuit Court of Cook County, Law Division (Illinois) | 12-L-3340 | 04/2016 | (No written Order) Client summarized the Court's ruling that "ACA was too speculative." |
| *Orlando A. Soliz and Maria Boero Ferradas v. City of Big Bear Lake, et al.* | Superior Court of the State of California for the County of Los Angeles | CIV-DS-1409268 | 09/23/2016 | (No written Order) Client summarized the Court's ruling that "no witnesses, including Mr. Dawson, would be able to discuss insurance, Medicare, Obamacare or any other form of collateral source payment or payor in this case." |
| *Jonathan L. Rhinehart vs. GFI Management Services* | IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION | 1:13-CV-03304-ELR | 11/30/2016 | (Written Order) The court granted Plaintiff's Motion to exclude in the absence of any controlling Eleventh Circuit authority to the contrary. |

USAO Willis TD&P
Depo 000068

| (NJ) Deborah Stazak and Shawn Stazak vs. Dr. Ian Matssura and Nighthawk Radiology | Superior Court of New Jersey Law Division, Middlesex County | Docket No. MID-L-4453-12 | | (No written Order) Client summarized the Court's ruling that "ACA was too speculative." |

[1]TD&P can confirm these exclusions.

USAO Willis TD&P
Depo 000069