


# THOMAS J. DAWSON ESQ., MPH, MA
1400 Spring Street, Silver Spring, MD• 240.670.7982 (O) or 202.744.3238 (C) • td@tdpartnersconsulting.com

## SUMMARY

Highly accomplished policy professional with an extensive background in healthcare finance, regulatory compliance, and healthcare policy involving Medicare, Medicaid, and the Patient Protection and Affordable Care Act. Knowledgeable in managed care, small and large group health insurance, healthcare reimbursement policy, ERISA, government legislative processes, and project management. Extensive experience as a leader, and organizer with demonstrated ability to execute major projects in a timely fashion. Excellent communication and public speaking skills.

## EXPERIENCE

**2014 - Present**
**TD&P CONSULTING, INC.**                                               Silver Spring, MD

TD&P Consulting, Inc. is an applied health policy firm focusing on private and public health insurance market costs, health insurance reform, healthcare reimbursement policy, healthcare market costs, and the valuation of medical expenses in personal injury cases.

*Professional Staff*
- Provide research and policy analysis on healthcare issues including Medicare, Medicaid, and private insurance.
- Market firm services to potential client interested in litigation support and consulting on matters involving medical damages and market costs.
- Serve as a subject matter expert on issues related to health insurance reform and healthcare costs.

**2013 - 2014**
**AMERICAN DENTAL ASSOCIATION**                                           Washington, DC

The American Dental Association is the oldest and largest national dental society in the world. It has more than 157,000 members from all 50 states, the District of Columbia and Puerto Rico.

*Senior Congressional Lobbyist*
- Responsible for advocating legislative goals of the Association.
- Served in leadership role presenting the views of the Association to members of Congress and staff on vital dental practice issues.
- Gathered and analyzed information regarding the actions of Congress leading to the development and implementation of legislative strategic priorities, as well as the day-to-day tactics.
- Developed and utilized the ADA Grassroots Program to achieve legislative success.
- Performed Membership Services activities and represent the ADA before coalitions of health, business, and labor representatives.

**2011 - 2013**
**AMERICAN CAPITOL GROUP**                                                Washington, DC

The American Capitol Group is a full-service government-relations firm based in Washington, DC. The firm helps corporations, industry associations, and non-profit institutions navigate Washington's legislative and regulatory environment.

*Professional Staff*
- Served as Executive Director and advisor to the National Coalition of Healthcare Providers.
- Provided advisory services for clients in the healthcare industry on matters involving regulatory compliance stemming from passage of the Affordable Care Act.

Thomas J. Dawson III, Esq., MPH, MA
Page 2 (updated June, 2019)

*Key Accomplishments*
- Established the National Coalition of Healthcare Providers (NCHP), an alliance of professional associations representing more than 350,000 healthcare providers and allied health professionals, with a focus on regulatory and legislative matters impacting the business operation of medical practices.
- Achieved key modifications to the proposed rule on *Medicare and Medicaid Programs; Electronic Health Record Incentive Program—Stage 2* for the meaningful use objectives and measures specified by the American Recovery and Reinvestment Act of 2009 (ARRA) through a successful NCHP lobbying campaign.
- Influenced written legislation and participated in staff drafting of H.R. 6598 (112th), a bill to amend certain requirements and penalties implemented under the Medicare and Medicaid programs by the HITECH Act of 2009.

2007-2011
**U.S. HOUSE OF REPRESENTATIVES, COMMITTEE ON SMALL BUSINESS**                    Washington, DC
The Committee has oversight over government programs and initiatives that address the interests of American entrepreneurs and small business owners.

*Health Care Counsel*
- Provided counsel to the Committee Chair Congresswoman Nydia Velázquez (D-NY) and the Subcommittee Chairs on reimbursement policy, insurance market reforms, health insurance exchanges (HIEs), health information technology (HIT), employee benefits, tax and related health policy issues impacting small businesses and the development of the Affordable Care Act.
- Served as senior advisor to the Congressional Hispanic Caucus, working directly with Democratic leadership, the Congressional Black Caucus, the Congressional Asian Pacific American Caucus, and the Progressive Caucus to shape the Affordable Care Act.
- Worked directly with the Committees of Jurisdiction on health reform, developing key small business and insurance market language in the Affordable Care Act.
- As Senior Counsel for health care policy, supervised the activities of all junior Committee staffers working on health policy issues.
- Developed health policy, drafted legislation, and managed all formal communications with Hill staff and executive agencies on issues ranging from health information technology and Competitive Bidding in the clinical laboratory industry to the "Red Flags Rule."
- Managed all Committee communication with national physician and allied health organizations.

*Key Accomplishments*
- Organized Committee healthcare roundtable, participating in identifying federal policy impacting businesses within the health care industry.
- Coordinated monthly outreach meetings with multiple professional healthcare organizations for the purpose of setting Committee legislative agenda and developing policy recommendations.
- Instrumental in the repeal Medicare Competitive Bidding Demonstration Project for Clinical Laboratory Services. Held the first Committee hearings on the matter, and drafted the first bill, H.R. 3435: The Community Clinical Laboratory Fairness in Competition Act of 2007, to repeal the legislation.
- Developed the Committee's position on the Red Flags Rule. Drafted letters from Chairwoman Velázquez to the FTC, the Senate and House Committees of Jurisdiction outlining the impact of applying the Rule to practitioners. This led to a reevaluation by the FTC of the Rule and the exemption of healthcare providers from the rule.
- Drafted H.R. 6582 (110th): Small Business CHOICE Act of 2008. This bill was reintroduced as H.R. 850 (111th). The purpose of the bill was to encourage the development of small business cooperatives for

Thomas J. Dawson III, Esq., MPH, MA
Page 3 (updated June, 2019)

healthcare options to improve coverage for employees (CHOICE) through a small business tax credit. The bill received wide support among the small business and medical association community.

### 2001-2006
**U.S. DEPARTMENT OF LABOR, EMPLOYEE BENEFITS SECURITY ADMINISTRATION**　　　　**Washington, DC**

The Employee Benefits Security Administration (EBSA) is an agency of the United States Department of Labor responsible for protecting the integrity of pensions, health plans, and other employee benefits regulated under the Employee Retirement Income Security Act of 1974 (ERISA).

*Pension Law Specialist (Health) and Attorney*
- Advised senior political and career staff on health care and pension issues affecting ERISA covered employee benefit plans.
- Coordinated projects assigned by senior staff involving the analysis of legislative and regulatory proposals and the preparation of briefing material and testimony.
- Served as a Trial Attorney in the Office of the Solicitor in the Pension Benefits Security Division to resolve litigation and enforcement matters arising out of EBSA investigations.

*Key Accomplishments*
- Selected as Special Assistant to Deputy Assistant Secretary (DAS) in 2003 for the Office of Program Operations.
- Served as the Trial Attorney of record in a Brief for The Secretary of Labor as Amicus Curiae Supporting Petitioner, Qualchoice, Inc. v. Robin Rowland, Inc., for En Banc Rehearing, (6th Cir. 2004) (No 02-3614).

### 1999-2001
**FINANCIAL EXECUTIVES INTERNATIONAL**　　　　**Washington, DC**

The Financial Executives International (FEI) is a leading professional association for CFOs and other senior finance executives focusing on federal policy impacting corporate finance.

*Manager, Government Relations*
- Supported the Vice President of Government Relations with strategic plans, materials, and communications related to FEI advocacy activities.
- Attended FEI Chapter and Board meetings on behalf of the government relations office to communicate about congressional activities and encourage action.
- Oversaw legislative fly-ins of FEI members, organized Hill meetings and policy agenda.
- Served as principal staff to the FEI Benefits Finance Committee, advocating on health care, employee benefits and related employer issues before internal and external audiences and stakeholders.
- Developed and maintained a grassroots program through the weekly newsletter, *Washington Watch*, to engage FEI members in contacting and interacting with elected officials on FEI issues.
- Advised the FEI Government Business Committee on government activity impacting financial practice standards, accounting principles, record keeping and reporting and financial rules followed by private business enterprises.
- Supervised legislative assistants.

### 1997-1999
**HEALTH POLICY ANALYSTS, INC.**　　　　**Washington, DC**

Health Policy Analysts is a health care consulting firm advising Fortune 100 companies.

*Associate*
- Directed clients on public policy, planning, and legislative strategy with respect to employee benefits, health insurance and Medicare policy.

Thomas J. Dawson III, Esq., MPH, MA
Page 4 (updated June, 2019)

- Oversaw national health reform initiatives as staff to the Corporate Health Care Coalition (CHCC)
- Advised members of the Employer Health Care Innovation Project (EHCIP) on state health policy initiatives.

### 1990-1991
**SUNSHINE HEALTH PLAN, INC.**                                   **Pompano Beach, FL**

Sunshine Health Plan, Inc. is a managed care plan providing health care services to Medicaid beneficiaries throughout Broward County and Northern Dade County.

*Physician Recruiter*
- Managed the Plan's physician recruitment efforts.
- Presented approved offers and employment agreements to physician candidates.
- Acted as a facilitator to physicians in the credentialing process for hospitals and group practices.
- Involved in physician and support staffing retention.
- Negotiated all compensation packages and managed care relationships.
- Supervised team responsible for recruiting plan beneficiaries.

### 1989-1990
**Miami-Dade Public Schools**                                   **Miami, FL**

Miami-Dade County Public Schools is the fourth largest school district in the United States, comprised of 392 schools, 345,000 students and over 40,000 employees.

*Science Teacher, Booker T. Washington Middle School*
- Taught 7th and 8th grade students in the fundamental areas of science including biology.
- Prepared and developed instructional lesson plans.
- Sponsored an afterschool outreach program to engage students with unique needs.
- Held frequent parent-teacher conferences to identify and accommodate ESL student needs. Sent home extra materials and utilized visual representations to communicate concepts.
- Identified as outstanding first year teacher.

**BOARD EXPERIENCE**

### 2012-Present
**DC BOARD OF MEDICINE**                                         **Washington, DC**

The DC Board of Medicine (BoMed) has the primary responsibility to license physicians and regulate the practice of medicine (MD/DO) in the District of Columbia.

*Board Member*
- Formulate and implement BoMed policies and procedures.
- Guide BoMed policy development as a member of Policy Subcommittee.
- Serve as a thought leader, providing strategic and expert advice, fostering collaboration, and building common purpose on the BoMed Telemedicine Taskforce.

### 2016-Present
**JOURNAL OF MEDICAL REGULATION AND THE FEDERATION OF STATE MEDICAL BOARDS (FSMB) EDITORIAL COMMITTEE**                                                           **Euless, TX**

The Journal of Medical Regulation is the quarterly peer-reviewed publication of the FSMB, serving several thousand medical regulators across the U.S.

Thomas J. Dawson III, Esq., MPH, MA
Page 5 (updated June, 2019)

*Committee Member*
- Advise the Editor-in-Chief on editorial policy for the FSMB's official publication.
- Serve on the editorial board of the publication.

2016-Present
**N STREET VILLAGE**                                                              Washington, DC
N Street Village is a community of empowerment and recovery for homeless and low-income women in Washington, D.C. It offers comprehensive services addressing both emergency and long-term needs in housing, income, employment, mental health, physical health, and addiction recovery.

*Board Member*
- Formulate and implement board policies and procedures.

## EDUCATION
1996-1999
**George Washington University School of Law**                                    Washington, DC
Juris Doctor
**George Washington University School of Public Health**
Master of Public Health

1991-1994
**University of Florida, School of Liberal Arts**                                 Gainesville, FL
Master of Arts in Philosophy

1984-1989
**Morehouse College**                                                             Atlanta, GA
Bachelor of Arts in Philosophy/Biology

## ASSOCIATIONS AND BAR MEMBERSHIPS
District of Columbia Bar, Member -- 2000
U.S. District Court Bar for the District of Columbia, Member
The Washington Latin School, Founding Member

## AWARDS AND RECOGNITION
American Optometric Association, Public Policy Award – 2010
McKnight Foundation Fellow
Graduate Minority Fellow
Ford Foundation Scholar
Almanac of the Unelected: Staff of the U.S. Congress 2011
Insider's Guide to Key Committee Staff of the U.S. Congress 2010
Insider's Guide to Key Committee Staff of the U.S. Congress 2009

Thomas J. Dawson III, Esq., MPH, MA
Page 6 (updated June, 2019)

## PUBLIC SPEAKING

More than 10 years of public speaking experience, including experience before Financial Executives International, the Brooklyn Chamber of Commerce, the Hispanic Chamber of Commerce, Congressional Black Caucus Foundation 35th Annual Legislative Conference, International Franchise Association, Self-Insurance Institute of America, American Medical Association, American Dental Association, Hispanic Dental Association, American Bar Association, Mag Mutual Insurance Company, Pennsylvania Defense Institute, Claims & Litigation Management Alliance, Themis

## PRESENTATIONS, CONTINUING LEGAL EDUCATION (CLE) COURSES, AND PROFESSIONAL DEVELOPMENT EVENTS

"The Emergence of the Reasonable Value Approach" 2019. Panelist, Claims Litigation Management (CLM).
"Making Dollars & Sense Out of Letters of Protection: Deconstructing Value Through Data" 2019. Presenter, DRI Retail and Hospitality Seminar.

## PUBLICATIONS, BRIEFS, AND SELECTED WHITEPAPERS

"Pension Participation among Black Americans," 2005 (Presented at the 2005 Congressional Black Caucus Foundation 35th Annual Legislative Conference).
Brief for The Secretary of Labor as Amicus Curiae Supporting Petitioner, Qualchoice, Inc. v. Robin Rowland, Inc., for En Banc Rehearing, (6th Cir. 2004) (No 02-3614).
Rush Prudential HMO, Inc. v. Moran: State Independent Review Not Preempted by ERISA, 2003.
"Health Care Purchasing Pools: Expanding Coverage through AHPs (Association Health Plans)," 2003.
"Pre-funding Employer-Provided Retiree Health Insurance," 2002.
"Defined Contribution Health Plans: Shifting Costs and Responsibility," 2002.
"Ohio Court Decision Reduces Damages Award Based On ACA," 2015.
"The Collateral Source Rule, The American Health Care Act, Its Impact on the Affordable Care Act, and The Mitigation of Damages," 2017