# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

### CLERK'S MINUTES  - GENERAL

CASE NO.  **1:17cv015**

TITLE  **Sherecia Willis v USA et al.**

DATE **September 4, 2019**

TIMES **9:00 a.m. - 8:30 p.m.**

Honorable : **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy : **Courtnay Capps**

Court Reporter :

Interpreter :

### Plaintiff Parties
Sherecia Willis
Derrique Newsome
Attorney Nelson Tyrone
Attorney Leighton Moore
Attorney Dan Conner
Attorney Chuck Pardue
Joe Pigott - American Settlement Corporation

### Defendant Parties
USA:
AUSA Shannon Statkus
AUSA Jason Blanchard
Sam Schubert, Claims Attorney at Eisenhower Army Medical Center

### Additional Parties
Defendant Augusta Hospital d/b/a Trinity Hospital, Dr. Gorantla and Augusta Physician Services, LLC:

Attorney Michael Taylor
Thomas Sullivan - CHSPSC, LLC

PROCEEDINGS :  **Mediation - Augusta, GA**

☐ In Court
☑ In Chambers

NOTES:

Mediation held. All claims settled.  Dismissals to be filed promptly upon execution of final settlement agreements, all requisite settlement approvals and receipt of final settlement payments.