IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHERECIA WILLIS, Individually and as Next Friend, Parent and Natural Guardian of Minor Child, CW, Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. CV117-015 |
| UNITED STATES OF AMERICA, First Defendant, | ) ) ) | |
| VENKATESAN GORANTLA, M.D. Second Defendant, | ) ) ) ) | |
| AUGUSTA HOSPITAL, LLC (DE) d/b/a TRINITY HOSPITAL OF AUGUSTA, Third Defendant, | ) ) ) ) | |
| AUGUSTA PHYSICIAN SERVICES, LLC, Fourth Defendant. | ) ) | |

**NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN PLAINTIFF AND DEFENDANT UNITED STATES**

**COME NOW** the Plaintiff and Defendant United States, in the above-entitled action, and hereby notify the Court that a compromise settlement agreement in principle has been reached, contingent upon approval from the requisite Department of Justice official. The Plaintiff and Defendant United States accordingly request that all deadlines in this matter be stayed pending settlement approval and filing of the approved Settlement Stipulation.

This 15th day of November, 2019.

Respectfully Submitted,

BOBBY L. CHRISTINE
United States Attorney

*/s/ Shannon H. Statkus*
Shannon H. Statkus
Assistant United States Attorney
South Carolina Bar No. 704710
P.O. Box 2017
Augusta, Georgia 30901
(706) 724-0517
Shannon.statkus@usdoj.gov

*/s/Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No. 105620
P.O. Box 2017
Augusta, Georgia 30901
(706) 724-0517
Jason.blanchard@usdoj.gov
**Counsels for Defendant**

| | |
|---|---|
| Chuck R. Pardue<br>Pardue And Associates, P.C.<br>211-A Bobby Jones<br>Expressway Martinez, GA 30907 | */s/ Chuck R. Pardue*<br>**Chuck R. Pardue**<br>*Counsel for the Plaintiff* |
| Nelson Tyrone<br>Tyrone Birth Injury Lawyers<br>400 Colony Square, Suite 2000<br>1201 Peachtree Street, NE,<br>Atlanta, GA 30361<br>404-377-0017 | */s/ Nelson Tyrone*<br>**Nelson Tyrone**<br>*Counsel for the Plaintiff* |
| Leighton Moore<br>The Moore Law Firm, P.C.<br>100 Peachtree Street, Suite 2600<br>Atlanta, GA  30303<br>678-237-0330 | */s/ Leighton Moore*<br>**Leighton Moore**<br>*Counsel for the Plaintiff* |

## CERTIFICATE OF SERVICE

This is to certify that I have on November 15, 2019, served all the parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

*/s/ Shannon H. Statkus*
Assistant United States Attorney
