IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
SHERECIA WILLIS, Individually,  *
and C.W., a Minor Child, by and *
Through  James   S.   Murray,   *
Guardian Ad Litem,              *
                                *
     Plaintiffs,                *
                                *
     v.                         *     CV 117-015
                                *
UNITED STATES OF AMERICA;       *
VENKATESAN GORANTLA, M.D.;      *
AUGUSTA HOSPITAL, LLC d/b/a     *
TRINITY HOSPITAL OF AUGUSTA;    *
and AUGUSTA PHYSICIAN           *
SERVICES, LLC,                  *
                                *
     Defendants.                *
```

## O R D E R

Before the Court is Defendant United States' Motion to Stay All Remaining Case Deadlines. (Doc. 224.) On October 21, 2019, Plaintiffs and Defendants Augusta Hospital, LLC; Augusta Physician Services, LLC; and Venkatesan Gorantla, M.D. filed a consent motion to approve settlement and seal court files. (Doc. 222.) On November 15, 2019, Defendant United States notified the Court that it reached a settlement with Plaintiffs. (Doc. 223.) Settlements have now been reached between Plaintiffs and all Defendants; approval of those settlements is all that remains. As such, the Court **GRANTS** the motion to stay (Doc. 224) and **ORDERS** that all existing deadlines are stayed until further order by the Court.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA