IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SHERECIA WILLIS, Individually,  
and C.W., a Minor Child, by  
and Through James S. Murray,  
Guardian Ad Litem,  

    Plaintiffs,  

v.      CV 117-015

UNITED STATES OF AMERICA;  
VENKATESAN GORANTLA, M.D.;  
AUGUSTA HOSPITAL, LLC d/b/a  
TRINITY HOSPITAL OF AUGUSTA;  
and AUGUSTA PHYSICIAN  
SERVICES, LLC,  

    Defendants.

## O R D E R

Before the Court is Plaintiffs' Stipulation of Dismissal of Defendants Venkatesan Gorantla, Augusta Hospital, and Augusta Physician Services ("Augusta Defendants") with prejudice. (Doc. 234.) On January 29, 2020, the Court approved the settlement agreement between Plaintiffs and Augusta Defendants. (Order, Doc. 231.) Because the settlement resolved Plaintiffs' claims against Augusta Defendants, the Court directed "all parties having appeared" to file "a stipulation pursuant to Federal Rule of Civil Procedure 41 dismissing [Augusta Defendants]." (Id. at 2-3.) Plaintiffs failed to acquire the signatures of "all parties who

have appeared" as required by Rule 41(a)(1)(A)(ii). As such, the Court finds the stipulation deficient.

Nevertheless, the Court construes the stipulation as a motion pursuant to Rule 41(a)(2), finds the dismissal terms proper, and **GRANTS** Plaintiffs' motion (Doc. 234). **IT IS THEREFORE ORDERED** that Defendants Venkatesan Gorantla, M.D.; Augusta Hospital, LLC d/b/a Trinity Hospital of Augusta; and Augusta Physician Services, LLC are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines related to Augusta Defendants. Defendant United States remains a defendant in this action.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA