IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHERECIA WILLIS and C.W., a Minor child, by and through James S. Murray, guardian ad litem, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 117-015 |
| UNITED STATES OF AMERICA, | * * | |
| DEFENDANT. | * | |

**O R D E R**

Because the above-captioned case has settled, (see docs. 223-224), the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008). Within sixty (60) days of the date of this order, the parties shall either file a stipulation of dismissal or motion seeking dismissal pursuant to Federal Rule of Civil Procedure 41. Failure to do so by this deadline will result in the Court's entry of dismissal with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am.,

511 U.S. 375, 381-82 (1994).

**ORDER ENTERED** at Augusta, Georgia, this 17th day of March, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA