IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
SHERECIA WILLIS, Individually,   *
and C.W., a Minor Child, by      *
and Through James S. Murray,     *
Guardian Ad Litem,               *
                                 *
         Plaintiffs,             *
                                 *
     v.                          *    CV 117-015
                                 *
UNITED STATES OF AMERICA,        *
                                 *
         Defendant.              *
```

O R D E R

Before the Court is the Parties' consent motion of voluntary dismissal with prejudice. (Doc. 254.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA